IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE WOODS, | : | |
| Petitioner, | : | CASE NO. C-1-00-0803 |
| vs. | : | JUDGE SPIEGEL |
| ANTHONY BRIGANO, WARDEN, | : | MAGISTRATE JUDGE SHERMAN |
| Respondent. | : | |

___

**NOTICE OF SUBSTITUTION OF COUNSEL**
___

T. Kenneth Lee, Assistant State Public Defender, enters his appearance as substitute lead counsel in the above-styled case. Attorney Lee is substituting for Attorney Thomas R. Wetterer, Jr.

Respectfully submitted,

DAVID H. BODIKER #0016590
Ohio Public Defender

S/T. Kenneth Lee
T. Kenneth Lee #0065258
Assistant State Public Defender
(Counsel of Record)
leeken@opd.state.oh.us

Office of the Ohio Public Defender
8 East Long Street - 11th Floor
Columbus, Ohio  43266-0587
(614) 466-5394
(614) 752-5167 (Fax)

COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2004 a copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

                        S/T. Kenneth Lee
                        T. Kenneth Lee #0065158
                        Assistant State Public Defender
                        (Counsel of Record)
                        leeken@opd.state.oh.us

                        COUNSEL FOR PETITIONER

195089