## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE WOODS, | : | |
| Petitioner, | : | Case No. 1:00cv803 |
| vs. | : | Judge Spiegel |
| ANTHONY BRIGANO, Warden, | : | |
| Respondent. | : | |

### NOTICE OF APPEARANCE OF COUNSEL

Now comes Respondent, Anthony Brigano, by and through counsel, and hereby notifies the Court and other parties that Assistant Attorney General J. Joseph Bodine, Jr., whose address and telephone number are set forth below, represents him. Consequently, all pleadings and correspondence regarding this defendant should be directed to J. Joseph Bodine, Jr. This Notice of Appearance of Counsel is effective immediately.

Respectfully submitted,

JIM PETRO
Attorney General

s/J. Joseph Bodine, Jr.
J. JOSEPH BODINE, JR. (0042132)
Assistant Attorney General
Corrections Litigation Section
150 East Gay Street, 16th Floor
Columbus, Ohio  43215
(614) 644-7233

Trial Attorney for Respondent-Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on March 10th , 2004, a copy of the foregoing *Notice of Appearance* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/J. Joseph Bodine, Jr.
J. Joseph Bodine, Jr.
Assistant Attorney General
