FILED
JAMES BONINI AW
CLERK

04 MAR 15 PM 12: 59

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

No: 02-4264

Filed: March 12, 2004

BRUCE WOODS

        Petitioner - Appellant

v.

ANTHONY J. BRIGANO, Warden

        Respondent - Appellee

1: 00 cv 0803

**MANDATE**

Pursuant to the court's disposition that was filed 2/19/04

the mandate for this case hereby issues today.

        A True Copy.

COSTS:   NO COSTS TAXED        Attest:

Filing Fee ..........$
Printing ............$

       Total ........$        Robin Duncan
                                  Deputy Clerk