F I L E   C O P Y

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**LEONARD GREEN**
**CLERK**



**DEBRA COOK**
(513) 564-7043
www.ca6.uscourts.gov

04 MAR 15 PM 12:45

Filed: March 15, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 02-4264
Woods vs. Brigano
District Court No. 00-00803

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [02-4264] . Volumes included: 2 Pl;

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_Kendra Jordan_
Name and Title of Authorized Agent for
the District Court or Government Agency

_3-15-04_
Date

Very truly yours,
Leonard Green, Clerk

Deb Cook
Records Management Deputy