IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE WOODS, | : | |
|     Petitioner, | : | CASE NO. C-1-00-0803 |
| vs. | : | JUDGE SPIEGEL |
| ANTHONY BRIGANO, WARDEN, | : | MAGISTRATE JUDGE SHERMAN |
|     Respondent. | : | |

_____

**NOTICE OF APPEARANCE OF CO-COUNSEL**
_____

    Now comes, Gregory W. Meyers, Assistant State Public Defender and enters his appearance as co-counsel in the above-styled case.

                        Respectfully submitted,

                        DAVID H. BODIKER #0016590
                        Ohio Public Defender

                        S/Gregory W. Meyers
                        GREGORY W. MEYERS #0014887
                        Senior Assistant Public Defender
                        Co-Counsel of Record

                        Office of the Ohio Public Defender
                        8 E. Long Street – 11th Floor
                        Columbus, Ohio  43215
                        Phone:  614-466-5394
                        Fax:  614-728-3670

                        CO-COUNSEL FOR PETITIONER

2

## CERTIFICATE OF SERVICE

I hereby certify that on March <u>16</u>, 2004 a copy of the foregoing NOTICE OF APPEARANCE OF CO-COUNSEL was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

<u>S/Gregory W. Meyers</u><br>
GREGORY W. MEYERS #0014887<br>
Senior Assistant Public Defender<br><br>
CO-COUNSEL FOR PETITIONER

195435