101-CLIENT

(GIFTS)

2.6.98

Dear Sir,

I am what they call INDIGENT, at this time. I am in Jail. I have. I think 80 to 100 years. I got that on May 30, 1996. I would like for you to give me a payment to work on my Appeal. Can you help me

Thank you

Bruce

I am at

Bruce Moore #329989

P.O. Box 45699

Lucasville, Ohio

45699

EXHIBIT

1

D. WOODS # 327991

'SOUTHERN OHIO CORRECTIONAL FACILITY
PO BOX 45699
LUCASVILLE, OH 45699-0001
DRC 1459

OFFice of the OHiO Public DeFender

Prison Legal Services

8 East Long Street

Columbus, OHiO 43215-2998



**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-8091

DAVID H. BODIKER
State Public Defender

---

# MEMORANDUM

---

DATE:     February 6, 1998

TO:       Ohio Inmate

FROM:     Intake Division

RE:       Request for Assistance

    This will acknowledge receipt of your request for legal assistance.  It is the duty of this office to provide legal representation to indigent inmates who are unlawfully imprisoned, provided their claims have arguable merit.

    Please complete and return the enclosed questionnaire and financial statement. If you have any other documents or information pertaining to your claims, you may send them also.  Upon receipt of the questionnaire and financial statement, this office will review your claims for merit.

    Return the documents to:

Intake Division
Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio  43215

    We look forward to hearing from you.

**EXHIBIT**

2

mjb/57321

# OFFICE OF THE OHIO PUBLIC DEFENDER
## 8 East Long Street, 11th Floor
## Columbus, Ohio 43215

Please answer each question below as completely and accurately as possible. If you need help, contact the law clerk at your institutional law library. If you need more space, attach additional pages.

Return the completed questionnaire, together with copies of any papers or documents you have pertaining to your case, and this office will investigate your claims. If the attorney assigned to your case feels an interview is necessary, you will be notified.

Name: Bruce Woods                          OPDC No.: 98-1640

Institution Number: 329889                 Date of birth: 10.19.66

Institution: S.O.C.F                       Soc. Sec. No.: 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

County of conviction: Hamilton             Case number: B9601386

Name of the attorney who represented you: _____

Any aliases you have used: _____     98-16-0276

Any co-defendants in your case: Kelly Woody, Rayshawn Riggins

CLOSED IN INTAKE

---

How were you convicted? [Place an "X" in the appropriate box. Choose only one box.]

☐ I entered a plea of "guilty."          ☒ I was tried by a jury.

☐ I entered a plea of "no contest."      ☐ I was tried by a judge, without a jury.

I was convicted of: Agg. Burglary, Agg. Robbery, Kidnapping

The term of my sentence is minimum 65½ to maximum 120 ; or definite _____

Date of conviction: 5.31.96   Date delivered to the state: 6.25.96   Parole/EDS: 2012

Did you appeal your conviction to the court of appeals?        ☐ Yes  ☑ No

Did you appeal your conviction to the Ohio Supreme Court?      ☐ Yes  ☑ No

Have you filed any other actions challenging your conviction?  ☐ Yes  ☑ No   If so, list the court, case number and nature of the proceedings: _____

_____

Do you have any action pending at the present time? ☐ Yes ☑ No   If so, list the court, case number, type of action, and the name of your attorney, if you are represented: _____

_____

**EXHIBIT**

tabbies'  3

---

**NOTE:** If you are not represented by counsel, you must continue to represent yourself while this office investigates your case.

Briefly summarize the facts of your case:

What type of assistance are you requesting from this office?

## WAIVER

I hereby waive the attorney-client privilege for the limited purpose of enabling any attorney who has represented me to freely discuss my case with the Ohio Public Defender or any of his staff.

_Bruce Work_
**Your Signature**

#45489

OFFICE OF THE OHIO PUBLIC DEFENDER
8 East Long Street, 11th Floor
Columbus, Ohio 43215

### FINANCIAL STATEMENT

Before this office can represent you, you MUST COMPLETELY FILL OUT this form and return it to the above address. If a question is not applicable to you or your situation, write N/A in the blank space.

---

#### PERSONAL INFORMATION

Name Bruce Woods

Social Security Number 290 70 5302 Date 2-11-99

Address P.O. Box 45699

City Lucasville   State Ohio   Zip 45699

Telephone NA   Date of Birth 10 13 66   Marital Status S

Names and ages of dependents NA

With whom do you live? NA

---

#### INCOME

Are you working now? ☐ Yes ☑ No

Employer NA

Employer's Address NA

City NA   State NA   Zip NA

Employer's Telephone NA

Type of Work NA   Gross Pay $ NA /mo.

List any public assistance or other income received by you or your spouse in the appropriate space below:

| | | | | |
|---|---|---|---|---|
| Type of Public Assistance NA | | Gross Pay | $ NA | /mo. |
| Pension | $ NA /mo. | VA Disability | $ NA | /mo. |
| Unemployment Comp. | $ NA /mo. | Worker's Comp. | $ NA | /mo. |
| Social Security | $ NA /mo. | | | |

TOTAL $ NA /mo.

Husband's/Wife's Pay or Income $ NA /mo.

Other Income (describe) NA   $ NA /mo.

TOTAL INCOME $ NA /mo.

---

#### ASSETS

Cash on hand or in the bank   $ NA /mo.

Money owed to you (explain) NA   $ NA /mo.

Do you own your home or any other real estate? ☐ Yes ☑ No

If so, describe property and its location:

Value of property   $ NA /mo

List make and year of every car, truck, motorcycle or other vehicle owned by you and the value thereof:

NA   $ NA /mo.

NA   $ NA /mo.

List all other property of value owned by you including but not limited to stocks, bonds, jewelry, boats, musical instruments, and the value thereof.  If none, write NONE:_____ N a _____    $_____ N A _____/mo.
_____    $_____ N A _____/mo.

TOTAL ASSETS    $_____ N A _____/mo.

## EXPENSES

| Living Expenses: | | |
|---|---|---|
| | Rent or mortgage payments | $_____/mo. |
| | Estimated monthly food bill | $_____/mo. |
| | Medical or dental bills | $_____/mo. |
| | Clothing expenses | $_____/mo. |
| | Utilities | $_____/mo. |

Other expenses (explain)
_____ N a _____    $_____/mo.
_____    $_____/mo.

TOTAL EXPENSES    $_____/mo.

## DEBTS

List all debts you presently owe:

| Names of Creditors/ Who you owe | Total Amount Owed | Monthly Payment |
|---|---|---|
| N a | | |
| | | |
| | | |
| | | |
| | | |

(Attach additional sheets if necessary)

THE FINANCIAL STATEMENT I HAVE COMPLETED ABOVE IS COMPLETE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IF IT IS DETERMINED BY THE STATE PUBLIC DEFENDER, OR BY THE COURT, THAT I WAS NOT ENTITLED TO THE LEGAL REPRESENTATION PROVIDED ME, I MAY BE REQUIRED TO REIMBURSE THE PUBLIC DEFENDER FOR THE COSTS OF REPRESENTATION PROVIDED.  ANY ACTION FILED BY THE PUBLIC DEFENDER TO COLLECT FEES HEREUNDER, MUST BE BROUGHT WITHIN TWO YEARS FROM THE LAST DATE LEGAL REPRESENTATION WAS PROVIDED.

_____
SIGNATURE OF APPLICANT

IF YOUR FINANCIAL SITUATION SHOULD IMPROVE BEFORE THE FINAL DISPOSITION OF THIS CASE, YOU MUST INFORM THE OHIO PUBLIC DEFENDER IMMEDIATELY.

FOR OFFICE USE ONLY - NOT TO BE FILLED OUT BY THE APPLICANT

| | |
|---|---|
| Monthly income minus living expenses | $_____/mo. |
| Assets minus liabilities | $_____/mo. |
| Estimated cost of defense | $_____/mo. |

Eligible for Ohio Public Defender Services    [ ] Yes  [ ] No

_____
CASE ATTORNEY

#45489

ASSETS C[...]

List all other property of value owned by you including but not limit[...]
jewelry, boats, musical instruments, and the value thereof. If none, [...]
NONE: _____ No _____

TOTAL ASSE[...]

EXPENSE[...]

Living Expenses:        Rent or mortgage payments
                        Estimated monthly food bill
                        Medical or dental bills
                        Clothing expenses
                        Utilities

Other expenses (explain)

_____ No _____
_____
_____

TOTA[...]

DEB[...]

List all debts you presently owe:

Names of Creditors/ Who you owe                    To[...]
_____ No _____              ____
_____              ____
_____              ____
_____              ____

(Attach additional sheets if necessary)

THE FINANCIAL STATEMENT I HAVE COMPLETED ABOV[...]
KNOWLEDGE. I UNDERSTAND THAT IF IT IS DETERMINED B[...]
WAS NOT ENTITLED TO THE LEGAL REPRESENTATION PRO[...]
DEFENDER FOR THE COSTS OF REPRESENTATION PROVI[...]
COLLECT FEES HEREUNDER, MUST BE BROUGHT WITHIN T[...]
WAS PROVIDED.

IF YOUR FINANCIAL SITUATION SHOULD IMPROVE BEFOR[...]
THE OHIO PUBLIC DEFENDER IMMEDIATELY.

FOR OFFICE USE ONLY - NOT TO BE FILLED OUT BY THE A[...]

        Monthly income minus living expenses
        Assets minus liabilities
        Estimated cost of defense

        Eligible for Ohio Public Defender Services   ☐ Yes   ☐ No

#45489                                              CASE ATTORNEY

USA 32

Defender

Intake Division
Office of the
East L[...]
Columbus, Ohio 43[...]

R. Woods # 12999
P.O. Box 45699
Lucasville, Ohio 45699

**ANADELLJ**

| From: | JAMES ANADELL |
|---|---|
| Sent: | Sunday, March 15, 1998 4:56 PM |
| To: | MARY DUNNING; FELICE HARRIS. |
| Subject: | assignment (Woods to FLH) |

MARY:

Assign Bruce Woods, 98-LG-1640, to Felice; change Case Type to 201.

FELICE:

Hamilton County jury trial; agg burglary, robbery, kidnapping. D got 4 CS gun specs (12 years) and a ton of time.

No appeal was ever taken. I didn't trust the computer read-out, so I had Bryan get a copy of the real docket on his last Hamilton County run. Sure enough, notice of appeal never filed.

Sentencing entry was filed 6.14.96, so you're really late on this one. If I were you, I'd order a transcript of the sentencing hearing before I did anything else to see what went down.

I called trial counsel, Mike McEvilley, but only received a vague voice-mail message that he "didn;t handle the appeal." I guess not. He did not return subsequent calls. Note that sentencing entry shows a Brian Perkins as assigned counsel.

**EXHIBIT**

4

MCCANDLD

| | |
|---|---|
| From: | FELICE HARRIS |
| Sent: | Friday, March 20, 1998 6:29 PM |
| To: | DEBI McCANDLISH |
| Subject: | state v bruce woods |

Please find out how much it will cost to transcribe the sentencing hearing in state v Bruce Woods, case # B961386 and order it asap. The hearing was held 6/14/96 before Judge John P. O'Conner, Hamilton County. Thanks.

3/23/98 — 9:00



Ron Johnson — 513/632-8396 —

left message —

$100 20 pgp
30 days $2.10 a page

2.10 2/0
0/0
4²·

Gail
Mc Cussins
1000 Main St
Rm 211
Cin. Ohio 45202

EXHIBIT
5

1



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 752-5167

DAVID H. BODIKER
State Public Defender

March 23, 1998

Ms. Gail McCubbins
Court Reporter
1000 Main Street, Room 211
Cincinnati, OH 45202

Re:   *State of Ohio vs. Bruce Woods*
      Case No. B961386

Dear Ms. McCubbins

    Pursuant to our telephone conversation today, please transcribe the sentencing hearing held June 14, 1996, before Judge John P. O'Conner in the above referenced case.

    I understand that the transcript is approximately 20 pages and will cost $2.10 a page. Please remit the bill when the transcript is sent and I will see that it is promptly paid. On the bill, please include a federal tax identification number.

    Thanking you in advance.

                            Sincerely,

                            *Deborah K. McCandlish*

                            Deborah K. McCandlish
                            Administrative Assistant

DKM/deb

**EXHIBIT**

6

**FELICE HARRIS**

| | |
|---|---|
| **From:** | FELICE HARRIS |
| **To:** | DEBI McCANDLISH |
| **Subject:** | state v bruce woods |
| **Date:** | Friday, March 20, 1998 6:29PM |

Please find out how much it will cost to transcribe the sentencing hearing in state v Bruce Woods, case # B961386 and order it asap.  The hearing was held 6/14/96 before Judge John P. O'Conner, Hamilton County Thanks.

3/24/98 — will order transcript (@ 43) — will take 30 days

EXHIBIT
7

## FY 98 DISBURSEMENT JOURNAL

Voucher Date: 04/15/98          Vendor: Gail T McCubbins

Warrant # 4179137          Batch # 010515          Voucher # 982897

Date Warrant Sent to Vendor:          04/22/98

SAC Detail:                              Press Ctrl+Tab to exit Detail Form

| PO Number | Obj | S-Obj | SAC | SPND | Amount |
|-----------|-----|-------|-----|------|--------|
| DEBIT | 155 | 03 | 4011 | LEGL | $33.60 |
| Total for this Voucher: | | | | | $33.60 |

Back    Next

Add    Close

Print Record

Notes:

**EXHIBIT**

tabbies®    8

**PERSONNEL ACTION**
STATE OF OHIO

| AGENCY FROM | DIVISION OR INSTITUTION | UNIT OR OFFICE | NO. |
|---|---|---|---|
| | Ohio Public Defender Commission | | 5435823 |

TO

| NAME FROM | (LAST) Harris | (FIRST) Felice | (M.I.) L. | SEX F | DATE OF BIRTH MO DAY YR | NO. OF YEARS | DEGREE JD | EDUCATION MAJOR Law |
|---|---|---|---|---|---|---|---|---|

TO

| ADDRESS FROM | (STREET) | (CITY) | (STATE) | (ZIP CODE) | (COUNTY) |
|---|---|---|---|---|---|

TO

| EFFECTIVE DATE | | | PAYROLL NUMBER FROM: TO: | POSITION CONTROL NO. | BARG UNIT | FLAG | SOCIAL SECURITY NUMBER | HQ. COUNTY |
|---|---|---|---|---|---|---|---|---|
| MO 04 | DAY 18 | YR. 98 | | | | | | |

| CLASS TITLE FROM: Asst. Public Defender 1 | CLASS NO | RANGE | STEP — | BASE RATE | LONG | SUPPL | SUPPL | TOTAL | STATUS U |
|---|---|---|---|---|---|---|---|---|
| TO: | | | | | | | | |

| APPOINTMENT | CHANGE | SEPARATION | INTERRUPTION |
|---|---|---|---|
| ☐ 0 EMERGENCY<br>ENDS _____<br>☐ 1 FULL TIME PERMANENT<br>☐ 2 FULL TIME TEMPORARY<br>ENDS _____<br>☐ 3 FULL TIME SEASONAL<br>ENDS _____<br>☐ 4 PART TIME PERMANENT<br>☐ 5 PART TIME TEMPORARY<br>ENDS _____<br>☐ 6 PART TIME SEASONAL<br>ENDS _____<br>☐ 7 INTERMITTENT<br>☐ 8 FIXED TERM SALARIED<br>ENDS _____<br>☐ 9 FIXED TERM PER DIEM<br>☐ 10 APPT. DATE CORRECTED<br>☐ 11 FULL TIME INTERIM INTERNAL<br>☐ 12 FULL TIME INTERIM EXTERNAL<br>☐ 13 PART TIME INTERIM INTERNAL<br>☐ 14 PART TIME INTERIM EXTERNAL<br>☐ 16 UNIT 11, 12 INTERIM EXTERNAL<br>☐ 17 ESTABLISHED TERM REGULAR<br>☐ 18 ESTABLISHED TERM IRREGULAR | ☐ 1 PROMOTION<br>☐ 2 DEMOTION<br>☐ 3 LATERAL CLASS CHANGE<br>☐ 4 TRANSFER WITHIN AGENCY<br>☐ 5 TRANSFER BETWEEN AGENCIES<br>☐ 6 CIVIL SERVICE STATUS<br>☐ 7 NAME<br>☐ 8 APPOINTMENT CHANGE TO _____<br>☐ 9 DISPLACEMENT<br>☐ 10 RATE<br>☐ 11 REASSIGNMENT<br>☐ 12 POSITION CHANGED<br>☐ 19 TEMPORARY WORK LEVEL<br>ENDS _____ CLASS _____<br>RATE _____ STEP _____<br>☐ 20 TEMP REASSIGN BY APPEAL DECISION<br>☐ 22 CANCEL INTERIM<br>☐ 23 SERVICE CHANGE<br>☐ 27 GRIEVANCE ADJUSTMENT<br>☐ 30 H.Q. COUNTY CHANGE<br>☐ 35 UNINTERRUPTED SEPARATION/<br>APPOINTMENT<br>☐ OTHER - SEE REMARKS | ☒ 1 RESIGNED - REGULAR<br>X WRITTEN<br>_____ ORAL<br>☐ 2 RETIRED<br>☐ 3 DISABILITY RETIREMENT<br>☐ 4 DECEASED<br>☐ 5 REMOVED<br>☐ 6 PROBATIONARY REMOVAL<br>☐ 7 LAID OFF<br>☐ 8 UNCLASSIFIED TERMINATION<br>☐ 9 OTHER (SEE REMARKS)<br>☐ 10 CANCEL APPOINTMENT<br>☐ 12 DISABILITY SEPARATION<br>REINSTATE BY _____<br>☐ 13 INTERIM SEPARATION<br>☐ 15 RESIGNED - NOT IN GOOD STANDING<br>☐ 16 RESIGNED - NOT RECOMMENDED FOR REHIRE | ☐ 1 MILITARY LEAVE ENDS _____<br>☐ 2 PERSONAL LEAVE ENDS _____<br>☐ 3 SUSPENSION ENDS _____<br>☐ 6 SEASONAL ENDS _____<br>☐ 7 EDUCATIONAL LEAVE ENDS _____<br>☐ 11 UNION LEAVE ENDS _____<br>☐ 12 END A17 _____<br>☐ 13 END A18 _____<br><br>**REINSTATEMENT**<br>☐ 1 FROM SEPARATION<br>☐ 2 FROM INTERRUPTION<br>☐ 3 BY PERSONNEL BD. OF REVIEW<br>☐ 4 BY COURT ORDER<br>☐ 5 SEPARATION RESCINDED<br>☐ 7 BY GRIEVANCE<br>☐ 8 BY ARBITRATION AWARD<br>☐ 9 REEMPLOYMENT FROM LAYOFF<br>APPT. TYPE _____<br>☐ 10 RECALL FROM LAYOFF<br>APPT. TYPE _____<br><br>DAS TIME STAMP |

| DATE OF LAST PROMOTION | CERTIFICATION NO. | DATE OF CONTINUOUS SERVICE | BUDGETED HOURS |
|---|---|---|---|

REMARKS:
01-Written resignation attached.
ADM 4259 attached.

**EXHIBIT**
tabbies
9

ALL ITEMS CONTAINED ON PRE-HIRE FORM HAVE BEEN COMPLETED

*David H. Bodiker* /WP    4/17/98
APPROVAL OF APPOINTING AUTHORITY    (SIGNATURE)    DATE

| STATE PERSONNEL DIVISION | CERTIFICATION _____ |
|---|---|
| ☒ APPROVED | |
| ☐ DISAPPROVED | |
| ☐ NOTED | — |

SIGNATURE OF RELEASING AUTHORITY    DATE

*Sandra O. Drabik* 4/23/98
SIGNATURE OF DIRECTOR OF ADMINISTRATIVE SERVICES

LANEB

| | |
|---|---|
| From: | NANCY DECATUR |
| Sent: | Tuesday, May 05, 1998 12:30 PM |
| To: | BOB LANE |
| Subject: | Bruce Woods |

I spoke with attorney Bryan Perkins today.

**EXHIBIT**

tabbies

10

1



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 752-5167

DAVID H. BODIKER
State Public Defender

May 13, 1998

Mr. Bruce Woods
#329-889
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio  45699

Dear Mr. Woods:

    This is in response to your recent request for assistance from this office.  I am
reviewing your case in order to determine whether or not we can represent you in court.

                                        Sincerely,

                                        Robert L. Lane
                                        Chief Appellate Counsel

RLL:mjb/Enclosures/#67561

**EXHIBIT**

11

3. 15 98

Dear Af Lane

EXHIBIT

12

Thank you

Bruce Wood



B. Woods #329,999
P.O. Box 45699
Lucasville, OH    45699

Ohio Public Defender Commission
8 East Long St. 11th
Columbus, Ohio 43215

ATTN:
Robert L. Lane

INMATE
SOUTHERN CORRECTIONAL
PO BOX 45699
LUCASVILLE OH 45699-0001

TOM WETTERER

| | |
|---|---|
| From: | JAMES ANADELL [OPDCNET/OPD/ANADELLJ] |
| Sent: | Tuesday, May 19, 1998 1:44 PM |
| To: | MARY DUNNING |
| Cc: | BOB LANE; TOM WETTERER |
| Subject: | reassignment (Bruce Woods to TRW) |

MARY:

Reassign Bruce Woods, 98-LG-1640, to TRW.  Bob Lane is delivering file to Tom.

**EXHIBIT**

tabbies®

13

Filters Used:

# Note Report

## Form Format

Date Printed: **3/31/2004**
Time Printed: **10:43AM**
Printed By: **FENLON**

---

| Date | **5/19/1998** | Time | **1:40PM** | **12:00AM** | Duration | **0.00** | (hours) | Code |
|------|---------------|------|------------|-------------|----------|----------|---------|------|
| Description | **E-mail MD; file to TRW** | | | | | | | Staff | **James F Anadell** |

| Client | **Bruce Woods** | | Case Ref | **Woods, Bruce** | | | File No | **98-LG-1640** |

| Alerts | | (days before) | Follow | Done | Notify | Hide | Trigger | Private | **N** | Status |
|--------|--|---------------|--------|------|--------|------|---------|---------|-------|--------|
| User1 | | | | | User3 | | | | | |
| User2 | | | | | User4 | | | | | |

Path/Name

---

| Date | **3/15/1998** | Time | **4:41PM** | **12:00AM** | Duration | **0.00** | (hours) | Code |
|------|---------------|------|------------|-------------|----------|----------|---------|------|
| Description | **E-mail MD, FLH; file to FLH** | | | | | | | Staff | **James F Anadell** |

| Client | **Bruce Woods** | | Case Ref | **Woods, Bruce** | | | File No | **98-LG-1640** |

| Alerts | | (days before) | Follow | Done | Notify | Hide | Trigger | Private | **N** | Status |
|--------|--|---------------|--------|------|--------|------|---------|---------|-------|--------|
| User1 | | | | | User3 | | | | | |
| User2 | | | | | User4 | | | | | |

Path/Name

---

| Date | **3/09/1998** | Time | **9:44AM** | **12:00AM** | Duration | **0.00** | (hours) | Code |
|------|---------------|------|------------|-------------|----------|----------|---------|------|
| Description | **rec'd docs; pull file for JFA** | | | | | | | Staff | **Marsha Bennington** |

| Client | **Bruce Woods** | | Case Ref | **Woods, Bruce** | | | File No | **98-LG-1640** |

| Alerts | | (days before) | Follow | Done | Notify | Hide | Trigger | Private | **N** | Status |
|--------|--|---------------|--------|------|--------|------|---------|---------|-------|--------|
| User1 | | | | | User3 | | | | | |
| User2 | | | | | User4 | | | | | |

Path/Name

**EXHIBIT**

tabbies®

14

Filters Used:

# Note Report

### Form Format

Date Printed: **3/31/2004**
Time Printed: **10:43AM**
Printed By:   **FENLON**

---

| Date | 3/05/1998 | Time 9:46AM | 12:00AM | Duration | 0.00 (hours) | Code |
|------|-----------|-------------|---------|----------|--------------|------|

Description **e-mail to BH & DM; file to INT**                         Staff  **Marsha Bennington**

Client   **Bruce Woods**                       Case Ref  **Woods, Bruce**                       File No   **98-LG-1640**

| Alerts | (days before) Follow | Done | Notify | Hide | Trigger | Private | N | Status |
|--------|---------------------|------|--------|------|---------|---------|---|--------|
| User1 | | | User3 | | | | | |
| User2 | | | User4 | | | | | |

Path/Name

---

| Date | 3/05/1998 | Time 9:29AM | 12:00AM | Duration | 0.00 (hours) | Code |
|------|-----------|-------------|---------|----------|--------------|------|

Description **file to MB for docs**                         Staff  **James F Anadell**

Client   **Bruce Woods**                       Case Ref  **Woods, Bruce**                       File No   **98-LG-1640**

| Alerts | (days before) Follow | Done | Notify | Hide | Trigger | Private | N | Status |
|--------|---------------------|------|--------|------|---------|---------|---|--------|
| User1 | | | User3 | | | | | |
| User2 | | | User4 | | | | | |

Path/Name

---

| Date | 2/17/1998 | Time 11:04AM | 12:00AM | Duration | 0.00 (hours) | Code |
|------|-----------|-------------|---------|----------|--------------|------|

Description **ran docket; file to JFA**                         Staff  **Marsha Bennington**

Client   **Bruce Woods**                       Case Ref  **Woods, Bruce**                       File No   **98-LG-1640**

| Alerts | (days before) Follow | Done | Notify | Hide | Trigger | Private | N | Status |
|--------|---------------------|------|--------|------|---------|---------|---|--------|
| User1 | | | User3 | | | | | |
| User2 | | | User4 | | | | | |

Path/Name

---

| Filters Used: | | **Note Report** | | Date Printed: | **3/31/2004** |
| | | | | Time Printed: | **10:43AM** |
| | | Form Format | | Printed By: | **FENLON** |

---

| Date | **2/13/1998** | Time | **5:30PM** | **5:30PM** | Duration | **0.00** | (hours) | | Code | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | **file to MB for docs** | | | | | | | | Staff | **James F Anadell** | | | |
| Client | **Bruce Woods** | | | Case Ref | **Woods, Bruce** | | | | | | File No | **98-LG-1640** | |
| Alerts | | | (days before) | Follow | | Done | | Notify | Hide | | Trigger | Private | **N** | Status |
| User1 | | | | | | | | User3 | | | | | |
| User2 | | | | | | | | User4 | | | | | |
| Path/Name | | | | | | | | | | | | | |

---

| Date | **2/06/1998** | Time | **3:11PM** | **12:00AM** | Duration | **0.00** | (hours) | | Code | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | **sent q&fs; file to JFA** | | | | | | | | Staff | **Marsha Bennington** | | | |
| Client | **Bruce Woods** | | | Case Ref | **Woods, Bruce** | | | | | | File No | **98-LG-1640** | |
| Alerts | | | (days before) | Follow | | Done | | Notify | Hide | | Trigger | Private | **N** | Status |
| User1 | | | | | | | | User3 | | | | | |
| User2 | | | | | | | | User4 | | | | | |
| Path/Name | | | | | | | | | | | | | |

---

| Date | **2/06/1998** | Time | **2:56PM** | **12:00AM** | Duration | **0.00** | (hours) | | Code | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | **send Q; file to MB** | | | | | | | | Staff | **Mary L Dunning** | | | |
| Client | **Bruce Woods** | | | Case Ref | **Woods, Bruce** | | | | | | File No | **98-LG-1640** | |
| Alerts | | | (days before) | Follow | | Done | | Notify | Hide | | Trigger | Private | **N** | Status |
| User1 | | | | | | | | User3 | | | | | |
| User2 | | | | | | | | User4 | | | | | |
| Path/Name | | | | | | | | | | | | | |



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 752-5167

DAVID H. BODIKER
State Public Defender

May 26, 1998

Mr. Bruce Woods
#329-889
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

Dear Mr. Woods:

Your case has been reassigned to me for filing a motion for delayed appeal.

Sincerely,

Thomas R. Wetterer, Jr.
Assistant State Public Defender

TRW:nlr\68654

**EXHIBIT**

tabbies®

15