```
  date: 06/14/96          THE STATE OF OHIO, HAMILTON COUNTY
  code: GJEI
 judge: 079                     COURT OF COMMON PLEAS
  form: B
```

```
* * * * * * * * * *
*                 *
*  E N T E R E D  *
*                 *
*  DATE : 6-14-96 *
*                 *
*  IMAGE : 428    *
*                 *
* * * * * * * * * *
```

_____
Judge: JOHN P. O'CONNOR

NO. B 961386

THE STATE OF OHIO
VS.

JUDGMENT ENTRY : SENTENCE:

INCARCERATION

BRUCE WOODS

Defendant was present in open Court with Counsel BRIAN PERKINS
on the 14th day of June 1996 for sentence.
The court informed the defendant that, as the defendant well knew,
AFTER TRIAL BY JURY, THE DEFENDANT HAS BEEN FOUND GUILTY of the offense(s) of
AGGRAVATED BURGLARY, 2911.11(A)(1) R.C. (AGG F-1) IN COUNTS #1, #2 AND
#4 WITH GUN SPECIFICATIONS IN COUNTS #1, #2 AND #4; ROBBERY, 2911.02(A)
R.C. (AGG F-2) IN COUNTS #3 AND #5; KIDNAPPING, 2905.01(A)(2)R.C.(AGG F-1)
IN COUNTS #6 AND #7 WITH GUN SPECIFICATIONS AND NOT RELEASING VICTIM IN
SAFE PLACE IN COUNTS #6 AND #7.

The Court afforded defendant's counsel an opportunity to speak on behalf of
the defendant. The Court addressed the defendant personally and asked if the
defendant wished to make a statement in the defendant's behalf, or present
any information in mitigation of punishment.

Defendant is sentenced to be imprisoned in Department of Corrections
for a period of FIFTEEN (15) YEARS TO A MAXIMUM TERM OF TWENTY-FIVE (25)
YEARS ON EACH OF COUNTS #1, #2, #4, #6 AND #7 TO RUN CONSECUTIVELY TO
EACH OTHER PLUS THREE (3) YEARS ACTUAL INCARCERATION ON GUN SPECIFICATIONS
ON EACH OF COUNTS #1, #2, #4 AND #6 TO RUN CONSECUTIVELY TO EACH OTHER AND
CONSECUTIVELY TO SENTENCES IN COUNTS #1, #2, #4, #6 AND #7; COUNT #3 IS AN
ALLIED OFFENSE OF SIMILAR IMPORT TO COUNT #2; COUNT #5 IS AN ALLIED OFFENSE
OF SIMILAR IMPORT TO COUNT #4 (2941.15 R.C.) NO SENTENCES IMPOSED AND
THEREFORE THE COUNTS ARE MERGED FOR PURPOSES OF SENTENCING WITH 161 DAYS
CREDIT FOR TIME SERVED. SENTENCES ON GUN SPECIFICATIONS (12 YEARS ACTUAL
INCARCERATION) TO BE SERVED PRIOR TO AND BEFORE THE UNDERLYING SENTENCE
(75 YEARS TO 125 YEARS) STARTS. DEFENDANT REMANDED. DEFENDANT TO PAY
COURT COSTS.



Defendant was notified of the right to appeal as required by Crim. R 32(A)(2)