B. WOODS # 327881

"SOUTHERN OHIO CORRECTIONAL FACILITY
PO BOX 45699
LUCASVILLE, OH 45699-0001
DRC 1459

Office of the Ohio Public Defender
Prison Legal Services
9 East Long Street
Columbus, Ohio 43215-2998

EXHIBIT
3