10(-CLIENT
GIFS

2.6.98

Dear Sir,

I am what they call Indigent at this time. I'm in Jail. I have, I think, 80 to 100 years. I got that on May 30, 1996. I would like for you to give me a lawyer to work on my Appeal. Can you help me.

Thank you
Bruce

I am at

Bruce Woods #329989
P.O. Box 45699
Lucasville, Ohio
45699

EXHIBIT 4

EXHIBIT