

Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-8091

DAVID H. BODIKER
State Public Defender

# MEMORANDUM

DATE:   February 6, 1998

TO:     Ohio Inmate

FROM:   Intake Division

RE:     Request for Assistance

This will acknowledge receipt of your request for legal assistance. It is the duty of this office to provide legal representation to indigent inmates who are unlawfully imprisoned, provided their claims have arguable merit.

Please complete and return the enclosed questionnaire and financial statement. If you have any other documents or information pertaining to your claims, you may send them also. Upon receipt of the questionnaire and financial statement, this office will review your claims for merit.

Return the documents to:

Intake Division
Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio  43215

We look forward to hearing from you.



EXHIBIT 5

EXHIBIT

mjb/57321