OFFICE OF THE OHIO PUBLIC DEFENDER
8 East Long Street, 11th Floor
Columbus, Ohio 43215

*2.13.98*

Please answer each question below as completely and accurately as possible. If you need help, contact the law clerk at your institutional law library. If you need more space, attach additional pages.

Return the completed questionnaire, together with copies of any papers or documents you have pertaining to your case, and this office will investigate your claims. If the attorney assigned to your case feels an interview is necessary, you will be notified.

Name: Bruce Woods

OPDC No.: 98-1640

Institution Number: 329889

Date of birth: 10.18.66

Institution: S.O.C.F

Soc. Sec. No.: 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

County of conviction: Hamilton

Case number: B9601396

Name of the attorney who represented you:

*98-06-0276*

Any aliases you have used:

Any co-defendants in your case: Kelly Woods, Rayshawn Riggins

*CLOSED IN INTAKE*

How were you convicted? [Place an "X" in the appropriate box. Choose only one box.]

☐ I entered a plea of "guilty."   ☒ I was tried by a jury.

☐ I entered a plea of "no contest."   ☐ I was tried by a judge, without a jury.

I was convicted of: Agg. Burglary, Agg. Robbery, Kidnapping

The term of my sentence is minimum 65t to maximum 120; or definite _____

Date of conviction: 5.31.96   Date delivered to the state: 6.25.96   Parole/EDS: 2018

Did you appeal your conviction to the court of appeals?   ☐ Yes ☒ No

Did you appeal your conviction to the Ohio Supreme Court?   ☐ Yes ☒ No

Have you filed any other actions challenging your conviction?   ☐ Yes ☒ No   If so, list the court, case number and nature of the proceedings:

_____

Do you have any action pending at the present time?   ☐ Yes ☒ No   If so, list the court, case number, type of action, and the name of your attorney, if you are represented:

_____

EXHIBIT
6

NOTE: If you are not represented by counsel, you must continue to represent yourself while this office investigates your case.

Briefly summarize the facts of your case: _

What type of assistance are you requesting from this office? _

## WAIVER

I hereby waive the attorney-client privilege for the limited purpose of enabling any attorney who has represented me to freely discuss my case with the Ohio Public Defender or any of his staff.

_Bruce Woods_
Your Signature

#45489

FICE OF THE OHIO PUBLIC DEFENDER
8 East Long Street, 11th Floor
Columbus, Ohio 43215

### FINANCIAL STATEMENT

efore this office can represent you, you MUST COMPLETELY FILL OUT this form and return it to the above address. If a question is not applicable to you or your situation, write N/A in the blank space.

---

**PERSONAL INFORMATION**

Name Bruce Wilcox

Social Security Number 290 70-5302 Date 2-11-99

Address P.O. Box 45699

City Lucasville  State Ohio  Zip 45699

Telephone N A  Date of Birth 10-13-66  Marital Status S

Names and ages of dependents N A

With whom do you live? N A

---

**INCOME**

Are you working now? ☐ Yes ☑ No

Employer N A

Employer's Address N A

City N A  State N A  Zip N A

Employer's Telephone N A

Type of Work N A  Gross Pay $ N A /mo.

'st any public assistance or other income received by you or your spouse in the appropriate space below:

| | | | | |
|---|---|---|---|---|
| Type of Public Assistance | N A | | Gross Pay | $ N A /mo. |
| Pension | $ N A /mo. | | VA Disability | $ N A /mo. |
| Unemployment Comp. | $ N A /mo. | | Worker's Comp. | $ N A /mo. |
| Social Security | $ N A /mo. | | | |

TOTAL $ N A /mo.

Husband's/Wife's Pay or Income $ N A /mo.

Other Income (describe) N A $ N A /mo.

TOTAL INCOME $ N A /mo.

---

**ASSETS**

Cash on hand or in the bank $ N A /mo.

Money owed to you (explain) N A $ N A /mo.

Do you own your home or any other real estate? ☐ Yes ☑ No

If so, describe property and its location:

Value of property $ N A /mo

.ist make and year of every car, truck, motorcycle or other vehicle owned by you and the value thereof:

N A  $ N A /mo.

N A  $ N A /mo.

## ASSETS CON'T

List all other property of value owned by you including but not limited to stocks, bonds, jewelry, boats, musical instruments, and the value thereof. If none, write

NONE: _____ N A _____    $_____ N A _____/mo.
                                                          $_____ N A _____/mo.

TOTAL ASSETS    $_____ N A _____/mo.

---

## EXPENSES

Living Expenses:        Rent or mortgage payments        $_____/mo.
                        Estimated monthly food bill       $_____/mo.
                        Medical or dental bills           $_____/mo.
                        Clothing expenses                 $_____/mo.
                        Utilities                         $_____/mo.

Other expenses (explain)

_____ N A _____    $_____/mo.
_____    $_____/mo.

TOTAL EXPENSES    $_____/mo.

---

## DEBTS

List all debts you presently owe:

| Names of Creditors/ Who you owe | Total Amount Owed | Monthly Payment |
|---|---|---|
| N A | | |
| | | |
| | | |
| | | |
| | | |

(Attach additional sheets if necessary)

---

THE FINANCIAL STATEMENT I HAVE COMPLETED ABOVE IS COMPLETE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IF IT IS DETERMINED BY THE STATE PUBLIC DEFENDER, OR BY THE COURT, THAT I WAS NOT ENTITLED TO THE LEGAL REPRESENTATION PROVIDED ME, I MAY BE REQUIRED TO REIMBURSE THE PUBLIC DEFENDER FOR THE COSTS OF REPRESENTATION PROVIDED. ANY ACTION FILED BY THE PUBLIC DEFENDER TO COLLECT FEES HEREUNDER, MUST BE BROUGHT WITHIN TWO YEARS FROM THE LAST DATE LEGAL REPRESENTATION WAS PROVIDED.

_____
SIGNATURE OF APPLICANT

IF YOUR FINANCIAL SITUATION SHOULD IMPROVE BEFORE THE FINAL DISPOSITION OF THIS CASE, YOU MUST INFORM THE OHIO PUBLIC DEFENDER IMMEDIATELY.

---

FOR OFFICE USE ONLY - NOT TO BE FILLED OUT BY THE APPLICANT

Monthly income minus living expenses        $_____/mo.
Assets minus liabilities                    $_____/mo.
Estimated cost of defense                   $_____/mo.

Eligible for Ohio Public Defender Services    [ ] Yes  [ ] No

_____
CASE ATTORNEY

#45489

ASSETS C...

List all other property of value owned by you including but not limit
jewelry, boats, musical instruments, and the value thereof. If none,
NONE: _____ N.A. _____

_____ TOTAL ASSE

EXPENSE

Living Expenses:      Rent or mortgage payments
                      Estimated monthly food bill
                      Medical or dental bills
                      Clothing expenses
                      Utilities

Other expenses (explain)
_____ N.A. _____
_____
_____ TOTA

DEB

List all debts you presently owe:

| Names of Creditors/ Who you owe | To. |
|---|---|
| N.A. | |
| | |
| | |
| | |
| | |

(Attach additional sheets if necessary)

THE FINANCIAL STATEMENT I HAVE COMPLETED ABOVI
KNOWLEDGE. I UNDERSTAND THAT IF IT IS DETERMINED B'
WAS NOT ENTITLED TO THE LEGAL REPRESENTATION PRO'
DEFENDER FOR THE COSTS OF REPRESENTATION PROVI
COLLECT FEES HEREUNDER, MUST BE BROUGHT WITHIN T
WAS PROVIDED.

IF YOUR FINANCIAL SITUATION SHOULD IMPROVE BEFORI
THE OHIO PUBLIC DEFENDER IMMEDIATELY.

FOR OFFICE USE ONLY - NOT TO BE FILLED OUT BY THE A...

     Monthly income minus living expenses
     Assets minus liabilities
     Estimated cost of defense

     Eligible for Ohio Public Defender Services    [ ] Yes   [ ] No

#45489

CASE ATTORNEY