

Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 752-5167

DAVID H. BODIKER
State Public Defender

March 23, 1998

Ms. Gail McCubbins
Court Reporter
1000 Main Street, Room 211
Cincinnati, OH 45202

    Re:    *State of Ohio vs. Bruce Woods*
           Case No. B961386

Dear Ms. McCubbins

    Pursuant to our telephone conversation today, please transcribe the sentencing hearing held June 14, 1996, before Judge John P. O'Conner in the above referenced case.

    I understand that the transcript is approximately 20 pages and will cost $2.10 a page. Please remit the bill when the transcript is sent and I will see that it is promptly paid. On the bill, please include a federal tax identification number.

    Thanking you in advance.

                                            Sincerely,

                                            Deborah K. McCandlish
                                            Administrative Assistant

DKM/deb

EXHIBIT 7

EXHIBIT