

Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 752-5167

DAVID H. BODIKER
State Public Defender

May 26, 1998

Mr. Bruce Woods
#329-889
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

Dear Mr. Woods:

Your case has been reassigned to me for filing a motion for delayed appeal.

Sincerely,

Thomas R. Wetterer, Jr.
Assistant State Public Defender

TRW:nlr\68654

EXHIBIT
8

EXHIBIT