ANADELLJ

| | |
|---|---|
| From: | JAMES ANADELL |
| Sent: | Sunday, March 15, 1998 4:56 PM |
| To: | MARY DUNNING; FELICE HARRIS. |
| Subject: | assignment (Woods to FLH) |

MARY:

Assign Bruce Woods, 98-LG-1640, to Felice; change Case Type to 201.

FELICE:

Hamilton County jury trial; agg burglary, robbery, kidnapping.  D got 4 CS gun specs (12 years) and a ton of time.

No appeal was ever taken.  I didn't trust the computer read-out, so I had Bryan get a copy of the real docket on his last Hamilton County run.  Sure enough, notice of appeal never filed.

Sentencing entry was filed 6.14.96, so you're really late on this one.  If I were you, I'd order a transcript of the sentencing hearing before I did anything else to see what went down.

I called trial counsel, Mike McEvilley, but only received a vague voice-mail message that he "didn;t handle the appeal."  I guess not.  He did not return subsequent calls.  Note that sentencing entry shows a Brian Perkins as assigned counsel.



EXHIBIT 9

EXHIBIT