

IN THE COURT OF APPEALS
FIRST APPELLATE DISTRICT OF OHIO
HAMILTON COUNTY, OHIO



| | |
|---|---|
| STATE OF OHIO | APPEAL NO. C-980716 |
| Appellee, | |
| vs. | ENTRY OVERRULING MOTION FOR LEAVE TO APPEAL |
| BRUCE WOODS | |
| Appellant, | |

This cause came on to be considered upon the motion of the appellant filed herein for leave to file a delayed appeal and upon the response thereto, and

The Court upon consideration thereof finds that the motion is not well taken and is overruled as the appellant has failed to provide this Court sufficient reasons for his failure to perfect an appeal as of right.

**To The Clerk:**
Enter upon the Journal of the Court on _10/1/98_ per order of the Court.
By: _____    (Copies sent to all counsel)
    **Presiding Judge**

