# The Supreme Court of Ohio

89-118

FILED
FEB 03 1999

MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO

1999 TERM

State of Ohio,
    Appellee,

        v.

Bruce Woods,
    Appellant.

Case No. 98-2308

E N T R Y

    Upon consideration of the jurisdictional memoranda filed in this case, the Court denies leave to appeal and dismisses the appeal as not involving any substantial constitutional question.

COSTS:

    Docket Fee, Affidavit of Indigency filed.

(Hamilton County Court of Appeals; No. C980716)

THOMAS J. MOYER
Chief Justice

EXHIBIT
13

EXHIBIT

0005r020399