SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543

FILED
COURT OF APPEALS

October 4, 1999

OCT 13 1999

JAMES CISSELL
CLERK OF COURTS
HAMILTON COUNTY

Clerk
Court of Appeals of Ohio,
Hamilton County
Hamilton County Courthouse
1000 Main Street, Room 329
Cincinnati, OH 45202

    Re: Bruce Woods
        v. Ohio
        No. 98-9319
        (Your No. C-980716)

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

                Sincerely,

                William K. Suter, Clerk

FILED
OCT 13  12 36 PM '99
JAMES CISSELL
CLERK OF COURTS
HAMILTON COUNTY, OH

EXHIBIT
14

EXHIBIT