| Schedules | | Document Listing |
|---|---|---|

Hamilton County Clerk of Courts

B 9600345

Attorney - Plaintiff
Attorney - Defendant
            Judge -                    JOHN P O'CONNOR                    79
                    STATE OF OHIO    vs.    BRUCE WOODS
                                        MC # 96CRA1054A,B,C,D  RECOG:
$200,000
STATE OF OHIO

    vs.
BRUCE WOODS
3341 BONAPARTE AV                                           Municipal #:
CINTI OH 45207

Race:BLACK - AFRICAN AMERICAN           Sex:M    Age:37      DOB:10/18/1966
Filed:1/18/1996       0005 -    WARRANT ON INDICTMENT
Count:1    AGG BURGLARY-INFLICT HARM F1 2911-11A1 ORCN
Disp:6/12/1996 3D DISMISSAL
Count:2     AGG ROBBERY-ARMED F1 2911-01A1 ORCN
Disp:6/12/1996 3D DISMISSAL
Count:3        ROBBERY F2 2911-02 ORCN
Disp:6/12/1996 3D DISMISSAL
Count:4    AGG ROBBERY-ARMED F1 2911-01A1 ORCN
Disp:6/12/1996 3D DISMISSAL
Count:5        ROBBERY F2 2911-02 ORCN
Disp:6/12/1996 3D DISMISSAL
Count:6   KIDNP-COMM OF FLNY - FLGHTF2F1 2905-01A2 ORCN
Disp:6/12/1996 3D DISMISSAL
Count:7   KIDNP-COMM OF FLNY - FLGHTF2F1 2905-01A2 ORCN
Disp:6/12/1996 3D DISMISSAL

| IMAGE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/18/1996 | INDICTMENT REPORTED AND FILED. INDICTMENT FOR AGGRAVATED BURGLARY 2911.11A1 R.C. W/SPEC., AGGRAVATED ROBBERY 2911.01A1 R.C. W/SPEC., ROBBERY 2911.02A R.C.. KIDNAPPING 2905.01A2 R.C. W/SPEC. | |
| 1/18/1996 | PRECIPE FOR WARRANT FILED AND WARRANT ISSUED. | |
| 1/24/1996 | SIMON L. LEIS JR., SHERIFF: I HAVE IN CUSTODY AND HAVE SERVED COPY OF INDICTMENT ON SAID DEFENDANT BY PALMER DEPUTY | |

EXHIBIT B

|     | Date       | Description |
|-----|------------|-------------|
|     | 1/26/1996  | COUNSEL ASSIGNED R MICHAEL MCEVILLEY |
| 265 | 1/26/1996  | WAIVER OF PRESENCE OF DEFENDANT AT ARRAIGNMENT $200,000 |
|     | 2/5/1996   | DEMAND FOR DISCOVERY |
|     | 2/5/1996   | REQUEST FOR BILL OF PARTICULARS |
| 63  | 2/15/1996  | ENTRY OF CONTINUANCE 2/21/96 |
| 151 | 2/21/1996  | ENTRY OF CONTINUANCE 3/11/96 |
|     | 2/22/1996  | SUBPOENA FOR WITNESS ISSUED TO RECORDS GOOD SAMARITAN HOSPITAL JASMINE CLAY LAKEISHA CLAY CYNTHIA ALLEN LINDA ALLEN |
|     | 2/23/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LINDA ALLEN |
|     | 2/23/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JASMINE CLAY |
|     | 2/23/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LAKEISHA CLAY |
|     | 2/23/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CYNTHIA ALLEN |
|     | 2/23/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED MEDICAL RECORDS CUSTODIAN GOOD SAMARITAN HOSPITAL |
| 105 | 3/11/1996  | ENTRY OF CONTINUANCE 3/18/96 |
| 109 | 3/18/1996  | ENTRY OF CONTINUANCE 4/29/96 |
|     | 3/20/1996  | BILL OF PARTICULARS |
|     | 3/20/1996  | SUBPOENA FOR WITNESS ISSUED TO RECORDS GOOD SAMARITAN HOSPITAL JASMINE CLAY LAKEISHA CLAY CYNTHIA ALLEN LINDA ALLEN |
|     | 3/20/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LINDA ALLEN |
|     | 3/20/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CYNTHIA ALLEN |
|     | 3/20/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LAKEISHA CLAY |
|     | 3/20/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JASMINE CLAY |
|     | 3/21/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED MEDICAL RECORDS CUSTODIAN GOODSAMARITAN HOSPITAL |
|     | 4/30/1996  | MOTION FOR CONTINUANCE. |
| 107 | 4/30/1996  | ENTRY OF CONTINUANCE 5/20/96 |
|     | 5/1/1996   | SUBPOENA FOR WITNESS ISSUED TO LINDA ALLEN CYNTHIA ALLEN LAKEISHA CLAY JASMINE CLAY RECORDS GOOD SAMARITAN HOSPITAL |

|     |            |                                                                                      |
| --- | ---------- | ------------------------------------------------------------------------------------ |
|     | 5/2/1996   | SUBPOENA FOR WITNESS RETURNED AND ENDORSED GOOD SAM HOSPITAL                         |
|     | 5/2/1996   | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LINDA ALLEN                               |
|     | 5/2/1996   | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JASMINE CLAY                              |
|     | 5/2/1996   | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LAKEISHA CLAY                             |
|     | 5/2/1996   | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CYNTHIA ALLEN                             |
|     | 5/10/1996  | SUBPOENA FOR WITNESS ISSUED TO LINDA ALLEN CYNTHIA ALLEN LAKEISHA CLAY JASMINE CLAY  |
|     | 5/13/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LAKEISHA CLAY                             |
|     | 5/13/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JASMINE CLAY                              |
|     | 5/13/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CYNTHIA ALLEN                             |
|     | 5/13/1996  | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LINDA ALLEN                               |
| 152 | 6/12/1996  | ENTRY OF DISMISSAL INDICTMENT                                                        |
|     | 7/12/1996  | NOTICE OF APPEAL FILED NO. C-96-545 COPY SENT TO HAMILTON COUNTY PROSECUTOR          |
|     | 8/12/1996  | DOCKET STATEMENT FILED. C960545                                                      |
|     | 11/7/1996  | COURT OF APPEALS OF HAMILTON COUNTY CASE NO. C-960545                                |
|     | 12/5/1996  | ENTRY DISMISSING APPEAL (C960545 12/5/96 #15)                                        |