IN THE COURT OF COMMON PLEAS
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO                    C960545

| | | |
|---|---|---|
| STATE OF OHIO, | | Case No.: B9600345 |
| Plaintiff-Appellee, | : | (Judge O'Connor) |
| vs. | : | |
| BRUCE WOODS | | **NOTICE OF APPEAL** |
| Defendant-Appellant | : | |

Notice is hereby given that Dale Lusby, Defendant-Appellant, hereby appeals to the First Appellate Judicial District, from the judgment and sentence of this Court entered on this cause on June 14, 1996.

Respectfully Submitted,

Bryan R. Perkins (0061871)
Attorney for Defendant-Appellant
23 East Seventh Street
Suite 1116
Cincinnati, Ohio 45202
(513)929-4449

ORIG. COMP. PARTIES, SUMMONS
( ) CERT MAIL    ( ) SHERIFF    ( ) WAVE
( ) PROCESS SERVER  (X) NONE
CLERKS FEES _____
SECURITY FOR COST _____
DEPOSITED BY 6/871
FILING CODE A-105

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Appeal was served upon the Hamilton County Prosecutor's Office by personal service on this ___ day of July, 1996.

Bryan R. Perkins

EXHIBIT D

Hamilton County Clerk of Courts

| Schedules | | Document Listing |
|---|---|---|
| | APPEARANCE DOCKET | C 9600545 |

Attorney - Plaintiff
Attorney - Defendant          BRYAN R PERKINS                    61871
Judge -

STATE OF OHIO   vs.   BRUCE WOODS

Filed: 7/12/1996  A105 - NOTICE OF APPEAL - CRIMINAL - POVERTY AFFIDAVIT
Total Deposits $.00                    Total Costs $60.00

    BRUCE WOODS

Appellant(s)

vs.

STATE OF OHIO

Appellee(s)

| IMAGE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | 7/12/1996 | NO DEPOSIT REQUIRED-POV.AFF. BRUCE WOODS | |
| | 7/12/1996 | APPEAL - ON QUESTIONS OF LAW | |
| | 7/12/1996 | NOTICE OF APPEAL FILED. | |
| | 7/12/1996 | COMMON PLEAS TRIAL COURT # B-9600345 | |
| | 7/12/1996 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTORS | |
| 19 | 7/30/1996 | ORDER TO SHOW CAUSE | |
| | 8/1/1996 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. | |
| | 8/12/1996 | DOCKET STATEMENT FILED. B9600345 | |
| 2 | 8/30/1996 | REGULAR CALENDAR SCHEDULING ORDER, ENTERED. 11/19/96 RECORD DUE. 01/03/97 APPELLANT'S BRIEF DUE02/17/97 APPELLEE'S BRIEF DUE | |
| | 9/5/1996 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. | |
| | 11/7/1996 | TRANSCRIPT OF DOCKET AND JOURNAL ENTRIES FILED | |
| | 11/7/1996 | NOTICE OF FILING OF RECORD EXCLUDING TRANSCRIPT OF PROCEEDINGS MAILED TO BRYAN R PERKINS AND COUNTY PROSECUTOR | |
| | 11/7/1996 | NOTICE OF FILING OF RECORD EXCLUDING TRANSCRIPT OF PROCEEDINGS MAILED TO BRYAN | |

R PERKINS AND COUNTY PROSECUTOR

| 15 | 12/5/1996 | ENTRY DISMISSING APPEAL B960345 |
| | 12/13/1996 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |

IN THE COURT OF APPEALS

FIRST APPELLATE DISTRICT OF OHIO

HAMILTON COUNTY, OHIO

STATE OF OHIO : APPEAL NO: C-960545
TRIAL NO. B-9600345
   Appellee,

vs. 

BRUCE WOODS

   Appellant.

ENTRY DISMISSING APPEAL

   This cause came on to be considered upon the appeal from the trial court, and

   The Court, being fully advised, *sua sponte* dismisses the appeal for failure of the appellant to show good cause why he has failed to comply with the Ohio Rules of Appellate Procedure, to wit: the transcript of proceedings was due to be filed on 11/19/96.

   It is further Ordered that a certified copy of this judgment shall constitute the mandate to the trial court pursuant to Rule 27, Ohio Rules of Appellate Procedure.

TO THE CLERK:          (COPIES SENT TO ALL COUNSEL)

ENTER UPON THE JOURNAL OF

THE COURT   12/5/96

PER ORDER OF THE COURT.

BY: _____

   Presiding Judge