## BEHAVIORAL OBSERVATIONS
### (Check all Relevant Categories)

- ☐ Aggressive
- ☐ Agitated
- ☐ Delusional
- ☒ Eye Contact *Poor*
- ☐ Hallucinating
- ☐ Hyperactivity

- ☐ Irrational
- ☐ Labile
- ☐ Lethargic
- ☐ Loose Associations
- ☐ Manipulative
- ☐ Paranoia

- ☐ Passive
- ☒ Withdrawn
- ☐ Terrified/Crying
- ☐ Other: _____

Comments:

## MENTAL STATUS EXAMINATION
### (Write in Brief Description)

Affect: Flat

Concentration: average

Mood: depressed

Orientation: x4

Appearance: well groomed

Intellectual Functioning: average

Memory: poor

Speech: slow, soft

Other:

## SUICIDE POTENTIAL SCREENING

| | | Yes | No |
|---|---|---|---|
| 1. | Correctional or Transporting Officer reports inmate may be suicidal risk. | ☐ Yes | ☒ No |
| 2. | Experienced a significant loss within last six months. Describe: _____ | ☐ Yes | ☒ No |
| 3. | Worried about major problems other than legal situation. Describe: Refuses to say | ☒ Yes | ☐ No |
| 4. | Holds position of respect in community and/or alleged crime is shocking in nature. | ☐ Yes | ☐ No |
| 5. | First involvement with legal system. Describe: _____ | ☐ Yes | ☒ No |
| 6. | Appears to feel unusually embarrassed or ashamed. | ☐ Yes | ☒ No |
| 7. | Expresses feelings of helplessness or hopelessness. | ☐ Yes | ☒ No |
| 8. | Shows signs of depression: crying, (emotional flatness) Describe: _____ | ☒ Yes | ☐ No |
| 9. | Appears overly anxious, afraid, or angry. | ☐ Yes | ☒ No |
| 10. | Is acting and/or talking in a strange manner. (cannot focus attention, hallucinating) | ☐ Yes | ☒ No |

## SUICIDE POTENTIAL SCREENING (continued)

| | | | |
|---|---|---|---|
| 11. | Has made previous suicide attempts. | ☒ Yes | ☐ No |

Date of most Recent Attempt: _1999_ ____ Method: _Cut self_____

Number: _4±_____

| | | | |
|---|---|---|---|
| 12. | Expresses thoughts of killing self. | ☐ Yes | ☒ No |
| 13. | Has a suicide plan. | ☐ Yes | ☒ No |

Describe: _____

| | | | |
|---|---|---|---|
| 14. | Has the means to carry out the suicide plan.    ☒ N/A | ☐ Yes | ☐ No |
| 15. | Family member or significant other has attempted or committed suicide. | ☒ Yes | ☐ No |

Relationship: _Best Friend_____

Date: _When in 7th grade_____ Method: _Gun_____

| | Yes | No |
|---|---|---|
| TOTAL YES/NO COUNT | 4 | 11 |

**If there are any checks in the Behavioral Observation Section (pg. 1), or if the total yes count in Suicide Potential Screening**

## DISPOSITION

( check all appropriate boxes)
- ☐ Place on continuous suicide watch
- ☐ Place on close suicide watch
- ☒ Psychiatric medication order needed

REFERRAL FOR MENTAL HEALTH EVALUATION:
(check one box)
- ☐ Emergency referral    (1 hr)
- ☐ ASAP referral    (3 days)
- ☒ Routine referral    (30 days)
- ☐ No referral

(check one box)
- ☐ Place in crisis/safe cell
- ☐ Place in special housing
- ☐ Place in RTU
- ☒ Place in general population

**Mental Health Classification Assigned**

- ☐ N
- ☐ $C_1$
- ☒ $C_2$
- ☐ $C_3$

Comments:

# Initial Medical/Mental Health/Substance Use Screening

**Provide information in the *Comment* section for all questions answered *yes*.**
**All information is based upon self report of inmate.**

| | |
|---|---|
| Date of Interview: 11-28-99 | Signature/Title of Interviewer: P. Nicastro RN BSN |
| Time of Interview: 900 pm | Institution: TCI | Printed Name/Title of Interviewer: Pat Nicastro RN |
| Date of Arrival at Institution: 2 mos. ago | Time of Arrival at Institution: | Received from: Lucasville |
| Inmate Name: Woods, Bruce | Inmate Number: 329 889 |

| | | | |
|---|---|---|---|
| 1 | ☒ Yes | ☐ No | History of outpatient mental health treatment |
| 2 | ☐ Yes | ☒ No | History of inpatient treatment |
| 3 | ☒ Yes | ☐ No | History of head injury |
| 4 | ☒ Yes | ☐ No | History of violent behavior |
| 5 | ☒ Yes | ☐ No | History of suicide attempts** |
| 6 | ☐ Yes | ☒ No | Current suicidal thoughts** |
| 7 | ☐ Yes | ☒ No | Current suicide plan** |
| 8 | ☐ Yes | ☒ No | Ability to carry out current suicide plan** |
| 9 | ☒ Yes | ☐ No | Unusual behavior/affect** |
| 10 | ☐ Yes | ☒ No | Current psychotropic medications (see current medication on medical form) |
| 11 | ☐ Yes | ☒ No | Hallucinations** In past at age 12-13 |
| 12 | ☐ Yes | ☒ No | Was this inmate on caseload at sending institution. If discharged, give date: |

Yes responded to items with ** should be referred for either immediate attention or evaluation as dictated by the individual circumstances.

| Comments: |
|---|

| | | |
|---|---|---|
| ☒ Yes | ☐ No | Mental health orientation information given to inmate |

## MENTAL HEALTH DISPOSITION (Check one or more)

| | | |
|---|---|---|
| ☐ Yes | ☒ No | Crisis/Safe cell assignment requested |
| ☒ Yes | ☐ No | Special housing assignment requested |
| ☐ Yes | ☒ No | Routine housing requested |
| ☒ Yes | ☐ No | Emergency mental health referral |

## MEDICAL DISPOSITION

| | | | | | |
|---|---|---|---|---|---|
| ☒ Yes | ☒ No | Special Needs Unit | ☐ Yes | ☒ No | Emergency Transport |
| ☐ Yes | ☒ No | Infirmary Admission | ☐ Yes | ☒ No | Routine Housing |
| ☒ Yes | ☐ No | Physical Referral | | | |

## SUBSTANCE USE SCREENING

| | | |
|---|---|---|
| ☐ Yes | ☒ No | History of alcohol and drug problem. |
| ☐ Yes | ☒ No | Previous alcohol and drug treatment. |
| ☐ Yes | ☒ No | History of alcohol and drug problem when ceasing use. |

| | | | Date of Last Use | Method | Frequency |
|---|---|---|---|---|---|
| Alcohol | ☐ Yes | ☒ No | | | |
| Amphetamines | ☐ Yes | ☒ No | | | |
| Cannabis | ☐ Yes | ☒ No | | 1 | |
| Cocaine | ☐ Yes | ☒ No | | | |
| Hallucinogens | ☐ Yes | ☒ No | | | |
| Inhalants | ☐ Yes | ☒ No | | | |
| Nicotine | ☐ Yes | ☒ No | | | |
| Opiates | ☐ Yes | ☒ No | | | |
| Phencyclidine | ☐ Yes | ☒ No | | | |
| Sedatives | ☐ Yes | ☒ No | | | |

**Frequency of Use Codes:**

1 = Less than 12 times yearly
2 = Once per month
3 = Twice per month
4 = Once per week
5 = 2 times per week
6 = More than 3 times per week
7 = Daily
8 = Binge

**Method of Administration Coding:**

1 = Oral
2 = Intravenous
3 = Subcutaneous
4 = Inhalation
5 = Intranasal
6 = Smoking
7 = Freebase
8 = Other

0000022

# Mental Health Transfer Summary

| Inmate Name: | Woods, Bruce | Inmate Number: 329-889 | Institution: TCI | Date: 3/13/2000 |

Reason for request: _Hardship Transfer_

- [ ] Custody: change from _____ to _____
  - [ ] other _____
- [ ] Medical: needs _____
- [ ] Mental Health: needs _____
- [ ] Program: needs _____
- [ ] Classification process

RECEIVED
MAR 13 2000
TCI
MENTAL HEALTH SERVICES

Current Mental Health level: [ ] N  [x] C1  [ ] C2
Psychiatric medications prescribed: [x] Yes  [ ] No
Is this transfer outside the cluster: [x] Yes  [ ] No  [ ] Do not know

---

Mental Health Concerns:  Watch status within last 10 days: [ ] Yes  [x] No  Type: _____

① Does have hx of Depression. Has made veiled threats of self injury + "going off" in the past (10/99) Had 2 previous attempts in 1990 (no info on type of attempt).

Name of person completing report: _Monica Bowden, PC_   Signature of person completing report: _____   Date: 3/13/00

If the transfer involves an inmate on the Mental Health caseload to be transferred to an institution OUTSIDE the cluster, the Bureau of Mental Health Services must approve the transfer.

[x] Approved   [ ] Denied   Bureau of Mental Health Services: _____   Date: 3/14/00

---

Axis I: Depressive Disorder NOS.

Axis II: Deferred.

Axis III: None.

Current prescribed medication: 

| Compliance (3 months) | | |
|---|---|---|
| 31 100 | 31 100 | 31 100 |
| 100% | 93% | 98% |

Changed in last month: [ ] Yes  [x] No

---

Housing recommendations:
Current mental status and summary of progress in treatment:

① Stable at this time. Less depressed + compliant of current med's.
If transferred — should be transferred to another RTU.
② does not attend any groups — would benefit from group or individual counseling along w/ medication.

Signature of person completing this section: _____   Mental Health Manager: _____ PhD

# Mental Health Transfer Summary

Inmate Name: **Woods, Bruce**  Inmate Number: **329-889**  Institution: **TCI**  Date: **3-28-2000**

**Reason for request:**

☐ Custody: change from _____ to _____  ☐ Mental Health: needs _____

☒ other **HARDSHIP TRANSFER**  ☐ Program: needs _____

☐ Medical: needs _____  ☐ Classification process

Current Mental Health level:  ☐ N  ☒ C1  ☐ C2  ☐ C3
Psychiatric medications prescribed:  ☒ Yes  ☐ No
Is this transfer outside the cluster:  ☒ Yes  ☐ No  ☐ Do not know

Mental Health Concerns:  Watch status within last 10 days:  ☐ Yes  ☒ No  Type: _____

Has history of Depression. Several months ago made threats of self-injury
d "going off." Had 2 previous "attempts" reported, in 1990.

Name of person completing report: **A. Michael Ricciardi, Ph.D.**  Signature of person completing report: **A Michael Ricciardi, PhD.**  Date: **3-28-2000**

If the transfer involves an inmate on the Mental Health caseload to be transferred to an institution OUTSIDE the cluster, the Bureau of Mental Health Services must approve the transfer.

☒ Approved  ☐ Denied  Bureau of Mental Health Services: **Chili Braca**  Date: **3/25/00**

WHITE - Submitted with transfer request to Bureau of Classification
DRC 5180 (Rev. 6/99)  CANARY - File in inmate's Mental Health file in "Screening/Evaluation Assessment" section

0000024



State of Ohio
Department of
Rehabilitation and Correction

**Intrasystem Transfer
and Receiving**

HEALTH SCREENING FORM

| | |
|---|---|
| Name: | *Woods, Bruce* |
| Number: | *329-889* |
| Date of Birth: | *10-18-66* |
| Race: *B* | Sex: *M* |

| | | |
|---|---|---|
| Date: *4/18/00* | Time: *1915* | Transferring Institution: *SOCF* |
| Diagnosis: 1 | | Medications: 1 *Paxil 20mg gHS* |
| 2 | | 2 |
| 3 | | 3 |
| 4 | | 4 |

| Allergies: | PPD mm: | PPD Date: | Tetanus date: |
|---|---|---|---|

| Current Treatments: | Diets: |
|---|---|

| Pending Consults: | Chronic Care Clinics: |
|---|---|

Follow-Up Care Needed:

Disabilities, Limitations, Prosthetic Devices:

| Presently on Suicide Watch?  ☐ Yes  ☐ No | History of Suicide Attempts?  ☐ Yes  ☐ No  Date: |
|---|---|
| On Psychotropic medications?  ☐ Yes  ☐ No | Signature: |

| | | |
|---|---|---|
| Date: *4/18/00* | Time: | Receiving Institution: *WCI* |

SUBJECTIVE Complaints:

| Diagnosis: 1 *Mental health hx.* | Medications: 1 *PAXIL 20mg gHS* |
|---|---|
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |

**OBJECTIVE:**    Physical Appearance, Behavior:

| vital signs: Temp: *98.8* | Pulse: *84* | Resp: *16* | BP: *110/70* | Weight: *170* |
|---|---|---|---|---|

ASSESSMENT:

PLAN (Disposition):   ☐ Routine (Advised how to access Health Care)   ☐ DSC Appointment Date:

☐ Pending Consults noted: *None*   ☐ Chronic Care Clinic appointment date: *None*

☐ Placed in infirmary   ☐ Special housing   ☐ Therapeutic diet ordered   ☐ Work/program limitations ordered

☐ Health Education Material Reviewed   Signature: *S. Wolfe*

**Intrasystem Transfer and Receiving Form**

0000025

# Initial Medical/Mental Health/Substance Use Screening

Provide information in the *Comment* section for all questions answered *yes*.
All information is based upon self report of inmate.

Date of Interview:

Signature/Title of Interviewer:

Time of Interview:    Institution:

Printed Name/Title of Interviewer:

Date of Arrival at Institution:

Time of Arrival at Institution:

Inmate Name: _Winds  Bruce_    Received from: _SOCF_

Inmate Number: _327-889_

| | | | |
|---|---|---|---|
| 1 | ☑ Yes | ☐ No | History of outpatient mental health treatment |
| 2 | ☑ Yes | ☐ No | History of inpatient treatment |
| 3 | ☑ Yes | ☐ No | History of head injury _1995 h.t.E baseball bat._ |
| 4 | ☑ Yes | ☐ No | History of violent behavior |
| 5 | ☑ Yes | ☐ No | History of suicide attempts** _1999 cut wrists_ |
| 6 | ☐ Yes | ☐ No | Current suicidal thoughts** |
| 7 | ☐ Yes | ☐ No | Current suicide plan** |
| 8 | ☐ Yes | ☐ No | Ability to carry out current suicide plan** |
| 9 | ☐ Yes | ☐ No | Unusual behavior/affect** |
| 10 | ☐ Yes | ☐ No | Current psychotropic medications (see current medication on medical form) |
| 11 | ☐ Yes | ☐ No | Hallucinations** |
| 12 | ☐ Yes | ☐ No | Was this inmate on caseload at sending institution. If discharged, give date: |

Yes responded to items with ** should be referred for either immediate attention or evaluation as dictated by the individual circumstances.

Comments:

☐ Yes  ☐ No    Mental health orientation information given to inmate

## MENTAL HEALTH DISPOSITION (Check one or more)

☐ Yes  ☐ No    Crisis/Safe cell assignment requested
☐ Yes  ☐ No    Special housing assignment requested
☑ Yes  ☐ No    Routine housing requested
☐ Yes  ☐ No    Emergency mental health referral

## MEDICAL DISPOSITION

☐ Yes  ☐ No    Special Needs Unit
☐ Yes  ☐ No    Infirmary Admission      ☐ Yes  ☐ No   Emergency Transport
☐ Yes  ☐ No    Physical Referral        ☑ Yes  ☐ No   Routine Housing

## SUBSTANCE USE SCREENING

☑ Yes  ☐ No    History of alcohol and drug problem.
☐ Yes  ☑ No    Previous alcohol and drug treatment.
☐ Yes  ☐ No    History of alcohol and drug problem when ceasing use.

| | | | Date of Last Use | Method | Frequency |
|---|---|---|---|---|---|
| Alcohol | ☐ Yes | ☑ No | | | |
| Amphetamines | ☐ Yes | ☑ No | | | |
| Cannabis | ☐ Yes | ☑ No | | | |
| Cocaine | ☐ Yes | ☑ No | | | |
| Hallucinogens | ☐ Yes | ☑ No | | | |
| Inhalants | ☐ Yes | ☑ No | | | |
| Nicotine | ☐ Yes | ☑ No | | | |
| Opiates | ☐ Yes | ☑ No | | | |
| Phencyclidine | ☐ Yes | ☑ No | | | |
| Sedatives | ☐ Yes | ☑ No | | | |

Frequency of Use Codes:

1 = Less than 12 times yearly
2 = Once per month
3 = Twice per month
4 = Once per week
5 = 2 times per week
6 = More than 3 times per week
7 = Daily
8 = Binge

Method of Administration Coding:

1 = Oral
2 = Intravenous
3 = Subcutaneous
4 = Inhalation
5 = Intranasal
6 = Smoking
7 = Freebase
8 = Other

## DETAILED MENTAL HEALTH SCREENING FORM

| MENTAL HEALTH HISTORY | | |
|---|---|---|
| 1. | History of psychotropic medications | **Yes**   No |
| | Current usage | Yes   **No** |
| | List Medications _____ | |
| | _____ | |
| | Evidence of EPS _____ | Yes   **No** |
| 2. | History of psychiatric hospitalization | Yes   **No** |
| 3. | History of out-patient mental health treatment | Yes   **No** |
| 4. | History of violence: (circle those that apply) | **Yes**   No |
| | Behavior          Threats | |
| | Verbally Assaultive   Physically Assaultive | |
| 5. | History of self-injurious behavior | Yes   **No** |
| 6. | History of head injury, trauma | Yes   **No** |
| | Describe: _____ | |
| 7. | Length of time in country jail: ____ Years  _3_ Months | |
| 8. | History of placement in any special education programs | Yes   **No** |

### BEHAVIORAL OBSERVATION
(Circle all Relevant Categories)

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | Rational |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Other_____ |
| Hyperactivity | Paranoia | |

### MENTAL STATUS EXAMINATION
(Write in Brief Description)

| | | |
|---|---|---|
| Affect _____ _Inapp_ | Appearance ___ _Clea._ |
| Concentration _Absent_ | Intellectual Functioning ___ _Av_ |
| Mood _Pleasant be Flat_ | Memory ___ _Intact_ |
| Orientation _X 3_ | Speech ___ _Clear_ |
| Other _____ | |

ODRC Health History Available          **Yes**   No

| | | |
|---|---|---|
| Screened By _____ | Title _____ |
| Date _6/6/97_ | Time _1:22 Pm_ |
| Reviewed by _____ | Title _____ |
| Date _____ | Time _____ |
| Inmate Name _Wood_ | Number _329-889_ |
| Institution _SoCF_ | |

## SUICIDE POTENTIAL SCREENING

| # | Question | Yes | No |
|---|----------|-----|-----|
| 1. | Correctional or Transporting Officer reports subject may be suicidal risk. | Yes | (No) |
| 2. | Experienced a significant loss within last six months. Describe_____ | Yes | (No) |
| 3. | Worried about major problems other than legal situation. Describe_____ | Yes | (No) |
| 4. | Holds position of respect in community and/or alleged crime is shocking in nature. | (Yes) | No |
| 5. | First involvement with legal system. | Yes | (No) |
| 6. | Appears to feel unusually embarrassed or ashamed. | Yes | (No) |
| 7. | Expresses feelings of helplessness or hopelessness. | (Yes) | No |
| 8. | Shows signs of depression: crying, emotional flatness. Describe_____ | (Yes) | No |
| 9. | Appears overly anxious, afraid, or angry. | Yes | (No) |
| 10. | Is acting and/or talking in a strange manner. (Cannot focus attention, hallucinating) | Yes | (No) |
| 11. | Expresses thoughts of killing self. | Yes | (No) |
| 12. | Has made previous suicide attempts. Number _2_ | (Yes) | No |
|  | Date of Most Recent Attempt _95_ Method _O.D._ | (Yes) | No |
| 13. | Has a suicide plan. Describe_____ | Yes | (No) |
| 14. | Has the means to carry out the suicide plan. | Yes | (No) |
| 15. | Family member or significant other has attempted or committed suicide. Relationship_____ Date_____ Method_____ | Yes | (No) |

TOTAL YES/NO COUNT    5/10

If there are any circles in shaded areas, or if the total yes count is six or more, review for special watch status and refer for mental health evaluation.

### DISPOSITION

____/____ Approved for general population; no mental health referral

_____ Approved for general population; routine mental health referral

_____ Special Housing - ASAP mental health referral

_____ Suicide precaution procedures - emergency mental health referral

_____ Psychiatric medications order needed

INTER-DISCIPLINARY TREATMENT PLAN
Mental Health Services

Inmate Name: Bruce Woods                    Inmate #: A-329-889
DOB: 10/18/1966                             Gender: Male
Race: Black                                 MH Level: C2
EDS Date:    /  /                           Original DR&C Date: 06/25/1996
Institution Date: 04/18/2000               Projected Parole Date:   /  /

Date of this Plan: 05/11/2000              Next Review Date: 08/11/2000

Axis I:                    1. Depressive Disorder NOS   311
                           2. Alcohol Abuse   305.00

Axis II:                   1. Personality Disorder NOS   301.9
                           2. Antisocial Personality Features

Axis III:                  (No Diagnosis) V71.09

Axis IV:                   Incarceration

Axis V (Current):          40

Axis V (Highest):          40

Drug(s) of Choice:         Alcohol

Therapeutic Assets:        Intelligent

Current Psychotropic Medications·    Paxil

0000029

Master Treatment Plan, Mental Health Services
Problem Listing Section

**Active PSYCHIATRIC Problems:**

Problem #1                              Problem Status: Active

PROBLEM:    Inmate Woods obtains attention through self-mutilating
            behavior.
            This problem was evidenced by:
            1. Reports form non-custody staff
            2. Patient's social history
            3. Patient's own report
            4. Medical history and physical
            5. Inter-disciplinary progress notes

GOAL:       Inmate Woods will use alternative ways of obtaining attention,
            other than self-harmful behavior, and will be able to discuss
            these alternatives in therapeutic sessions.

| No. | Objective: | Intervention: | Target Dates: |
|-----|-----------|---------------|---------------|
| 1A | Inmate Woods will practice positive attention-seeking behavior in the group setting. | Kim Demeter L.S.W. will offer monthly groups where Inmate Woods may receive positive reinforcement for active participation. | 08/09/2000 |
| 1B | Inmate Woods will be able to describe the effects of his behavior on others and will make short-term (weekly) commitments to change behavior by using problem-solving techniques. | Kim Demeter L.S.W. will provide one 30 min session to focus on behavioral insight, behavior change, and problem-solving skills. | 08/09/2000 |

Discharge Criterion:    Inmate Woods will discontinue self-mutilating
                        behavior and will be able to obtain attention in
                        positive and appropriate ways.

Page 2

Inmate Name: Bruce Woods
Inmate #: A-329-889

0000030

## Master Treatment Plan, Mental Health Services
## Problem Listing Section

Problem #2                          Problem Status: Active

PROBLEM:     Inmate Woods experiences symptoms of depression including ,
             which interfere with his daily life.
             This problem was evidenced by:
             1. Reports form non-custody staff
             2. Patient's own report
             3. Inter-disciplinary progress notes

GOAL:        Inmate Woods's symptoms will diminish to the point that his
             daily functioning will no longer be affected, and he will be
             able to remain in general population housing.

| No. | Objective: | Intervention: | Target Dates: |
| --- | --- | --- | --- |
| 2A | Inmate Woods will be able to accurately state the name, dose, effects and side effects of his medication. | Sagi Raju, M.D. will provide medication to help manage depression with review/ reassessment monthly. Psychiatric Nurse will teach Inmate Woods about the effects of his medicine in at least 1 group or individual session, and will provide compliance counseling as needed. | 11/07/2000 |
| 2B | Inmate Woods will be able to describe some alternative methods of relieving depression which he may use in addition to medication. | Psychiatric Nurse will teach Inmate Woods about lifestyle choices that may impact mood in Wellness Group, monthly. Kim Demeter L.S.W. will address alternative methods of relieving depression during monthly contact visits. | 11/07/2000 |
| 2C | Inmate Woods will verbally and/or non-verbally identify and express his emotions, feelings and/or opinions in a healthy manner. | Kim Demeter L.S.W. will address expression of emotions during individual sessions, monthly. | 08/09/2000 |

Discharge Criterion:     Inmate Woods's objective symptoms will diminish and
                         he will report feeling better.

Page 3

Inmate Name: Bruce Woods
Inmate #: A-329-889

**Master Treatment Plan, Mental Health Services**
**Problem Listing Section**

**Patient Agreement:**

I have had the opportunity to participate in the development of this mental
health treatment plan, and consent to the treatment described herein.

_W̲o̲o̲d̲s̲ ̲3̲2̲9̲8̲8̲9̲_
Bruce Woods, Inmate
A-329-889

_5̲-̲1̲7̲-̲2̲0̲0̲0̲_
Date

I agree with this plan, with the following exceptions(s):

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Signatures of the Interdisciplinary Team:**

_S̲ ̲R̲a̲j̲u̲m̲o̲_
Sagi Raju, M.D., Psychiatrist

_____
Psychiatric Nurse  Psychiatirc Nurse

_____
Kim Demeter L.S.W., Mental Health Liaison

**Page 4**

Inmate Name: Bruce Woods
Inmate #: A-329-889

0000032

# TREATMENT PLAN REVIEW

| | | Scheduled Review Date: 11/3/99 | Date of Review: 11/29/99 |

Notes: (1) Review plan: mood calm and cooperative. (2) Reports denying "alright" tho blah jmh. Moods reports that his depression is "alright." (1) denies s/hi or AIV medication at present. (2) Reports that he was placed on watch this weekend because he told staff he was "going to be dead" — meaning "go be dead." X - Can't sign due to cuffs → sometimes he thinks about what it would be like not to be here? — meaning "go be dead." X - Can't sign due to cuffs — reports that he is now the time to commit suicide — due to holidays

f Members Present: R. Ribbs _____ J.S. P. Mouitt

| | | Scheduled Review Date: | Date of Review: 11/30/99 |

utes: Unable to ascertain lethality. Unwilling to endorse feeling suicidal at just wanting to extricate to clean. Pt Mr. informed (1) is recommended for him to offer him to other psychia treat. Refused to be responsibility for being in current watch.                                    (1) verified

ff Members Present: S. Maricle Jr 5/1/q

Wooster 326999

| | | Scheduled Review Date: 12/1/99 | Date of Review: 12/1/99 |

utes: (1) Reports doing "alright" holidays. (2) denies s/hi or AIV following today. (1) discussed plan proposed today notes yet (1) compliance with treatment. Please contact agent. Treatment plan proposed today notice yet (1) compliance with treatment in the RDL. No c/o.

ff Members Present: R. Ribbs     S. W. L.     T. Upchurch     Swim Gill

Inmate Name: WOODAN, Bruce

Inmate Number: 328-889

5198 (Rev. 12/97)
4349, 4351, 4354, 4355

# TREATMENT PLAN

**Name:** Woods, Bruce
**No.:** 329-889
**Treatment Coordinator:** R. Light, M.S. Ed., M.H. Liason

**Diagnosis:**

**Axis IV:** incarceration

**Axis V:** Current GAF 61

| Problem Identified | No. | Problem | Goals/Objectives | Interventions/ Frequency | Staff Responsible | Target Date | Date/Status (A or C or R) |
|---|---|---|---|---|---|---|---|
| 12/10/99<br>11/19/99 | ① | depression - pt at risk for self-harm has suicide attempts x5 | ① Pt will manage depressive symptoms, monitor suicidal thoughts and report them to mental health staff<br>② Pt will become active in scheduled program to ↓ depression | ① M.H. staff will monitor<br>② pt will participate in self-help & other available for depression management skills<br>③ - M.H.P. coordinates pt will engage in scheduled group activities. | - psychiatrist<br>- psych nurse<br>- M.H. liason<br><br>- M.H.P.<br>- ms. Povitz | 12/3/000<br><br><br>12/3/01 | |

Check here if continued on reverse. ☐

**Signature and Title:** [signature]

**Signature and Title:** R. Light, M.S. Ed., M.H. Liason

**Signature and Title:**

I participated in the formulation of this treatment plan. Although this is not a legally binding contract, I realize that failure to participate in the treatment plan and activities could result in suspension or removal from specific treatment activities.

| | |
|---|---|
| Name and Title of Treatment Members: | |
| S. Kemp | |
| Signature and Title: | |
| B. and Title: | |
| B. and Title: | |

**Signature:** [signature]  **Date:** 12-10-99

**Status:** A = Attained  C = Cancelled  R = Revised

**Witness Signature and Title:** R. Light, M.S. Ed., Mental Health Liason
**Institution:** TCI

**Signature and Title:** J. Prewitt, Act. Supr.  **Date:** 12/10/99

Woods 329899

Patient Refused to Sign

(Rev 12/97)

0000034

# TREATMENT PLAN REVIEW

**Scheduled Review Date:** 2/6/99    **Date of Review:** 12/4/99

Minutes: Resident doing "okay." (1) continues on plan, difficulty sleeping. (2) denies s/h or H/V hallucinations. (3) no lithir taking last decreased. Affect was blunted, mood calm and cooperative. Team processed labs & is planning to obtain ill- no medication.

W. Scott 329739

**Staff Members Present:** K. Libby, B. Prouitt, S. Mercer (signatures)

**Scheduled Review Date:** 12/2/99    **Date of Review:** 12/22/99

Minutes: (1) affect blunted, mood unchanged. (2) denies s/h or H/V hallucinations. (3) denies depression despite affect. (4) reports sleep "a couple of hours here and there," — he reports that he doesn't sleep all night. (5) eye contact good. (6) attend all questions in monosyllabic fashion — difficult to engage in conversation.

K. Libby 329739

**Staff Members Present:** K. Libby, S. Cox, (signature) Mercer, B. Prouitt (signatures)

**Scheduled Review Date:** 13/00    **Date of Review:** 1/3/00

Minutes: (1) affect mood appropriate. (2) denies s/h during T. Year. (3) denies H/V hallucinations. (4) became more active in AM particulars. (5) no depression or H/V hallucinations. (6) became more active in AM particulars. (7) improved.

W. Scott 329739

**Staff Members Present:** Risht %, (signature), B. Prouitt, Mercer (signatures)

**Inmate Name:** WOODS, BRIAN    **Inmate Number:** 329-889

5198 (Rev. 12/97)
4349, 4351, 4354, 4355

# TREATMENT PLAN REVIEW

**Notes:** Denies blunted mood depressed though less than last year.
Denies depression presently. Denied s/hi at AH hallucinations. Denies that he declines participation in outside recreation due to cold weather. Housed in segregation awaiting RC/RV/IZT etc./status. no specific c/o.

**Staff Members Present:** Rioux, RPhout, DNWry

| Scheduled Review Date: | Date of Review: |
|---|---|
| 11/24/2000 | 11/24/2000 |

---

**Minutes:** Denies mood/pleasant today. Denies s/hi or AH hallucinations. Denies difficulty on problems interacting with peers. Treatment team process issues to I enh Variable need III. I was informed the need for him to participate in anger management classes to maintain Level III. I agreed to this patient's no specific complaints voiced

Wossik, 3/9/00

**Staff Members Present:** R. Rioux, SB, [signature]

| Scheduled Review Date: | Date of Review: |
|---|---|
| 3/9/2000 | 3/9/2000 |

---

**Minutes:** Affect brighter. Inmate words waiting for a transfer to TCI. Denies problems c others. Denies depression s/t, H/I. State previt is helping. Denies depression s/t, H/I. sleep & appetite "ok". × Wossik 3500

**Staff Members Present:** P. Nicastro RN, GO [signature], S.

| Scheduled Review Date: | Date of Review: |
|---|---|
|  | 8/26/00 |

**Inmate Name:** WOODS, Bruce    **Inmate Number:** 329-889

0000036

# TREATMENT PLAN REVIEW

inutes: (1) Affect/mood laughter (2) Stated "I'm Wright". Denies wanting to hurt himself or others. Eating and sleeping okay. (3) denies S/H or H/I inthusiasms. (1) Wrap up. Not waiting on this transfer to another facility. ~Woods~

ff Members Present: [signatures] U Pruitt [signature]

**Scheduled Review Date:** 3-5-20

**Date of Review:** 3/5/10

---

inutes: _____

**Scheduled Review Date:** _____

**Date of Review:** _____

ff Members Present: _____

---

nutes: _____

**Scheduled Review Date:** _____

**Date of Review:** _____

ff Members Present: _____

**Inmate Name:** Woods, B

**Inmate Number:** 309 859

5198 (Rev. 12/97)

MHUS 627-001

# TREATMENT PLAN REVIEW

**Scheduled Review Date:** 8/12/00    **Date of Review:** 8/17/00

**Minutes:** ① Is no longer on medication. ① denies depressive symptoms. ① participates only minimally in treatment with MHL and Psychiatry. ① maintains there is nothing wrong with him and wants to be D/C from caseload.

**Staff Members Present:** _Gina Donnell_ BK ①
_K Woods 367787_

S. Raji M.D.

**Scheduled Review Date:** ___    **Date of Review:** ___

**Minutes:** ___

**Staff Members Present:** ___

**Scheduled Review Date:** ___    **Date of Review:** ___

**Minutes:** ___

**Staff Members Present:** ___

**Inmate Name:** ___    **Inmate Number:** ___

CRC 5198 (Rev. 12/97)

0000038

# Mental Health Level of Care Determination

| Inmate Name: Woods | Number: 329-989 | Institution: WCI | Date: 8/28/00 |
|---|---|---|---|

☐ Initial        ☒ Annual Review        ☐ Update

---

**C1 Categorical (SMI)**

☐ 290.XX Dementia
☐ 295.70 Schizoaffective
☐ 296.XX Bipolar D/O
☐ 318.0 Moderate MR

☐ 295.XX Schizophrenia
☐ 296.2X MDD Single, Severe
☐ 297.1 Delusional D/O

☐ 295.40 Schizophreniform D/O
☐ 296.3X MDD, Recurrent
☐ 298.X Brief Psychotic or NOS

---

**C1 Functional (SMI)**

☐ 296.XX Mood Disorders
☐ 300.00 Anxiety D/O NOS
☐ 300.3 OCD
☐ 309.81 PTSD

☐ 300.XX Panic D/O
☐ 300.02 GAD
☐ 300.4 Dysthymic D/O
☐ 301.83 Borderline P.D.

**PLUS**
(One of the following within the past 2 years)
☐ 2 Prior Psychiatric Hospitalizations
☐ 1 OCF Hospitalization > 45 Days
☐ RTU > 60 Days

---

**C2**

☐ 291.X ETOH
☐ 294.X Memory or Cognitive D/O 2° Medical or NOS
☐ 300.00 Anxiety D/O NOS
☐ 300.4 Dysthymic D/O
☐ 309.81 PTSD

☐ 292.X Substance Related D/O
☐ 296.X Mood Disorder
☐ 300.02 GAD
☐ 302.X Paraphilia on Meds
☐ 311 Depressive D/O NOS

☐ 293.X Psychosis or Mood D/O 2° Medical
☐ 300.XX Panic D/O
☐ 300.3 OCD
☐ 309.XX Adj. D/O on Meds
☐ 301.83 Borderline PD

---

**C3**

☐ 300.XX Panic D/O
☐ 300.3 OCD
☐ 302.X Paraphilia
☒ 309.XX Adjustment D/O
☐ 312 Impulsive Control D/O

☐ 300.00 Anxiety D/O NOS
☐ 300.4 Dysthymic D/O
☐ 307.8X Panic D/O with Psychology/Medical
☐ 309.81 PTSD

☐ 300.02 GAD
☐ 301.XX Personally D/O
☐ 308.X Acute Stress D/O
☐ 311 Depressive D/O NOS

X (in C3 box)

---

**N**     No Mental Health Services Needed

---

**SO**     Sex Offender Services

---

| Printed Name of Licensed Person Completing Review: K. Washington Foy Ch. D | Signature: |
|---|---|

DRC 5368 (5/00)

# Referral to Mental Health Services

| Inmate name: Woods | Number: 329-889 | Date of Referral: 9/6/00 |
|---|---|---|
| Job: | Lock: 3C | Unit: 3C |

Urgency Level:    ☐ Routine         ☐ ASAP         ☒ Urgent

Reason for Referral: _____

Ⓘ is asking to talk w/ Dr. Raju or someone else. Very irritated.

Referred by: CO Walker (2)

Title: Corrections Officer            Phone Ext.: 3400

Response: Ⓘ seen 9/6/00.

| Mental Health Staff Signature: ____ SNII | Date of Response: 9/6/00 |
|---|---|
| Supervisor Signature: | |

DRC 5265 (5/99)    DISTRIBUTION:    WHITE - Mental Health        CANARY - Unit File



# Mental Health Services

Recommendation For Discharge From The Mental Health Caseload

Inmate Name: __Woods_____    Number: __329-889_____

All recommendations must be supported by documentation on Interdisciplinary Progress Notes.

**Treatment Coordinator Recommendation:**

The above named inmate has been evaluated, and recommendation is made to discharge this inmate from the mental health caseload.

Summary Statement in Support of Recommendation:

① diagnosis is adjustment D/O with depressed mood. Medication was discontinued 6/1/00 and ⊕ remains stable. ⊕ participation in treatment has been minimal and it appears he is receiving little to no benefit from mental health services. No 70 day follow up required.

__Kimberly Denofer_____    __Social Worker II__    __9/6/00__
Name                                         Title                              Date

**Psychiatric Consultation:**

[✓] I concur with the above recommendation (Reduce to P1A Status)

[ ] I do not concur with the above recommendation

Comments:   Doing fairly well c̄ medication. Stable
Pt requesting D/C from case load.
__S. Raju MD_____                         __9/12/00__
Psychiatrist  Signature                                                  Date

**Follow up: (70 days after Psychiatric Consultation)**

[ ] This inmate may be discharged from the mental health caseload (Reduce to P1 Status)

[ ] This inmate should be maintained on the mental health caseload

Comments:

_____    _____    _____
Name                                         Title                              Date

WOODS
329-889

| Ward | RN | Date | Time |

**Prob. No.** | **Date:** 6-1-00 | **Time:** 9⁴⁵ am

DC Paxil (Pr new resident
for a month)

**Signature:** S. Ryan MD

DOCTOR'S ORDERS 1

---

Woods
329-889

| Ward | RN | Date | Time |

**Prob. No.** | **Date:** | **Time:** 2 40?

Renew Paxil 20m
3 months

**Signature:** S. Ryan MD

DOCTOR'S ORDERS 4

---

| Ward | RN | Date | Time |
Run addressograph machine over patients name plate only

**Prob. No.** | **Date:** | **Time:**

DOCTOR'S ORDERS 2

---

Drug Sensitivity

| Ward | RN | Date | Time |

**Prob. No.** | **Date:** | **Time:**

**Signature:**

DOCTOR'S ORDERS 1