IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE WOODS | : | |
| Petitioner, | : | Case No. 1:00cv803 |
| v. | : | Judge Spiegel |
| WANZA JACKSON, Warden, | : | Magistrate Judge Black |
| Respondent. | : | |

**Warden Jackson's Status Report**

1. The Warden filed a motion to dismiss on April 23, 2004 (Doc. # 50);

2. A deposition of Mr. Woods' trial counsel has yet to be finalized;

3. Discovery was exchanged; information provided by Mr. Woods resolves all factual disputes and obviates the need for an evidentiary hearing.

                                                  Respectfully submitted,

                                                  JIM PETRO
                                                  Attorney General

                                                  <u>s/J. Joseph Bodine, Jr.</u>
                                                  J. JOSEPH BODINE, JR. (0042132)
                                                  Assistant Attorney General
                                                  Trial Attorney for Respondent
                                                  Corrections Litigation Section
                                                  150 East Gay Street, 16th Floor
                                                  Columbus, OH 43215
                                                  (614) 644-7233
                                                  FAX:  (614) 728-9327
                                                  jbodine@ag.state.oh.us

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2004, a copy of the foregoing *Status Report* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    s/J. Joseph Bodine, Jr.
                                                    J. JOSEPH BODINE, JR. (0042132)