| Schedules | | Document Listing |

Hamilton County Clerk of Courts

B 9600345

Attorney - Plaintiff
Attorney - Defendant
       Judge -                JOHN P O'CONNOR            79
            STATE OF OHIO   vs.   BRUCE WOODS
                                       MC # 96CRA1054A,B,C,D RECOG:
$200,000
STATE OF OHIO

    vs.
BRUCE WOODS
3341 BONAPARTE AV                                   Municipal #:
CINTI OH 45207

Race:BLACK - AFRICAN AMERICAN          Sex:M   Age:37     DOB:10/18/1966
Filed:1/18/1996    0005 -   WARRANT ON INDICTMENT
Count:1   AGG BURGLARY-INFLICT HARM F1 2911-11A1 ORCN
Disp:6/12/1996 3D DISMISSAL
Count:2    AGG ROBBERY-ARMED F1 2911-01A1 ORCN
Disp:6/12/1996 3D DISMISSAL
Count:3       ROBBERY F2 2911-02 ORCN
Disp:6/12/1996 3D DISMISSAL
Count:4   AGG ROBBERY-ARMED F1 2911-01A1 ORCN
Disp:6/12/1996 3D DISMISSAL
Count:5       ROBBERY F2 2911-02 ORCN
Disp:6/12/1996 3D DISMISSAL
Count:6   KIDNP-COMM OF FLNY - FLGHTF2F1 2905-01A2 ORCN
Disp:6/12/1996 3D DISMISSAL
Count:7   KIDNP-COMM OF FLNY - FLGHTF2F1 2905-01A2 ORCN
Disp:6/12/1996 3D DISMISSAL

| IMAGE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | 1/18/1996 | INDICTMENT REPORTED AND FILED. INDICTMENT FOR AGGRAVATED BURGLARY 2911.11A1 R.C. W/SPEC., AGGRAVATED ROBBERY 2911.01A1 R.C. W/SPEC., ROBBERY 2911.02A R.C.. KIDNAPPING 2905.01A2 R.C. W/SPEC. | |
| | 1/18/1996 | PRECIPE FOR WARRANT FILED AND WARRANT ISSUED. | |
| | 1/24/1996 | SIMON L. LEIS JR., SHERIFF: I HAVE IN CUSTODY AND HAVE SERVED COPY OF INDICTMENT ON SAID DEFENDANT BY PALMER DEPUTY | |

EXHIBIT B

Rule 5, Exhibit One

|     | 1/26/1996 | COUNSEL ASSIGNED R MICHAEL MCEVILLEY |
| --- | --- | --- |
| 265 | 1/26/1996 | WAIVER OF PRESENCE OF DEFENDANT AT ARRAIGNMENT $200,000 |
|     | 2/5/1996 | DEMAND FOR DISCOVERY |
|     | 2/5/1996 | REQUEST FOR BILL OF PARTICULARS |
| 63  | 2/15/1996 | ENTRY OF CONTINUANCE 2/21/96 |
| 151 | 2/21/1996 | ENTRY OF CONTINUANCE 3/11/96 |
|     | 2/22/1996 | SUBPOENA FOR WITNESS ISSUED TO RECORDS GOOD SAMARITAN HOSPITAL JASMINE CLAY LAKEISHA CLAY CYNTHIA ALLEN LINDA ALLEN |
|     | 2/23/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LINDA ALLEN |
|     | 2/23/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JASMINE CLAY |
|     | 2/23/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LAKEISHA CLAY |
|     | 2/23/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CYNTHIA ALLEN |
|     | 2/23/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED MEDICAL RECORDS CUSTODIAN GOOD SAMARITAN HOSPITAL |
| 105 | 3/11/1996 | ENTRY OF CONTINUANCE 3/18/96 |
| 109 | 3/18/1996 | ENTRY OF CONTINUANCE 4/29/96 |
|     | 3/20/1996 | BILL OF PARTICULARS |
|     | 3/20/1996 | SUBPOENA FOR WITNESS ISSUED TO RECORDS GOOD SAMARITAN HOSPITAL JASMINE CLAY LAKEISHA CLAY CYNTHIA ALLEN LINDA ALLEN |
|     | 3/20/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LINDA ALLEN |
|     | 3/20/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CYNTHIA ALLEN |
|     | 3/20/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LAKEISHA CLAY |
|     | 3/20/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JASMINE CLAY |
|     | 3/21/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED MEDICAL RECORDS CUSTODIAN GOODSAMARITAN HOSPITAL |
|     | 4/30/1996 | MOTION FOR CONTINUANCE. |
| 107 | 4/30/1996 | ENTRY OF CONTINUANCE 5/20/96 |
|     | 5/1/1996 | SUBPOENA FOR WITNESS ISSUED TO LINDA ALLEN CYNTHIA ALLEN LAKEISHA CLAY JASMINE CLAY RECORDS GOOD SAMARITAN HOSPITAL |

Rule 5, Exhibit One

| | | |
|---|---|---|
| | 5/2/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED GOOD SAM HOSPITAL |
| | 5/2/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LINDA ALLEN |
| | 5/2/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JASMINE CLAY |
| | 5/2/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LAKEISHA CLAY |
| | 5/2/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CYNTHIA ALLEN |
| | 5/10/1996 | SUBPOENA FOR WITNESS ISSUED TO LINDA ALLEN CYNTHIA ALLEN LAKEISHA CLAY JASMINE CLAY |
| | 5/13/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LAKEISHA CLAY |
| | 5/13/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED JASMINE CLAY |
| | 5/13/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED CYNTHIA ALLEN |
| | 5/13/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED LINDA ALLEN |
| 152 | 6/12/1996 | ENTRY OF DISMISSAL INDICTMENT |
| | 7/12/1996 | NOTICE OF APPEAL FILED NO. C-96-545 COPY SENT TO HAMILTON COUNTY PROSECUTOR |
| | 8/12/1996 | DOCKET STATEMENT FILED. C960545 |
| | 11/7/1996 | COURT OF APPEALS OF HAMILTON COUNTY CASE NO. C-960545 |
| | 12/5/1996 | ENTRY DISMISSING APPEAL (C960545 12/5/96 #15) |

Rule 5, Exhibit One