Hamilton County Clerk of Courts

| Schedules | | Document Listing |
|---|---|---|
| APPEARANCE DOCKET | | C 9600545 |

Attorney - Plaintiff
Attorney - Defendant          BRYAN R PERKINS                61871
Judge -

STATE OF OHIO    vs.    BRUCE WOODS

Filed: 7/12/1996 A105 - NOTICE OF APPEAL - CRIMINAL - POVERTY AFFIDAVIT
Total Deposits $.00                    Total Costs $60.00

      BRUCE WOODS

                          Appellant(s)
                              vs.
      STATE OF OHIO

                          Appellee(s)

| IMAGE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
|  | 7/12/1996 | NO DEPOSIT REQUIRED-POV.AFF. BRUCE WOODS |  |
|  | 7/12/1996 | APPEAL - ON QUESTIONS OF LAW |  |
|  | 7/12/1996 | NOTICE OF APPEAL FILED. |  |
|  | 7/12/1996 | COMMON PLEAS TRIAL COURT # B-9600345 |  |
|  | 7/12/1996 | COPY SENT BY ORDINARY MAIL TO HAMILTON COUNTY PROSECUTORS |  |
| 19 | 7/30/1996 | ORDER TO SHOW CAUSE |  |
|  | 8/1/1996 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |  |
|  | 8/12/1996 | DOCKET STATEMENT FILED. B9600345 |  |
| 2 | 8/30/1996 | REGULAR CALENDAR SCHEDULING ORDER, ENTERED. 11/19/96 RECORD DUE. 01/03/97 APPELLANT'S BRIEF DUE02/17/97 APPELLEE'S BRIEF DUE |  |
|  | 9/5/1996 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |  |
|  | 11/7/1996 | TRANSCRIPT OF DOCKET AND JOURNAL ENTRIES FILED |  |
|  | 11/7/1996 | NOTICE OF FILING OF RECORD EXCLUDING TRANSCRIPT OF PROCEEDINGS MAILED TO BRYAN R PERKINS AND COUNTY PROSECUTOR |  |
|  | 11/7/1996 | NOTICE OF FILING OF RECORD EXCLUDING TRANSCRIPT OF PROCEEDINGS MAILED TO BRYAN |  |

Rule 5, Exhibit Three

|    |            | R PERKINS AND COUNTY PROSECUTOR |
|----|------------|---------------------------------|
| 15 | 12/5/1996  | ENTRY DISMISSING APPEAL B960345 |
|    | 12/13/1996 | NOTICE OF ORDER OR JUDGMENT SENT BY ORDINARY MAIL TO ALL PARTIES REQUIRED BY LAW. |

Rule 5, Exhibit Three

IN THE COURT OF COMMON PLEAS
CRIMINAL DIVISION
HAMILTON COUNTY, OHIO        C960545

| | |
|---|---|
| STATE OF OHIO, | Case No.: B9600345 |
| Plaintiff-Appellee, | (Judge O'Connor) |
| vs. | |
| BRUCE WOODS | **NOTICE OF APPEAL** |
| Defendant-Appellant | |

Notice is hereby given that Dale Lusby, Defendant-Appellant, hereby appeals to the First Appellate Judicial District, from the judgment and sentence of this Court entered on this cause on June 14, 1996.

Respectfully Submitted,

Bryan R. Perkins (0061871)
Attorney for Defendant-Appellant
23 East Seventh Street
Suite 1116
Cincinnati, Ohio 45202
(513)929-4449

```
ORIG. COMP. PARTIES, SUMMONS
( ) CERT MAIL    ( ) SHERIFF    ( ) WAVE
( ) PROCESS SERVER    (X) NONE
CLERKS FEES___
SECURITY FOR COST___
DEPOSITED BY  6/871
FILING CODE  A-105
```

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Appeal was served upon the Hamilton County Prosecutor's Office by personal service on this ___ day of July, 1996.

Rule 5, Exhibit Three

Bryan R. Perkins

**Criminal Docket Statement**  Rev. 3/95
(Must Be Typed and Filed In Duplicate and Served On Opposing Counsel)

**1. Case Caption**

State of Ohio, Plaintiff

vs.

Bruce Woods, Defendant

FILED
COURT OF APPEALS
AUG 1 2 1996
JAMES CISSELL
CLERK OF COURTS
HAMILTON COUNTY

2. Appeal No. C960545
3. Trial No. B9600345
4. Trial Judge O'Connor
5. Related Appeals: _____
6. Date of Judgment/Order Appealed From: June 14, 1996
7. Date Appeal Filed: July 12, 1996

**8. Counsel For Appellant**

Bryan R. PErkins (0061871)
23 East Seventh Street
Suite 1116
Cincinnati, Ohio 45202
(513) 929-4449

**9. Counsel For Appellee**

Joseph T. Deters (0012084)
914 Main Street
Suite 200
Cincinnati, Ohio 45202
(513) 632-5766

**10 (B). Criminal Status**
- Counsel was appointed for trial.  Yes  (No)
- Counsel was appointed for appeal.  Yes  (No)
- Stay was granted by trial court.  Yes  (No)
- Length of sentence _____

Counsel will make a reasonable effort to contact the client prior to merit hearing so that counsel can advise the court of the clients status and desire to proceed with the appeal. (Yes)  No
If answered no, please explain:

**11. Record**
- There will be a partial transcript of proceedings filed.  Yes
  - The parts to be ordered are: _____
- There will be a complete transcript of proceedings filed.  (Yes)
- If either of the above are applicable the court reporter's certification below must be completed.

If neither of the above are applicable then one of the following must be circled:
- There will be a statement filed pursuant to App. R. 9(C).  Yes
- There will be an agreed statement filed pursuant to App. R. 9(D).  Yes
- There is no transcript, statement or agreed statement to be filed.  Yes
- Circling any of the above three will be deemed sufficient compliance with App. R. 9(C) and Local Rule 5.

**12. Court Reporter's Certification**

The transcript as ordered consists of approximately 600 pages and pursuant to Local Rule 10, the transcript will be prepared and ready for filing on 11-12-96 pursuant to receiving deposit of $1200 by 9-15-96
Date: 8-12-96   Signature: _____

**13. Brief**

Upon the filing of the complete record I request 60 days to file the brief and assignments of error.

**14. Nature of the Appeal**

Please Check All That Apply and Specify Whenever Space is Provided:
- [ ] Arson
- [ ] Assault
- [ ] Attempt _____
- [ ] Automobile Offense _____
- [X] Burglary
- [ ] Complicity, Conspiracy
- [ ] Drug Offense
- [ ] DUI
- [X] Kidnapping
- [ ] Murder
- [ ] Death Penalty
- [ ] Post Conviction
- [ ] Probation
- [X] Robbery
- [ ] Sex Offense
- [ ] Theft Offense
- [ ] Traffic Offense
- [ ] Weapons Offense
- [ ] Other _____

**15. Probable Issues for Review:**

[ ] Counsel was Recently Appointed and is Not Yet Able to Identify Probable Issue(s) For Review.
---OR---

Please Check All That Apply and Specify Whenever Space is Provided:
- [X] Allied Offenses
- [ ] Constitutional Law _____
- [ ] Counsel - Effective Assistance
- [ ] Crim. R. 11
- [ ] Expungement
- [ ] ID/Photos
- [ ] Indictment/Complaint
- [ ] Lesser Included Offenses
- [ ] Procedure/Rules _____
- [ ] Probation
- [ ] Prosecutor
- [ ] Search and Seizure
- [ ] Arrest
- [ ] Miranda
- [ ] Warrant
- [ ] Other: _____
- [ ] Sentencing
- [ ] Speedy Trial
- [X] Sufficient Evidence/Crim. R. 29

Trial Matters
- [X] Evidence
- [ ] Expert Witnesses
- [ ] Jury Instructions
- [ ] Witnesses
- [ ] Other: _____
- [X] Weight of Evidence
- [ ] Other _____

**16. Cases and/or Statutes to be Discussed:**

**17. Certificate of Service**

I certify that I have mailed or otherwise delivered a copy of this docket statement to all counsel of record or the parties if unrepresented.
Date: 8-12-96   Signature: _____

Rule 5, Exhibit Three

IN THE COURT OF APPEALS

FIRST APPELLATE DISTRICT OF OHIO

HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO | : | APPEAL NO: C-960545 |
| Appellee, | | TRIAL NO. B-9600345 |
| vs. | : | |
| | | <u>ENTRY DISMISSING APPEAL</u> |
| BRUCE WOODS | : | |
| Appellant. | | |



This cause came on to be considered upon the appeal from the trial court, and

The Court, being fully advised, *sua sponte* dismisses the appeal for failure of the appellant to show good cause why he has failed to comply with the Ohio Rules of Appellate Procedure, to wit: the transcript of proceedings was due to be filed on 11/19/96.

It is further Ordered that a certified copy of this judgment shall constitute the mandate to the trial court pursuant to Rule 27, Ohio Rules of Appellate Procedure.

TO THE CLERK:                              (COPIES SENT TO ALL COUNSEL)

ENTER UPON THE JOURNAL OF

THE COURT  12/5/96

PER ORDER OF THE COURT.

BY: _____

Presiding Judge

Rule 5, Exhibit Three