**BRYAN R. PERKINS**
ATTORNEY AND COUNSELOR AT LAW

119 EAST COURT STREET
SUITE 314
CINCINNATI, OHIO 45202

TELEPHONE (513) 632-5335
FAX (513) 721-5824
BPERKINS@COURTSTREETEAST.COM

December 29, 2004

Gregory W. Meyers, Esq.
Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998

    Re:   *Bruce Woods*

Dear Mr. Meyers:

I searched my storage area for any further files regarding Mr. Woods. I found none.

Further, I reviewed my canceled checks for the period of time that Mr. Woods' appeal was filed. I wrote no checks to the clerk of court for Mr. Woods' filing fee.

If there is anything else I can do to assist Mr. Woods, please let me know.

Sincerely,

Bryan R. Perkins
Attorney at Law