| | | | |
|---|---|---|---|
| STATE OF OHIO | ) | | |
| | ) | SS: | AFFIDAVIT OF BRUCE WOODS |
| COUNTY OF SCIOTO | ) | | |

I, Bruce Woods, being duly sworn according to law, state the following:

1. I am indigent and incarcerated at the Southern Ohio Correctional Institution.

2. I am the defendant in the matter-captioned **State of Ohio v. Bruce Woods**, Hamilton Common Pleas Case No. B9601386. I pled not guilty, and was convicted following a jury trial.

3. I am a layman, unskilled in legal practice and unfamiliar with legal procedure.

4. I did not waive my right to a direct appeal of my conviction.

5. I was advised of my appellate rights and told my attorney to file an appeal on my behalf.

6. I told my attorney that I wanted to appeal and expected him to file the necessary appeal papers.

7. I did not file a notice of appeal because I thought my attorney had filed a notice of appeal in my case.

8. My trial counsel failed to file a Notice of Appeal.

9. I did not receive any correspondence from my attorney about my appeal. After my sentencing, my trial attorney refused my phone calls, and calls made by my people.

10. When I arrived in prison I became depressed about doing a lot of time and felt suicidal. I lost hope in the system.

11. Other inmates told me that it takes several months before the transcript is filed and can take years for an appeal to be decided. I expected that the appeal would take years to be decided so it took me a long time before I became concerned about not hearing about a ruling on my case.

12 When I did learn that no appeal had been filed by my attorney for my conviction, I contacted the Office of the Ohio Public Defender and asked for assistance in filing a delayed appeal.

Further Affiant sayeth naught.

_____
BRUCE WOODS

Sworn to and subscribed before me this 18th day of August 1998.

Allen Bruce
Notary Public – Ohio
My Commission Expires
February 1999

_____
NOTARY PUBLIC

EXHIBIT 11

A-17