# BEHAVIORAL OBSERVATIONS
### (Check all Relevant Categories)

- ☐ Aggressive
- ☐ Agitated
- ☐ Delusional
- ☒ Eye Contact *Poor*.
- ☐ Hallucinating
- ☐ Hyperactivity

- ☐ Irrational
- ☐ Labile
- ☐ Lethargic
- ☐ Loose Associations
- ☐ Manipulative
- ☐ Paranoia

- ☐ Passive
- ☒ Withdrawn
- ☐ Terrified/Crying
- ☐ Other: _____

Comments:

# MENTAL STATUS EXAMINATION
### (Write in Brief Description)

Affect: *Flat*

Concentration: *average*

Mood: *depressed*

Orientation: *x4*

Appearance: *well groomed*

Intellectual Functioning: *average*

Memory: *poor*

Speech: *slow, soft*

Other:

# SUICIDE POTENTIAL SCREENING

| | | Yes | No |
|---|---|---|---|
| 1. | Correctional or Transporting Officer reports inmate may be suicidal risk. | ☐ Yes | ☒ No |
| 2. | Experienced a significant loss within last six months. Describe: _____ | ☐ Yes | ☒ No |
| 3. | Worried about major problems other than legal situation. Describe: *Refuses to Say* | ☒ Yes | ☐ No |
| 4. | Holds position of respect in community and/or alleged crime is shocking in nature. | ☐ Yes | ☐ No |
| 5. | First involvement with legal system. Describe: _____ | ☐ Yes | ☒ No |
| 6. | Appears to feel unusually embarrassed or ashamed. | ☐ Yes | ☒ No |
| 7. | Expresses feelings of helplessness or hopelessness. | ☐ Yes | ☒ No |
| 8. | Shows signs of depression: crying, (emotional flatness) Describe: _____ | ☒ Yes | ☐ No |
| 9. | Appears overly anxious, afraid, or angry. | ☐ Yes | ☒ No |
| 10. | Is acting and/or talking in a strange manner. (cannot focus attention, hallucinating) | ☐ Yes | ☒ No |

## SUICIDE POTENTIAL SCREENING (continued)

| | | | |
|---|---|---|---|
| 11. | Has made previous suicide attempts.<br><br>Date of most Recent Attempt: _1999_ ____   Method: _Cut self_ ____<br><br>Number: _4±_ ____ | ☒ Yes | ☐ No |
| 12. | Expresses thoughts of killing self. | ☐ Yes | ☒ No |
| 13. | Has a suicide plan.<br><br>Describe: _____ | ☐ Yes | ☒ No |
| 14. | Has the means to carry out the suicide plan.          ☒ N/A | ☐ Yes | ☐ No |
| 15. | Family member or significant other has attempted or committed suicide.<br><br>Relationship: _Best Friend_ ____<br><br>Date: _When in 7th grade_ ____   Method: _Gun_ ____ | ☒ Yes | ☐ No |

| | Yes | No |
|---|---|---|
| TOTAL YES/NO COUNT | 4 | 11 |

**If there are any checks in the Behavioral Observation Section (pg. 1), or if the total yes count in Suicide Potential Screening**

## DISPOSITION

( check all appropriate boxes)
- ☐ Place on continuous suicide watch
- ☐ Place on close suicide watch
- ☒ Psychiatric medication order needed

REFERRAL FOR MENTAL HEALTH EVALUATION:
(check one box)
- ☐ Emergency referral          (1 hr)
- ☐ ASAP referral               (3 days)
- ☒ Routine referral            (30 days)
- ☐ No referral

(check one box)
- ☐ Place in crisis/safe cell
- ☐ Place in special housing
- ☐ Place in RTU
- ☒ Place in general population

### Mental Health Classification Assigned

- ☐ N
- ☐ $C_1$
- ☒ $C_2$
- ☐ $C_3$

Comments:

Inmate Name: _____

Number: _379-989_

# Initial Medical/Mental Health/Substance Use Screening

**Provide information in the *Comment* section for all questions answered *yes*.**
**All information is based upon self report of inmate.**

| Date of Interview: 11-28-99 | Signature/Title of Interviewer: P. Nicastro RN BSN |
|---|---|
| Time of Interview: 900 pm | Institution: TCI | Printed Name/Title of Interviewer: Pat Nicastro RN |
| Date of Arrival at Institution: 2 mos. ago | Time of Arrival at Institution: —— | Received from: Lucasville |
| Inmate Name: Woods, Bruce | Inmate Number: 329 889 |

| | | | |
|---|---|---|---|
| 1 | ☒ Yes | ☐ No | History of outpatient mental health treatment |
| 2 | ☐ Yes | ☒ No | History of inpatient treatment |
| 3 | ☒ Yes | ☐ No | History of head injury |
| 4 | ☒ Yes | ☐ No | History of violent behavior |
| 5 | ☒ Yes | ☐ No | History of suicide attempts** |
| 6 | ☐ Yes | ☒ No | Current suicidal thoughts** |
| 7 | ☐ Yes | ☒ No | Current suicide plan** |
| 8 | ☐ Yes | ☒ No | Ability to carry out current suicide plan** |
| 9 | ☒ Yes | ☐ No | Unusual behavior/affect** |
| 10 | ☐ Yes | ☒ No | Current psychotropic medications (see current medication on medical form) |
| 11 | ☐ Yes | ☒ No | Hallucinations**  In past at age 12-13 |
| 12 | ☐ Yes | ☒ No | Was this inmate on caseload at sending institution. If discharged, give date: |

Yes responded to items with ** should be referred for either immediate attention or evaluation as dictated by the individual circumstances.

**Comments:**

| ☒ Yes | ☐ No | Mental health orientation information given to inmate |
|---|---|---|

## MENTAL HEALTH DISPOSITION (Check one or more)

| | | |
|---|---|---|
| ☐ Yes | ☒ No | Crisis/Safe cell assignment requested |
| ☒ Yes | ☐ No | Special housing assignment requested |
| ☐ Yes | ☒ No | Routine housing requested |
| ☒ Yes | ☐ No | Emergency mental health referral |

## MEDICAL DISPOSITION

| | | | | | |
|---|---|---|---|---|---|
| ☒ Yes | ☐ No | Special Needs Unit | ☐ Yes | ☒ No | Emergency Transport |
| ☐ Yes | ☒ No | Infirmary Admission | ☐ Yes | ☒ No | Routine Housing |
| ☒ Yes | ☐ No | Physical Referral | | | |

## SUBSTANCE USE SCREENING

| | | |
|---|---|---|
| ☐ Yes | ☒ No | History of alcohol and drug problem. |
| ☐ Yes | ☒ No | Previous alcohol and drug treatment. |
| ☐ Yes | ☒ No | History of alcohol and drug problem when ceasing use. |

| | | | Date of Last Use | Method | Frequency |
|---|---|---|---|---|---|
| Alcohol | ☐ Yes | ☒ No | | | |
| Amphetamines | ☐ Yes | ☒ No | | | |
| Cannabis | ☐ Yes | ☒ No | | 1 | |
| Cocaine | ☐ Yes | ☒ No | | | |
| Hallucinogens | ☐ Yes | ☒ No | | | |
| Inhalants | ☐ Yes | ☒ No | | | |
| Nicotine | ☐ Yes | ☒ No | | | |
| Opiates | ☐ Yes | ☒ No | | | |
| Phencyclidine | ☐ Yes | ☒ No | | | |
| Sedatives | ☐ Yes | ☒ No | | | |

**Frequency of Use Codes:**

1 = Less than 12 times yearly
2 = Once per month
3 = Twice per month
4 = Once per week
5 = 2 times per week
6 = More than 3 times per week
7 = Daily
8 = Binge

**Method of Administration Coding:**

1 = Oral
2 = Intravenous
3 = Subcutaneous
4 = Inhalation
5 = Intranasal
6 = Smoking
7 = Freebase
8 = Other

0000022

# Mental Health Transfer Summary

| Inmate Name: _Woods, Bryce_ | Inmate Number: _329-889_ | Institution: _TCI_ | Date: _3/13/2000_ |
|---|---|---|---|

Reason for request: _Handship Transfer_

- [ ] Custody: change from _____ to _____
  - [ ] other _____
- [ ] Medical: needs _____
- [ ] Mental Health: needs _____
- [ ] Program: needs _____
- [ ] Classification process

RECEIVED
MAR 1 3 2000
TCI
MENTAL HEALTH SERVICES

Current Mental Health level: [ ] N  [✓] C1  [ ] C2
Psychiatric medications prescribed: [✓] Yes  [ ] No
Is this transfer outside the cluster: [✓] Yes  [ ] No  [ ] Do not know

---

Mental Health Concerns:   Watch status within last 10 days: [ ] Yes  [✓] No   Type: _____

① Does have hx of Depression. Has made veiled threats of
self injury + "going off" in the past (10/99) Had 2 previous attempts
in 1990 (no info on type of attempt).

Name of person completing report: _Monica Townley, PC_   Signature of person completing report: ___   Date: _3/13/00_

**If the transfer involves an inmate on the Mental Health caseload to be transferred to an institution OUTSIDE the cluster, the Bureau of Mental Health Services must approve the transfer.**

[✓] Approved   [ ] Denied   Bureau of Mental Health Services: ___   Date: _3/14/00_

---

Axis I: _Depressive Disorder NOS._

Axis II: _Deferred._

Axis III: _None._

Current prescribed medication:

| Compliance (3 months) | | |
|---|---|---|
| 31 100 | 31 100 | 81 100 |
| 100% | 93% | 98% |

Changed in last month: [ ] Yes  [✓] No

---

Housing recommendations:
Current mental status and summary of progress in treatment:

① Stable at this time. Less depressed + compliant of current med's.
If transferred - should be transferred to another RTU.
② does not attend any groups - would benefit from group +
individual especially along w/ medications

Signature of person completing this section: ___   Mental Health Manager: ___ PhD

WHITE - Submitted with transfer request to Bureau of Classification   CANARY - File in inmate's Mental Health file in "Screening/Evaluation Assessment" section
DRC 5180 (Rev. 8/99)

# Mental Health Transfer Summary

| Inmate Name: | Inmate Number: | Institution: | Date: |
|---|---|---|---|
| Woods; Bruce | 329-889 | TCI | 3-28-2000 |

**Reason for request:**

☐ Custody: change from _____ to _____   ☐ Mental Health: needs _____

☒ other HARDSHIP TRANSFER   ☐ Program: needs _____

☐ Medical: needs _____   ☐ Classification process

Current Mental Health level: ☐ N ☒ C1 ☐ C2 ☐ C3
Psychiatric medications prescribed: ☒ Yes ☐ No
Is this transfer outside the cluster: ☒ Yes ☐ No ☐ Do not know

Mental Health Concerns:   Watch status within last 10 days: ☐ Yes ☒ No   Type: _____

Has history of Depression. Several months ago made threats of self-injury & "going off." Had 2 previous "attempts" reported, in 1990.

| Name of person completing report: | Signature of person completing report: | Date: |
|---|---|---|
| A. Michael Ricciardi, Ph.D. | A Michael Ricciardi, PhD. | 3-28-2000 |

If the transfer involves an inmate on the Mental Health caseload to be transferred to an institution OUTSIDE the cluster, the Bureau of Mental Health Services must approve the transfer.

☒ Approved   ☐ Denied   Bureau of Mental Health Services: Phil Pierra   Date: 3/25/00

WHITE - Submitted with transfer request to Bureau of Classification
DRC 5180 (Rev. 6/99)   CANARY - File in inmate's Mental Health file in "Screening/Evaluation Assessment" section

0000024



State of Ohio
Department of
Rehabilitation and Correction

**Intrasystem Transfer
and Receiving**

HEALTH SCREENING FORM

| | |
|---|---|
| Name: | *Woods, Bruce* |
| Number: | *329-889* |
| Date of Birth: | *10-18-66* |
| Race: *B* | Sex: *M* |

---

| Date: 4/18/00 | Time: 1915 | Transferring Institution: *SOCF* |
|---|---|---|

| Diagnosis: 1 | Medications: 1 *Paxil 20mg 8HS* |
|---|---|
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |

| Allergies: | PPD mm: | PPD Date: | Tetanus date: |
|---|---|---|---|

| Current Treatments: | Diets: |
|---|---|

| Pending Consults: | Chronic Care Clinics: |
|---|---|

Follow-Up Care Needed:

Disabilities, Limitations, Prosthetic Devices:

| Presently on Suicide Watch?  ☐ Yes  ☐ No | History of Suicide Attempts?  ☐ Yes  ☐ No  Date: |
|---|---|
| On Psychotopic medications?  ☐ Yes  ☐ No | Signature: |

---

| Date: 4/18/06 | Time: | Receiving Institution: *WCI* |
|---|---|---|

SUBJECTIVE Complaints:

| Diagnosis: 1 *Mental health hx.* | Medications: 1 *PAXIL 20mg 8HS* |
|---|---|
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |

OBJECTIVE:          Physical Appearance, Behavior:

| vital signs: Temp: 98.8 | Pulse: 84 | Resp: 16 | BP: 110/70 | Weight: 170 |
|---|---|---|---|---|

ASSESSMENT:

PLAN (Disposition):  ☐ Routine (Advised how to access Health Care)    ☐ DSC Appointment Date:

☐ Pending Consults noted: *None*    ☐ Chronic Care Clinic appointment date: *None*

☐ Placed in infirmary    ☐ Special housing    ☐ Therapeutic diet ordered    ☐ Work/program limitations ordered

☐ Health Education Material Reviewed    Signature: *S. Wolfe*

**Intrasystem Transfer and Receiving Form**

 # Initial Medical/Mental Health/Substance Use Screening
### Provide information in the *Comment* section for all questions answered *yes.*
### All information is based upon self report of inmate.

| Date of Interview: | | Signature/Title of Interviewer: | |
|---|---|---|---|
| Time of Interview: | Institution: | | |
| Date of Arrival at Institution: | | Printed Name/Title of Interviewer: | |
| | | Time of Arrival at Institution: | Received from: *SICF* |
| Inmate Name: *Woods Bruce* | | Inmate Number: *329-887* | |

| | | | |
|---|---|---|---|
| 1 | ☑ Yes | ☐ No | History of outpatient mental health treatment |
| 2 | ☑ Yes | ☐ No | History of inpatient treatment |
| 3 | ☑ Yes | ☐ No | History of head injury *1995 n+E baseball bat.* |
| 4 | ☑ Yes | ☐ No | History of violent behavior |
| 5 | ☑ Yes | ☐ No | History of suicide attempts** *1999  cut wrists* |
| 6 | ☐ Yes | ☐ No | Current suicidal thoughts** |
| 7 | ☐ Yes | ☐ No | Current suicide plan** |
| 8 | ☐ Yes | ☐ No | Ability to carry out current suicide plan** |
| 9 | ☐ Yes | ☐ No | Unusual behavior/affect** |
| 10 | ☐ Yes | ☐ No | Current psychotropic medications (see current medication on medical form) |
| 11 | ☐ Yes | ☐ No | Hallucinations** |
| 12 | ☐ Yes | ☐ No | Was this inmate on caseload at sending institution. If discharged, give date: |

Yes responded to items with ** should be referred for either immediate attention or evaluation as dictated by the individual circumstances.

| Comments: |
|---|

| ☐ Yes | ☐ No | Mental health orientation information given to inmate |
|---|---|---|

## MENTAL HEALTH DISPOSITION (Check one or more)

| ☐ Yes | ☐ No | Crisis/Safe cell assignment requested |
|---|---|---|
| ☐ Yes | ☐ No | Special housing assignment requested |
| ☑ Yes | ☐ No | Routine housing requested |
| ☐ Yes | ☐ No | Emergency mental health referral |

## MEDICAL DISPOSITION

| ☐ Yes | ☐ No | Special Needs Unit | | ☐ Yes | ☐ No | Emergency Transport |
|---|---|---|---|---|---|---|
| ☐ Yes | ☐ No | Infirmary Admission | | ☑ Yes | ☐ No | Routine Housing |
| ☐ Yes | ☐ No | Physical Referral | | | | |

## SUBSTANCE USE SCREENING

| ☐ Yes | ☑ No | History of alcohol and drug problem. |
|---|---|---|
| ☐ Yes | ☑ No | Previous alcohol and drug treatment. |
| ☐ Yes | ☐ No | History of alcohol and drug problem when ceasing use. |

| | | | Date of Last Use | Method | Frequency |
|---|---|---|---|---|---|
| Alcohol | ☐ Yes | ☑ No | | | |
| Amphetamines | ☐ Yes | ☑ No | | | |
| Cannabis | ☐ Yes | ☑ No | | | |
| Cocaine | ☐ Yes | ☑ No | | | |
| Hallucinogens | ☐ Yes | ☑ No | | | |
| Inhalants | ☐ Yes | ☑ No | | | |
| Nicotine | ☐ Yes | ☑ No | | | |
| Opiates | ☐ Yes | ☑ No | | | |
| Phencyclidine | ☐ Yes | ☑ No | | | |
| Sedatives | ☐ Yes | ☑ No | | | |

**Frequency of Use Codes:**

1 = Less than 12 times yearly

2 = Once per month

3 = Twice per month

4 = Once per week

5 = 2 times per week

6 = More than 3 times per week

7 = Daily

8 = Binge

**Method of Administration Coding:**

1 = Oral

2 = Intravenous

3 = Subcutaneous

4 = Inhalation

5 = Intranasal

6 = Smoking

7 = Freebase

8 = Other

DETAILED MENTAL HEALTH SCREENING FORM

| MENTAL HEALTH HISTORY | | |
|---|---|---|
| 1. | History of psychotropic medications | (Yes)    No |
| | Current usage | Yes    (No) |
| | List Medications _____ | |
| | _____ | |
| | _____ | |
| | Evidence of EPS | Yes    (No) |
| 2. | History of psychiatric hospitalization | Yes    (No) |
| 3. | History of out-patient mental health treatment | Yes    (No) |
| 4. | History of violence: (circle those that apply) | (Yes)    No |
| | Behavior          Threats | |
| | Verbally Assaultive   Physically Assaultive | |
| 5. | History of self-injurious behavior | Yes    (No) |
| 6. | History of head injury, trauma | Yes    (No) |
| | Describe: _____ | |
| 7. | Length of time in country jail: ___ Years  3  Months | |
| 8. | History of placement in any special education programs | Yes    (No) |

## BEHAVIORAL OBSERVATION
(Circle all Relevant Categories)

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | Rational |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Other_____ |
| Hyperactivity | Paranoia | |

## MENTAL STATUS EXAMINATION
(Write in Brief Description)

| | |
|---|---|
| Affect _Angry_ | Appearance _Clea_ |
| Concentration _Absent_ | Intellectual Functioning _A_ |
| Mood _Passed by Flat_ | Memory _Intact_ |
| Orientation _X 3_ | Speech _Clea_ |
| Other _____ | |

ODRC Health History Available          (Yes)    No

Screened By _____    Title _____
Date _____    Time ____ 1:22 Pm

Reviewed by _____    Title _____
Date _____    Time _____

Inmate Name _Wood_    Number _329-889_
Institution _Sci_

3

## SUICIDE POTENTIAL SCREENING

| | | |
|---|---|---|
| 1. | Correctional or Transporting Officer reports subject may be suicidal risk. | Yes ~~No~~ |
| 2. | Experienced a significant loss within last six months.<br><br>Describe_____ | Yes ~~No~~ |
| 3. | Worried about major problems other than legal situation.<br><br>Describe_____ | Yes ~~No~~ |
| 4. | Holds position of respect in community and/or alleged crime is shocking in nature. | ~~Yes~~ No |
| 5. | First involvement with legal system. | Yes ~~No~~ |
| 6. | Appears to feel unusually embarrassed or ashamed. | Yes ~~No~~ |
| 7. | Expresses feelings of helplessness or hopelessness. | ~~Yes~~ No |
| 8. | Shows signs of depression:  crying, emotional flatness<br><br>Describe_____ | ~~Yes~~ No |
| 9. | Appears overly anxious, afraid, or angry. | Yes ~~No~~ |
| 10. | Is acting and/or talking in a strange manner.  (Cannot focus attention, hallucinating) | Yes ~~No~~ |
| 11. | Expresses thoughts of killing self. | Yes ~~No~~ |
| 12. | Has made previous suicide attempts.  Number _2_ | ~~Yes~~ No |
| | Date of Most Recent Attempt _95_ Method _OD_ | ~~Yes~~ No |
| 13. | Has a suicide plan.  Describe_____ | Yes ~~No~~ |
| 14. | Has the means to carry out the suicide plan. | Yes ~~No~~ |
| 15. | Family member or significant other has attempted or committed suicide.<br><br>Relationship_____<br><br>Date_____Method_____ | Yes ~~No~~ |

TOTAL YES/NO COUNT    _5_/_10_

If there are any circles in shaded areas, or if the total yes count is six or more, review for special watch status and refer for mental health evaluation.

## DISPOSITION

___/___  Approved for general population; no mental health referral

_____  Approved for general population; routine mental health referral

_____  Special Housing - ASAP mental health referral

_____  Suicide precaution procedures - emergency mental health referral

_____  Psychiatric medications order needed

0000028

INTER-DISCIPLINARY TREATMENT PLAN
Mental Health Services

---

Inmate Name: Bruce Woods                    Inmate #: A-329-889
DOB: 10/18/1966                             Gender: Male
Race: Black                                 MH Level: C2
EDS Date:    /  /                           Original DR&C Date: 06/25/1996
Institution Date: 04/18/2000                Projected Parole Date:   /  /

Date of this Plan: 05/11/2000               Next Review Date: 08/11/2000

---

Axis I:                    1. Depressive Disorder NOS   311
                           2. Alcohol Abuse   305.00

Axis II:                   1. Personality Disorder NOS   301.9
                           2. Antisocial Personality Features

Axis III:                  (No Diagnosis) V71.09

Axis IV:                   Incarceration

Axis V (Current):          40

Axis V (Highest):          40


Drug(s) of Choice:         Alcohol

Therapeutic Assets:        Intelligent


Current Psychotropic Medications·     Paxil

0000029

Master Treatment Plan, Mental Health Services
Problem Listing Section

Active PSYCHIATRIC Problems:

Problem #1                              Problem Status: Active

PROBLEM:    Inmate Woods obtains attention through self-mutilating
            behavior.
            This problem was evidenced by:
            1. Reports form non-custody staff
            2. Patient's social history
            3. Patient's own report
            4. Medical history and physical
            5. Inter-disciplinary progress notes

GOAL:       Inmate Woods will use alternative ways of obtaining attention,
            other than self-harmful behavior, and will be able to discuss
            these alternatives in therapeutic sessions.

| No. | Objective: | Intervention: | Target Dates: |
|-----|------------|---------------|---------------|
| 1A | Inmate Woods will practice positive attention-seeking behavior in the group setting. | Kim Demeter L.S.W. will offer monthly groups where Inmate Woods may receive positive reinforcement for active participation. | 08/09/2000 |
| 1B | Inmate Woods will be able to describe the effects of his behavior on others and will make short-term (weekly) commitments to change behavior by using problem-solving techniques. | Kim Demeter L.S.W. will provide one 30 min session to focus on behavioral insight, behavior change, and problem-solving skills. | 08/09/2000 |

Discharge Criterion:    Inmate Woods will discontinue self-mutilating
                        behavior and will be able to obtain attention in
                        positive and appropriate ways.

Page 2

Inmate Name: Bruce Woods
Inmate #: A-329-889

0000030

Master Treatment Plan, Mental Health Services
Problem Listing Section

Problem #2                          Problem Status: Active

PROBLEM:    Inmate Woods experiences symptoms of depression including ,
            which interfere with his daily life.
            This problem was evidenced by:
            1. Reports form non-custody staff
            2. Patient's own report
            3. Inter-disciplinary progress notes

GOAL:       Inmate Woods's symptoms will diminish to the point that his
            daily functioning will no longer be affected, and he will be
            able to remain in general population housing.

| No. | Objective: | Intervention: | Target Dates: |
| --- | --- | --- | --- |
| 2A | Inmate Woods will be able to accurately state the name, dose, effects and side effects of his medication. | Sagi Raju, M.D. will provide medication to help manage depression with review/ reassessment monthly. Psychiatric Nurse will teach Inmate Woods about the effects of his medicine in at least 1 group or individual session, and will provide compliance counseling as needed. | 11/07/2000 |
| 2B | Inmate Woods will be able to describe some alternative methods of relieving depression which he may use in addition to medication. | Psychiatric Nurse will teach Inmate Woods about lifestyle choices that may impact mood in Wellness Group, monthly. Kim Demeter L.S.W. will address alternative methods of relieving depression during monthly contact visits. | 11/07/2000 |
| 2C | Inmate Woods will verbally and/or non-verbally identify and express his emotions, feelings and/or opinions in a healthy manner. | Kim Demeter L.S.W. will address expression of emotions during individual sessions, monthly. | 08/09/2000 |

Discharge Criterion:    Inmate Woods's objective symptoms will diminish and
                        he will report feeling better.

Page 3

Inmate Name: Bruce Woods
Inmate #: A-329-889

0000031

## Master Treatment Plan, Mental Health Services
### Problem Listing Section

**Patient Agreement:**

I have had the opportunity to participate in the development of this mental health treatment plan, and consent to the treatment described herein.

_Woods 329889_

Bruce Woods, Inmate
A-329-889

_5-17-2000_

Date

I agree with this plan, with the following exceptions(s):

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Signatures of the Interdisciplinary Team:**

_S Rajumo_

Sagi Raju, M.D., Psychiatrist

_____

Psychiatric Nurse    Psychiatirc Nurse

_Kim Demeter LSW LCII_

Kim Demeter L.S.W., Mental Health Liaison

**Page 4**

Inmate Name: Bruce Woods
Inmate #: A-329-889

# TREATMENT PLAN REVIEW

| Scheduled Review Date: 11/3/99 | Date of Review: 11/29/99 |
|---|---|

Notes: ① Review plat. mood calm and cooperative. ② reports being "alright" the block. Inm. would reports that his depression is "alright." ① denies s/hi or AV ideation at present. ② reports that he was placed on watch this weekend because he fell asleep + sometimes he thinks about what it would be like not to be here." — meaning "to be dead." ① reports that his o is now the time to commit suicide — due to holidays — ② can't sign his tx cycle.

Staff Members Present: RRigby [signature] J.P. Mouitt

| Scheduled Review Date: | Date of Review: 11/30/99 |
|---|---|

Notes: ① Underlying hostility. Unwilling to explore feeling + thought just wanting to extinguish tx team. Got Dr. M. informed ① be reminded after firm to other psychic treat. Refused ② be responsible for being in crisis t watch.

② certified.

Staff Members Present: [signature] Marcia N. 5/4

| Scheduled Review Date: | Date of Review: 12/1/99 |
|---|---|

Notes: ① reports being "alright" today. ② denies s/hi or AV ideation. ③ Tam pleased pt is now yet ④ compliance with treatment per contact agmt. Treatment plan reviewed in the RDL. No q's.

Wooster 326977 [signature]

RRigby So r r r 7 UP crowd Ybarn 5/4

Staff Members Present: RRigby [signature]

Inmate Name: WooDard, BruCE
Inmate Number: 328-889

5198 (Rev. 12/97)
4349, 4351, 4354, 4355

○○○○○**033**

# TREATMENT PLAN

**Name:** Walden, Bruce

**No.:** 329-88-9

**Treatment Coordinator:** R. Light M.S. Ed., M.H. Liason

**Diagnosis:**

**Axis IV:** incarceration

**Axis V:** Current GAF 61

| Problem Identified | No. | Problem | Goals/Objectives | Interventions/ Frequency | Staff Responsible | Target Date | Date/Status (A or C or R) |
|---|---|---|---|---|---|---|---|
| 12/10/99 Depression N.O.S. deferred | ① | depression – pat risk for self-harm hx suicide attempts x2 | ① ① will manage depressive sympton monitor suicidal thoughts and report them to mental health staff ② will become active in scheduled program mgmt to ↓ depression. | ① M.H. staff will monitor ② provide for self-harm and evaluate for depression management ↑ bills ③ – encourage pat to engage in structured group activities | – psychologist – psych nurses – M.H. liason – Mrs. Aue – Ms. Panith | 12/2000  12/2000 | |

Check here if continued on reverse. ☐

Signature and Title: _____

Signature and Title: R. Light M.S. Ed., M.H. Liason

Signature and Title: _____

Name and Title of Treatment Members:

8 and Title: S. Kymb

8 and Title: _____

3 and Title: _____

participated in the formulation of this treatment plan. Although this is not a legally binding contract, I realize that failure to participate in the activities could result in suspension or removal from specific treatment activities.

Date: 12-10-99    Status: A = Attained   C = Cancelled   R = Revised

Signature and Title: _____   Date: _____

Signature and Title: J. Prewitt Act. Ther.   Date: 12/10/99

Signature and Title: _____   Date: _____

Witness Signature and Title: R. Light M.S. Ed. Mental Health Liason   Date: 12/10/99

Institution: TCI

Walden 32999   Patient Refused to Sign   (Rev 12/97)

0000034

# TREATMENT PLAN REVIEW

...nutes: Patient doing "alright." ① continues in apparr difficulty... ... ② denies s/hi or s/v hallucinations. ③ no lt... feeling less depressed. Patient ... was ... elevated mood calm and cooperative. Team processed ... in a lowering of Klonopin ...
to ... Risperdal.

W. Cooke 329189

| Scheduled Review Date: | Date of Review: |
|---|---|
| 2/6/99 | 2/6/99 |

Staff Members Present: Kliby, Is Prouitt SIP Sawger A. Myhouse

...nutes: Patient blunted mood unchanged. ① denies s/hi or s/v hallucinations. ... denies depression despite affect. ② Reports sleeps "a couple hours here and there," -- he reports ... he doesn't sleep all night. ③ eye contact good. ④ attends all questions in monosyllabic ... -- difficult to engage in conversation.
K. Wood 329189

| Scheduled Review Date: | Date of Review: |
|---|---|
| 12/22/99 | 12/22/99 |

Staff Members Present: Kliby, C. G. ... Marcia ... D. Prouitt

...nutes: ① mood appropriate. ② mild during T exam. ③ denies s/hi ... during T exam. ... s/hi, depression or s/v hallucinations. ④ ... man active in AMH/particulates. ⑤ unremarkable ... in adherence to med R.
L. Wood 329189

| Scheduled Review Date: | Date of Review: |
|---|---|
| 6/13/00 | 6/13/00 |

Staff Members Present: Risch ... D. Prouitt, Tolenhaze

Inmate Name: WOOD S, BRIAN

Inmate Number: 329-889

5198 (Rev. 12/97)
4349, 4351, 4354, 4355

0000035

# TREATMENT PLAN REVIEW

| | Scheduled Review Date: | Date of Review: |
|---|---|---|
| | 11/24/2000 | 11/24/2000 |

Notes: Pays blunted, mood depressed though less than past year. Denies depression lately. Denied sitting at all hallucinations. Denied suicidal. Denies that he declines permission for outside recreation due to cold weather. Housed in segregation awaiting RB/RHU. SI/MI/SH. No specific c/o.

Staff Members Present: Right, W Rhoutt, RN, M...

| | Scheduled Review Date: | Date of Review: |
|---|---|---|
| | 2/9/2000 | 2/9/2000 |

Notes: Pays mood pleasant today. Denies sitting at all hallucinations. Denies depression or problems or mechanisms with peers. Treatment team processed issues to Dr. Vacarro level III. Was informed the need for him to participate in anger management classes to recertain level III. Agreed to this philosophy. No specific complaints voiced.

Nicastro, 3/29/00

Staff Members Present: R. Bishop, S.J. ..., ...

| | Scheduled Review Date: | Date of Review: |
|---|---|---|
| | | 8/26/00 |

Notes: Affect bright. Inmate words waiting for a transfer to Dillonvale. Denies problems @ others. State parole is helping. Denies depression s/t, H/I. Sleep & appetite "ok." X Woods "ok."

Staff Members Present: P. Nicastro RN, CO Scott S. ...

| Inmate Name: | Inmate Number: |
|---|---|
| WOODS, Bruce | 329 - 889 |

5198 (Rev. 12/97)
4349, 4351, 4354, 4355

# TREATMENT PLAN REVIEW

inutes: ① Affect/mood laughter ② stated "Im Wright" Denies wanting to hurt himself or others. Eating and sleeping okay. ③ denies s/h or A/U hallucinations.
① Would not quit writing on this transfer to another facility.

Woods

ff Members Present: [signature] V Prouitt [signatures]

Scheduled Review Date: 3-5-00

Date of Review: 3-5-00

---

inutes: _____

ff Members Present: _____

Scheduled Review Date: _____

Date of Review: _____

---

nutes: _____

ff Members Present: _____

Scheduled Review Date: _____

Date of Review: _____

Inmate Name: Woods, B

Inmate Number: 309 859

5198 (Rev. 12/97)

MHS 970-001

# TREATMENT PLAN REVIEW

Minutes: ① Is no longer on medication. ① denies depressive symptoms. ① participates only minimally in treatment with MHL and Psychiatry. ① maintains there is nothing wrong with him and wants to be D/C from caseload.

Scheduled Review Date: 8/12/00    Date of Review: 8/17/00

Staff Members Present: Sue Donnell SK a
K. Woods 32799

S. Raji, M.D.

Date of Review:

Minutes: _____

Scheduled Review Date: _____

Staff Members Present: _____

Minutes: _____

Scheduled Review Date: _____    Date of Review: _____

Staff Members Present: _____

Inmate Name: _____    Inmate Number: _____

DRC 5198 (Rev. 12/97)

# Mental Health Level of Care Determination

| Inmate Name: Woods | Number: 329-989 | Institution: WCI | Date: 8/28/00 |
|---|---|---|---|

☐ Initial        ☒ Annual Review        ☐ Update

---

**C1 Categorical (SMI)**

[ ]

☐ 290.XX Dementia
☐ 295.70 Schizoaffective
☐ 296.XX Bipolar D/O
☐ 318.0 Moderate MR

☐ 295.XX Schizophrenia
☐ 296.2X MDD Single, Severe
☐ 297.1 Delusional D/O

☐ 295.40 Schizophreniform D/O
☐ 296.3X MDD, Recurrent
☐ 298.X Brief Psychotic or NOS

---

**C1 Functional (SMI)**

[ ]

☐ 296.XX Mood Disorders
☐ 300.00 Anxiety D/O NOS
☐ 300.3 OCD
☐ 309.81 PTSD

☐ 300.XX Panic D/O
☐ 300.02 GAD
☐ 300.4 Dysthymic D/O
☐ 301.83 Borderline P.D.

**PLUS**

(One of the following within the past 2 years)

☐ 2 Prior Psychiatric Hospitalizations
☐ 1 OCF Hospitalization > 45 Days
☐ RTU > 60 Days

---

**C2**

[ ]

☐ 291.X ETOH
☐ 294.X Memory or Cognitive D/O 2° Medical or NOS
☐ 300.00 Anxiety D/O NOS
☐ 300.4 Dysthymic D/O
☐ 309.81 PTSD

☐ 292.X Substance Related D/O
☐ 296.X Mood Disorder
☐ 300.02 GAD
☐ 302.X Paraphilia on Meds
☐ 311 Depressive D/O NOS

☐ 293.X Psychosis or Mood D/O 2° Medical
☐ 300.XX Panic D/O
☐ 300.3 OCD
☐ 309.XX Adj. D/O on Meds
☐ 301.83 Borderline PD

---

**C3**

[X]

☐ 300.XX Panic D/O
☐ 300.3 OCD
☐ 302.X Paraphilia
☒ 309.XX Adjustment D/O
☐ 312 Impulsive Control D/O

☐ 300.00 Anxiety D/O NOS
☐ 300.4 Dysthymic D/O
☐ 307.8X Panic D/O with Psychology/Medical
☐ 309.81 PTSD

☐ 300.02 GAD
☐ 301.XX Personally D/O
☐ 308.X Acute Stress D/O
☐ 311 Depressive D/O NOS

---

**N**

[ ]    No Mental Health Services Needed

---

**SO**

[ ]    Sex Offender Services

---

| Printed Name of Licensed Person Completing Review: K. Washington Ph. D | Signature: |
|---|---|

DRC 5268 (5/99)

# Referral to Mental Health Services

| Inmate name: Woods | Number: 329-889 | Date of Referral: 9/6/00 |
|---|---|---|
| Job: | Lock: 3C | Unit: 3C |

Urgency Level:  ☐ Routine   ☐ ASAP   ☒ Urgent

Reason for Referral:

(I) is asking to talk w/ Dr. Raju or someone
else. Very irritated.

Referred by: CO Walker (2)

| Title: Corrections officer | Phone Ext.: 3400 |
|---|---|

Response: (I) seen 9/6/00.

| Mental Health Staff Signature: Bun Dempsey SNII | Date of Response: 9/6/00 |
|---|---|
| Supervisor Signature: | |





# Mental Health Services

Recommendation For Discharge From The Mental Health Caseload

Inmate Name: _Woods_____    Number: _329-889_____

All recommendations must be supported by documentation on Interdisciplinary Progress Notes.

**Treatment Coordinator Recommendation:**

The above named inmate has been evaluated, and recommendation is made to discharge this inmate from the mental health caseload.

Summary Statement in Support of Recommendation:

① diagnosis is adjustment D/O with depressed mood. Medication was discontinued 6/1/00 and ⊕ remains stable. ⊕ participation in treatment has been minimal and it appears he is receiving little to no benefit from mental health services. No 70 day follow up required.

_Kimberly Denofee_____    _Social Worker II_    _9/6/00_
Name                                     Title                        Date

---

**Psychiatric Consultation:**

[ ✓ ] I concur with the above recommendation (Reduce to P1A Status)

[   ] I do not concur with the above recommendation

Comments:    _Doing fairly well c̄ medication. Stable_
_Pt requesting D/c from case load._

_S. Raju MD_____        _9/12/00_
Psychiatrist Signature                              Date

---

**Follow up: (70 days after Psychiatric Consultation)**

[   ] This inmate may be discharged from the mental health caseload (Reduce to P1 Status)

[   ] This inmate should be maintained on the mental health caseload

Comments:

_____    _____    _____
Name                                     Title                        Date

WCI

NKA

WOODS

329-889

Mossell R

6/1/00  0920ll

| Ward | RN | Date | Time |

Prob. No. | Date: 6-1-00 | Time: 9:15 am

DC Paxil (per non-compliant for a month)

Signature: S. Rajn MD

**DOCTOR'S ORDERS** 1

---

WCI    NKA

WOODS

329-889

Mossell R

6/1/00  0920ll

| Ward | RN | Date | Time |

Prob. No. | Date: | Time: 2  

Renew Paxil 20m ... 3 months

Signature: S. Rajn MD

**DOCTOR'S ORDERS** 4

---

Prob. No. | Date: | Time:

| Ward | RN | Date | Time |
Run addressograph machine over patients name plate only

**DOCTOR'S ORDERS** 2

---

Drug Sensitivity

Prob. No. | Date: | Time:

Signature:

**DOCTOR'S ORDERS** 1

0000042