101-CLIENT
(GIFS)

2.6.98

Dear Sir,

I am what they call INDIGENT at this time. I am in Jail. I have I think 80 to 100 years. I got that on May 30, 1996. I would like for you to give me a layment to work on my Appeal. Can you help me

Thank you
Bruce

I am at

Bruce Moore #329990
P.O. Box 45699
Lucasville, Ohio
45699

**EXHIBIT**

1

D. WOODS # 327991
'SOUTHERN OHIO CORRECTIONAL FACILITY
PO BOX 45699
LUCASVILLE, OH 45699-0001
DRC 1459

Office of the Ohio Public Defender
Prison Legal Services
8 East Long Street
Columbus, Ohio 43215-2898



**Office of the Ohio Public Defender**
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-8091

DAVID H. BODIKER
State Public Defender

---

# M E M O R A N D U M

---

DATE:     February 6, 1998

TO:       Ohio Inmate

FROM:     Intake Division

RE:       Request for Assistance

    This will acknowledge receipt of your request for legal assistance.  It is the duty of this office to provide legal representation to indigent inmates who are unlawfully imprisoned, provided their claims have arguable merit.

    Please complete and return the enclosed questionnaire and financial statement. If you have any other documents or information pertaining to your claims, you may send them also.  Upon receipt of the questionnaire and financial statement, this office will review your claims for merit.

    Return the documents to:

Intake Division
Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio  43215

    We look forward to hearing from you.

**EXHIBIT**

tabbies®

2

mjb/57321

# OFFICE OF THE OHIO PUBLIC DEFENDER
## 8 East Long Street, 11th Floor
## Columbus, Ohio 43215

Please answer each question below as completely and accurately as possible. If you need help, contact the law clerk at your institutional law library. If you need more space, attach additional pages.

Return the completed questionnaire, together with copies of any papers or documents you have pertaining to your case, and this office will investigate your claims. If the attorney assigned to your case feels an interview is necessary, you will be notified.

Name: Bruce Woods

OPDC No.: 98-1640

Institution Number: 329889

Date of birth: 10-19-66

Institution: S.O.C.F

Soc. Sec. No.: 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

County of conviction: Hamilton

Case number: B9601386

Name of the attorney who represented you:

*98-16-0276*

Any aliases you have used:

Any co-defendants in your case: Kelly Woods Rayshawn Riggins

*CLOSED IN INTAKE*

---

How were you convicted? [Place an "X" in the appropriate box. Choose only one box.]

☐ I entered a plea of "guilty."   ☒ I was tried by a jury.

☐ I entered a plea of "no contest."   ☐ I was tried by a judge, without a jury.

I was convicted of: Agg. Burglary, Agg. Robbery, Kidnapping

The term of my sentence is minimum 151 to maximum 120 ; or definite

Date of conviction: 5-31-96   Date delivered to the state: 6-25-96   Parole/EDS: 2018

Did you appeal your conviction to the court of appeals?   ☐ Yes ☑ No

Did you appeal your conviction to the Ohio Supreme Court?   ☐ Yes ☑ No

Have you filed any other actions challenging your conviction?   ☐ Yes ☑ No   If so, list the court, case number and nature of the proceedings:

Do you have any action pending at the present time? ☐ Yes ☑ No   If so, list the court, case number, type of action, and the name of your attorney, if you are represented:

**EXHIBIT**

tabbies'   3

---

**NOTE:** If you are not represented by counsel, you must continue to represent yourself while this office investigates your case.

Briefly summarize the facts of your case:___

What type of assistance are you requesting from this office?___

## WAIVER

I hereby waive the attorney-client privilege for the limited purpose of enabling any attorney who has represented me to freely discuss my case with the Ohio Public Defender or any of his staff.

_Bruce Wook_
**Your Signature**

#45489

OFFICE OF THE OHIO PUBLIC DEFENDER
8 East Long Street, 11th Floor
Columbus, Ohio 43215

### FINANCIAL STATEMENT

Before this office can represent you, you MUST COMPLETELY FILL OUT this form and return it to the above address. If a question is not applicable to you or your situation, write N/A in the blank space.

---

#### PERSONAL INFORMATION

Name  Bruce Woods

Social Security Number  290 70 5302  Date  2-11-99

Address  P.O. Box 45699

City  Lucasville  State  Ohio  Zip  45699

Telephone  NA  Date of Birth  10-13-66  Marital Status  S

Names and ages of dependents  NA

With whom do you live?  NA

---

#### INCOME

Are you working now?  ☐ Yes  ☑ No

Employer  NA

Employer's Address  NA

City  NA  State  NA  Zip  NA

Employer's Telephone  NA

Type of Work  NA  Gross Pay  $ NA /mo.

List any public assistance or other income received by you or your spouse in the appropriate space below:

| | | | | |
|---|---|---|---|---|
| Type of Public Assistance  NA | | Gross Pay | $ NA /mo. |
| Pension | $ NA /mo. | VA Disability | $ NA /mo. |
| Unemployment Comp. | $ NA /mo. | Worker's Comp. | $ NA /mo. |
| Social Security | $ NA /mo. | | |

TOTAL  $ NA /mo.

Husband's/Wife's Pay or Income  $ NA /mo.

Other Income (describe)  NA  $ NA /mo.

TOTAL INCOME  $ NA /mo.

---

#### ASSETS

Cash on hand or in the bank  $ NA /mo.

Money owed to you (explain)  NA  $ NA /mo.

Do you own your home or any other real estate?  ☐ Yes  ☑ No

If so, describe property and its location:

Value of property  $ NA /mo

List make and year of every car, truck, motorcycle or other vehicle owned by you and the value thereof:

| | | |
|---|---|---|
| NA | $ NA /mo. |
| NA | $ NA /mo. |

ASSETS CON'T

List all other property of value owned by you including but not limited to stocks, bonds, jewelry, boats, musical instruments, and the value thereof.  If none, write

NONE:_____N a_____    $_____N a_____/mo.

_____    $_____N A_____/mo.

TOTAL ASSETS    $_____N a_____/mo.

---

## EXPENSES

| | | |
|---|---|---|
| Living Expenses: | Rent or mortgage payments | $_____/mo. |
| | Estimated monthly food bill | $_____/mo. |
| | Medical or dental bills | $_____/mo. |
| | Clothing expenses | $_____/mo. |
| | Utilities | $_____/mo. |

Other expenses (explain)

_____N a_____    $_____/mo.

_____    $_____/mo.

TOTAL EXPENSES    $_____/mo.

---

## DEBTS

List all debts you presently owe:

| Names of Creditors/ Who you owe | Total Amount Owed | Monthly Payment |
|---|---|---|
| N a | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(Attach additional sheets if necessary)

---

THE FINANCIAL STATEMENT I HAVE COMPLETED ABOVE IS COMPLETE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IF IT IS DETERMINED BY THE STATE PUBLIC DEFENDER, OR BY THE COURT, THAT I WAS NOT ENTITLED TO THE LEGAL REPRESENTATION PROVIDED ME, I MAY BE REQUIRED TO REIMBURSE THE PUBLIC DEFENDER FOR THE COSTS OF REPRESENTATION PROVIDED.  ANY ACTION FILED BY THE PUBLIC DEFENDER TO COLLECT FEES HEREUNDER, MUST BE BROUGHT WITHIN TWO YEARS FROM THE LAST DATE LEGAL REPRESENTATION WAS PROVIDED.

_____
SIGNATURE OF APPLICANT

IF YOUR FINANCIAL SITUATION SHOULD IMPROVE BEFORE THE FINAL DISPOSITION OF THIS CASE, YOU MUST INFORM THE OHIO PUBLIC DEFENDER IMMEDIATELY.

---

FOR OFFICE USE ONLY - NOT TO BE FILLED OUT BY THE APPLICANT

| | |
|---|---|
| Monthly income minus living expenses | $_____/mo. |
| Assets minus liabilities | $_____/mo. |
| Estimated cost of defense | $_____/mo. |

Eligible for Ohio Public Defender Services    ☐ Yes  ☐ No

_____
CASE ATTORNEY

#45489

ASSETS CO...

List all other property of value owned by you including but not limit
jewelry, boats, musical instruments, and the value thereof. If none,
NONE: _____ No _____

_____ TOTAL ASSE

**USA 32**

EXPENSE

Living Expenses:          Rent or mortgage payments
                         Estimated monthly food bill
                         Medical or dental bills
                         Clothing expenses
                         Utilities

Other expenses (explain)

_____ No _____
_____
_____ TOTAL

DEB

List all debts you presently owe:

Names of Creditors/ Who you owe                    To...
_____ No _____     _____
_____     _____
_____     _____
_____     _____
(Attach additional sheets if necessary)

THE FINANCIAL STATEMENT I HAVE COMPLETED ABOV...
KNOWLEDGE. I UNDERSTAND THAT IF IT IS DETERMINED BY
WAS NOT ENTITLED TO THE LEGAL REPRESENTATION PRO...
DEFENDER FOR THE COSTS OF REPRESENTATION PROVI...
COLLECT FEES HEREUNDER, MUST BE BROUGHT WITHIN T...
WAS PROVIDED.

IF YOUR FINANCIAL SITUATION SHOULD IMPROVE BEFOR...
THE OHIO PUBLIC DEFENDER IMMEDIATELY.

FOR OFFICE USE ONLY - NOT TO BE FILLED OUT BY THE A...

          Monthly income minus living expenses
          Assets minus liabilities
          Estimated cost of defense

          Eligible for Ohio Public Defender Services   ☐ Yes   ☐ No

#45489                                         CASE ATTORNEY

B. Woods #279999
P.O. Box 45699
Lucasville, Ohio 45699

Inmate Division
Office of the Ohio
Defender
East L
Columbus 43218

**ANADELLJ**

From:            JAMES ANADELL
Sent:            Sunday, March 15, 1998 4:56 PM
To:              MARY DUNNING; FELICE HARRIS.
Subject:         assignment (Woods to FLH)


MARY:

Assign Bruce Woods, 98-LG-1640, to Felice; change Case Type to 201.


FELICE:

Hamilton County jury trial; agg burglary, robbery, kidnapping.  D got 4 CS gun specs (12 years) and a ton of time.

No appeal was ever taken.  I didn't trust the computer read-out, so I had Bryan get a copy of the real docket on his last Hamilton County run.  Sure enough, notice of appeal never filed.

Sentencing entry was filed 6.14.96, so you're really late on this one.  If I were you, I'd order a transcript of the sentencing hearing before I did anything else to see what went down.

I called trial counsel, Mike McEvilley, but only received a vague voice-mail message that he "didn;t handle the appeal."  I guess not.  He did not return subsequent calls.  Note that sentencing entry shows a Brian Perkins as assigned counsel.

**EXHIBIT**

tabbies®

4

1

MCCANDLD

| | |
|---|---|
| From: | FELICE HARRIS |
| Sent: | Friday, March 20, 1998 6:29 PM |
| To: | DEBI McCANDLISH |
| Subject: | state v bruce woods |

Please find out how much it will cost to transcribe the sentencing hearing in state v Bruce Woods, case # B961386 and order it asap. The hearing was held 6/14/96 before Judge John P. O'Conner, Hamilton County. Thanks.

3/23/98 — 9:00



Ron Johnson #513 632-8396 —

left message —

$100 20 pgp
30 days $2.10 a page

2.10 2.0
42

Jail
Mc Cussins
1000 Main St
Rm 211
Cin. Ohio
45002

EXHIBIT
5



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 752-5167

DAVID H. BODIKER
State Public Defender

March 23, 1998

Ms. Gail McCubbins
Court Reporter
1000 Main Street, Room 211
Cincinnati, OH 45202

Re:  *State of Ohio vs. Bruce Woods*
     Case No. B961386

Dear Ms. McCubbins

Pursuant to our telephone conversation today, please transcribe the sentencing hearing held June 14, 1996, before Judge John P. O'Conner in the above referenced case.

I understand that the transcript is approximately 20 pages and will cost $2.10 a page. Please remit the bill when the transcript is sent and I will see that it is promptly paid. On the bill, please include a federal tax identification number.

Thanking you in advance.

Sincerely,

Deborah K. McCandlish
Administrative Assistant

DKM/deb

EXHIBIT
6

**FELICE HARRIS**

From:       FELICE HARRIS
To:         DEBI McCANDLISH
Subject:    state v bruce woods
Date:       Friday, March 20, 1998 6:29PM

Please find out how much it will cost to transcribe the sentencing hearing in state v Bruce Woods, case #
B961386 and order it asap.  The hearing was held 6/14/96 before Judge John P. O'Conner, Hamilton County
Thanks.

3/24/98 — will order transcript (@ 43) — will take 30 days

**EXHIBIT**

7

## FY 98 DISBURSEMENT JOURNAL

| Voucher Date: | 04/15/98 | Vendor: | Gail T McCubbins | |
|---|---|---|---|---|
| Warrant # | 4179137 | Batch # | 010515 | Voucher # | 982897 |
| Date Warrant Sent to Vendor: | 04/22/98 | | | |

**SAC Detail:**                                    Press Ctrl+Tab to exit Detail Form

| PO Number | Obj | S-Obj | SAC | SPND | Amount |
|---|---|---|---|---|---|
| DEBIT | 155 | 03 | 4011 | LEGL | $33.60 |
| | | Total for this Voucher: | | | $33.60 |

Back    Next

Add    Close

Print Record

Notes:

**EXHIBIT**

tabbies®

8

# PERSONNEL ACTION
## STATE OF OHIO

| | AGENCY | DIVISION OR INSTITUTION | UNIT OR OFFICE | NO. |
|---|---|---|---|---|
| FROM | | Ohio Public Defender Commission | | 5435823 |
| TO | | | | |

| NAME | | | | SEX | DATE OF BIRTH | NO. OF | DEGREE | EDUCATION |
|---|---|---|---|---|---|---|---|---|
| FROM | Harris (LAST) | Felice (FIRST) | L. (M.I.) | F | MO DAY YR | YEARS | JD | MAJOR Law |
| TO | | | | | | | | |

| ADDRESS | | | | | |
|---|---|---|---|---|---|
| FROM | (STREET) | | (CITY) | (STATE) | (ZIP CODE) (COUNTY) |
| TO | | | | | |

| EFFECTIVE DATE | | | PAYROLL NUMBER FROM: | POSITION CONTROL NO. | BARG UNIT | FLAG | SOCIAL SECURITY NUMBER | HQ. COUNTY |
|---|---|---|---|---|---|---|---|---|
| MO 04 | DAY 18 | YR. 98 | TO: | | | | | |

| | CLASS TITLE | CLASS NO. | RANGE | STEP | BASE RATE | LONG | SUPPL. | SUPPL. | TOTAL | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| FROM | Asst. Public Defender 1 | | | — | | | | | | U |
| TO: | | | | | | | | | | |

| APPOINTMENT | CHANGE | SEPARATION | INTERRUPTION |
|---|---|---|---|
| ☐ 0 EMERGENCY<br>ENDS _____ | ☐ 1 PROMOTION | ☑ 1 RESIGNED - REGULAR<br>X WRITTEN<br>____ ORAL | ☐ 1 MILITARY LEAVE ENDS _____ |
| ☐ 1 FULL TIME PERMANENT | ☐ 2 DEMOTION | ☐ 2 RETIRED | ☐ 2 PERSONAL LEAVE ENDS _____ |
| ☐ 2 FULL TIME TEMPORARY<br>ENDS _____ | ☐ 3 LATERAL CLASS CHANGE | ☐ 3 DISABILITY RETIREMENT | ☐ 3 SUSPENSION ENDS _____ |
| ☐ 3 FULL TIME SEASONAL<br>ENDS _____ | ☐ 4 TRANSFER WITHIN AGENCY | ☐ 4 DECEASED | ☐ 6 SEASONAL ENDS _____ |
| ☐ 4 PART TIME PERMANENT | ☐ 5 TRANSFER BETWEEN AGENCIES | ☐ 5 REMOVED | ☐ 7 EDUCATIONAL LEAVE ENDS _____ |
| ☐ 5 PART TIME TEMPORARY<br>ENDS _____ | ☐ 6 CIVIL SERVICE STATUS | ☐ 6 PROBATIONARY REMOVAL | ☐ 11 UNION LEAVE ENDS _____ |
| ☐ 6 PART TIME SEASONAL<br>ENDS _____ | ☐ 7 NAME | ☐ 7 LAID OFF | ☐ 12 END A17 _____ |
| ☐ 7 INTERMITTENT | ☐ 8 APPOINTMENT CHANGE TO _____ | ☐ 8 UNCLASSIFIED TERMINATION | ☐ 13 END A18 _____ |
| ☐ 8 FIXED TERM SALARIED<br>ENDS _____ | ☐ 9 DISPLACEMENT | ☐ 9 OTHER (SEE REMARKS) | REINSTATEMENT |
| ☐ 9 FIXED TERM PER DIEM | ☐ 10 RATE | ☐ 10 CANCEL APPOINTMENT | ☐ 1 FROM SEPARATION |
| ☐ 10 APPT. DATE CORRECTED | ☐ 11 REASSIGNMENT | ☐ 12 DISABILITY SEPARATION | ☐ 2 FROM INTERRUPTION |
| ☐ 11 FULL TIME INTERIM INTERNAL | ☐ 12 POSITION CHANGED | REINSTATE BY _____ | ☐ 3 BY PERSONNEL BD. OF REVIEW |
| ☐ 12 FULL TIME INTERIM EXTERNAL | ☐ 19 TEMPORARY WORK LEVEL | ☐ 13 INTERIM SEPARATION | ☐ 4 BY COURT ORDER |
| ☐ 13 PART TIME INTERIM INTERNAL | ENDS _____ CLASS _____ | ☐ 15 RESIGNED - NOT IN GOOD | ☐ 5 SEPARATION RESCINDED |
| ☐ 14 PART TIME INTERIM EXTERNAL | RATE _____ STEP _____ | STANDING | ☐ 7 BY GRIEVANCE |
| ☐ 16 UNIT 11, 12 INTERIM EXTERNAL | ☐ 20 TEMP REASSIGN BY APPEAL DECISION | ☐ 16 RESIGNED - NOT RECOMMENDED | ☐ 8 BY ARBITRATION AWARD |
| ☐ 17 ESTABLISHED TERM REGULAR | ☐ 22 CANCEL INTERIM | FOR REHIRE | ☐ 9 REEMPLOYMENT FROM LAYOFF. |
| ☐ 18 ESTABLISHED TERM IRREGULAR | ☐ 23 SERVICE CHANGE | | APPT. TYPE _____ |
| | ☐ 27 GRIEVANCE ADJUSTMENT | | ☐ 10 RECALL FROM LAYOFF |
| | ☐ 30 H.Q. COUNTY CHANGE | | APPT. TYPE _____ |
| | ☐ 35 UNINTERRUPTED SEPARATION/<br>APPOINTMENT | | |
| | ☐ OTHER - SEE REMARKS | | DAS TIME STAMP |

| E OF LAST PROMOTION | CERTIFICATION NO. | DATE OF CONTINUOUS SERVICE | BUDGETED HOURS |
|---|---|---|---|
| | | | |

MARKS:
1-Written resignation attached. ████████

ADM 4259 attached.

**EXHIBIT**

9

ALL ITEMS CONTAINED ON PRE-HIRE FORM HAVE BEEN COMPLETED

*David H. Bodiker* 4/17/98

OVAL OF APPOINTING AUTHORITY  (SIGNATURE)  DATE

| STATE PERSONNEL DIVISION | CERTIFICATION _____ |
|---|---|
| ☑ APPROVED | |
| ☐ DISAPPROVED | |
| ☐ NOTED | |

ATURE OF RELEASING AUTHORITY  DATE

*Sandra C. Drabik* 4/23/98

SIGNATURE OF DIRECTOR OF ADMINISTRATIVE SERVICES

LANEB

| | |
|---|---|
| From: | NANCY DECATUR |
| Sent: | Tuesday, May 05, 1998 12:30 PM |
| To: | BOB LANE |
| Subject: | Bruce Woods |

I spoke with attorney Bryan Perkins today.

EXHIBIT

10

1



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 752-5167

DAVID H. BODIKER
State Public Defender

May 13, 1998

Mr. Bruce Woods
#329-889
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

Dear Mr. Woods:

　　　This is in response to your recent request for assistance from this office. I am reviewing your case in order to determine whether or not we can represent you in court.

Sincerely,

Robert L. Lane
Chief Appellate Counsel

RLL:mjb/Enclosures/#67561

**EXHIBIT**

tabbies'

11

3 - 15 98

DEAR AL LANE

**EXHIBIT**

12

Thank you

Bruce Wood



USA 32¢

B. WOODS #329,999
P.O. Box 45699
LUCASVILLE, OH
45699

ATTN:
ROBERT L. LANE

Ohio Public Defender Commission
8 East Long St.
11th Floor
Columbus, Ohio 43215

INMATE
SOUTHERN CORRECTIONAL
PO BOX 45699
LUCASVILLE OH 45699-0000

$00.00
U.S. POSTAGE

TOM WETTERER

| | |
|---|---|
| From: | JAMES ANADELL [OPDCNET/OPD/ANADELLJ] |
| Sent: | Tuesday, May 19, 1998 1:44 PM |
| To: | MARY DUNNING |
| Cc: | BOB LANE; TOM WETTERER |
| Subject: | reassignment (Bruce Woods to TRW) |

MARY:

Reassign Bruce Woods, 98-LG-1640, to TRW.  Bob Lane is delivering file to Tom.

EXHIBIT

13

| Filters Used: | Note Report | Date Printed:  **3/31/2004** |
|---|---|---|
| | Form Format | Time Printed: **10:43AM** |
| | | Printed By:    **FENLON** |

---

| Date | **5/19/1998** | Time | **1:40PM** | **12:00AM** | Duration | **0.00** (hours) | Code | |
|---|---|---|---|---|---|---|---|---|
| Description | **E-mail MD; file to TRW** | | | | | | Staff | **James F Anadell** |
| Client | **Bruce Woods** | | | Case Ref | **Woods, Bruce** | | File No | **98-LG-1640** |
| Alerts | | (days before) | Follow | Done | Notify | Hide | Trigger | Private **N**   Status |
| User1 | | | | | User3 | | | |
| User2 | | | | | User4 | | | |
| Path/Name | | | | | | | | |

---

| Date | **3/15/1998** | Time | **4:41PM** | **12:00AM** | Duration | **0.00** (hours) | Code | |
|---|---|---|---|---|---|---|---|---|
| Description | **E-mail MD, FLH; file to FLH** | | | | | | Staff | **James F Anadell** |
| Client | **Bruce Woods** | | | Case Ref | **Woods, Bruce** | | File No | **98-LG-1640** |
| Alerts | | (days before) | Follow | Done | Notify | Hide | Trigger | Private **N**   Status |
| User1 | | | | | User3 | | | |
| User2 | | | | | User4 | | | |
| Path/Name | | | | | | | | |

---

| Date | **3/09/1998** | Time | **9:44AM** | **12:00AM** | Duration | **0.00** (hours) | Code | |
|---|---|---|---|---|---|---|---|---|
| Description | **rec'd docs; pull file for JFA** | | | | | | Staff | **Marsha Bennington** |
| Client | **Bruce Woods** | | | Case Ref | **Woods, Bruce** | | File No | **98-LG-1640** |
| Alerts | | (days before) | Follow | Done | Notify | Hide | Trigger | Private **N**   Status |
| User1 | | | | | User3 | | | |
| User2 | | | | | User4 | | | |
| Path/Name | | | | | | | | |

**EXHIBIT**

tabbies®

_____14_____

Filters Used:

# Note Report

### Form Format

Date Printed: **3/31/2004**
Time Printed: **10:43AM**
Printed By: **FENLON**

---

| Date | 3/05/1998 | Time 9:46AM | 12:00AM | Duration | 0.00 (hours) | Code | |
|------|-----------|-------------|---------|----------|--------------|------|--|
| Description | e-mail to BH & DM; file to INT | | | | | Staff | **Marsha Bennington** |
| Client | **Bruce Woods** | | Case Ref | **Woods, Bruce** | | File No | **98-LG-1640** |
| Alerts | | (days before) | Follow | Done | Notify | Hide | Trigger | Private | N | Status |
| User1 | | | | | User3 | | | | | |
| User2 | | | | | User4 | | | | | |

Path/Name

---

| Date | 3/05/1998 | Time 9:29AM | 12:00AM | Duration | 0.00 (hours) | Code | |
|------|-----------|-------------|---------|----------|--------------|------|--|
| Description | file to MB for docs | | | | | Staff | **James F Anadell** |
| Client | **Bruce Woods** | | Case Ref | **Woods, Bruce** | | File No | **98-LG-1640** |
| Alerts | | (days before) | Follow | Done | Notify | Hide | Trigger | Private | N | Status |
| User1 | | | | | User3 | | | | | |
| User2 | | | | | User4 | | | | | |

Path/Name

---

| Date | 2/17/1998 | Time 11:04AM | 12:00AM | Duration | 0.00 (hours) | Code | |
|------|-----------|--------------|---------|----------|--------------|------|--|
| Description | ran docket; file to JFA | | | | | Staff | **Marsha Bennington** |
| Client | **Bruce Woods** | | Case Ref | **Woods, Bruce** | | File No | **98-LG-1640** |
| Alerts | | (days before) | Follow | Done | Notify | Hide | Trigger | Private | N | Status |
| User1 | | | | | User3 | | | | | |
| User2 | | | | | User4 | | | | | |

Path/Name

| Filters Used: | # Note Report | Date Printed: **3/31/2004** |
|---|---|---|
| | Form Format | Time Printed: **10:43AM** |
| | | Printed By: **FENLON** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | **2/13/1998** | Time **5:30PM** | **5:30PM** | Duration **0.00** (hours) | Code | | |
| Description | **file to MB for docs** | | | | Staff | **James F Anadell** | |
| Client | **Bruce Woods** | | Case Ref **Woods, Bruce** | | | File No | **98-LG-1640** |
| Alerts | | (days before) Follow | Done | Notify | Hide | Trigger | Private **N** Status |
| User1 | | | | User3 | | | |
| User2 | | | | User4 | | | |
| Path/Name | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | **2/06/1998** | Time **3:11PM** | **12:00AM** | Duration **0.00** (hours) | Code | | |
| Description | **sent q&fs; file to JFA** | | | | Staff | **Marsha Bennington** | |
| Client | **Bruce Woods** | | Case Ref **Woods, Bruce** | | | File No | **98-LG-1640** |
| Alerts | | (days before) Follow | Done | Notify | Hide | Trigger | Private **N** Status |
| User1 | | | | User3 | | | |
| User2 | | | | User4 | | | |
| Path/Name | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | **2/06/1998** | Time **2:56PM** | **12:00AM** | Duration **0.00** (hours) | Code | | |
| Description | **send Q; file to MB** | | | | Staff | **Mary L Dunning** | |
| Client | **Bruce Woods** | | Case Ref **Woods, Bruce** | | | File No | **98-LG-1640** |
| Alerts | | (days before) Follow | Done | Notify | Hide | Trigger | Private **N** Status |
| User1 | | | | User3 | | | |
| User2 | | | | User4 | | | |
| Path/Name | | | | | | | |



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 752-5167

DAVID H. BODIKER
State Public Defender

May 26, 1998

Mr. Bruce Woods
#329-889
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

Dear Mr. Woods:

    Your case has been reassigned to me for filing a motion for delayed appeal.

                                    Sincerely,

                                    Thomas R. Wetterer, Jr.
                                    Assistant State Public Defender

TRW:nlr\68654

EXHIBIT

15