# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Bruce Woods,
    Petitioner

vs                                      Case No. 1:00cv803
                                          (Spiegel, J.; Black, M.J.)

Wanza Jackson,
    Respondent

## ORDER

      Petitioner, an inmate in state custody at the Warren Correctional Institution in Lebanon, Ohio, has filed through counsel a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter is before the Court on petitioner's first motion to expand the record to include docket sheets and state appellate court filings pertaining to petitioner's state criminal proceeding. (Doc. 57). Respondent has not filed an opposition to the motion. Accordingly, petitioner's motion to expand the record (Doc. 57) to include the items appended to the motion is hereby GRANTED.

      IT IS SO ORDERED.

Date:  February 23, 2005                  s/Timothy S. Black
    hr                                                Timothy S. Black
                                                    United States Magistrate Judge

J:\ROSENBEH\2254(2005)\00-803exp1.wpd