# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE WOODS, | : | |
| Petitioner, | : | Case No. 1:00cv803 |
| vs. | : | Magistrate Judge Black |
| ANTHONY BRIGANO, Warden, | : | Judge Spiegel |
| Respondent. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Now comes Respondent, Anthony Brigano, by and through counsel, and hereby notifies the Court and other parties that Assistant Attorney General Stuart A. Cole, whose address and telephone number are set forth below, represents him. Consequently, all pleadings and correspondence regarding Respondent should be directed to Stuart A. Cole. This Notice of Appearance of Counsel is effective immediately.

Respectfully submitted,

JIM PETRO
Attorney General

s/Stuart A. Cole
STUART A. COLE (0020237)
Assistant Attorney General
Corrections Litigation Section
150 East Gay Street, 16th Floor
Columbus, Ohio  43215
(614) 644-7233

Trial Attorney for Respondent

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2005, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stuart A. Cole
Stuart A. Cole
Assistant Attorney General