THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE WOODS | : | |
| Petitioner, | : | Case No. 1:00cv803 |
| v. | : | Judge Spiegel |
| WANZA JACKSON, Warden, | : | Magistrate Judge Black |
| Respondent. | : | |

## JOINT MOTION FOR SCHEDULING ORDER

Petitioner Bruce Woods and Respondent Wanza Jackson, Warden, jointly move the Court for a scheduling order as follows:

| | |
|---|---|
| May 15, 2005 | Deadline for discovery; it is further agreed by the parties that Respondent will depose Petitioner Bruce Woods prior to this date at a mutually satisfactory time. |
| July 1, 2005 | Final briefs will be submitted by the parties |

The parties believe that this schedule would allow for the fullest examination of the record and fairest presentation of all issues to the Court. It is the further hope of the parties that this schedule will obviate the need to conduct an evidentiary hearing in this matter.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Jim Petro (002206) | David H. Bodiker |
| Attorney General | Ohio Public Defender |
| | |
| /s/Stuart A. Cole | /s/Gregory W. Meyers |
| Stuart A. Cole (0020237) | Gregory W. Meyers (0014887) |
| Ohio Attorney General | Senior Assistant Public Defender |
| 150 East Gay Street, 16th Floor | Office of the Ohio Public Defender |
| Columbus, Ohio 43215-6001 | 8 East Long St., 11th Floor |
| Telephone: (614) 644-7233 | Columbus, Ohio 43215 |
| Facsimile: (614) | 614/466-5394 |
| scole@ag.state.oh.us | 614/728-3670 |

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing **Joint Motion for Scheduling Order** was sent to Gregory W. Meyer, Esq., Senior Assistant Public Defender, Office of the Ohio Public Defender, 8 East Long St., 11th Floor, Columbus, Ohio 43215, by way of the Court's electronic filing system on this 31st day of March, 2005.

                 /s/Stuart A. Cole
                 Stuart A. Cole
                 Assistant Attorney General