### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE WOODS | : | |
| Petitioner, | : | Case No. 1:00cv803 |
| v. | : | Judge Spiegel |
| WANZA JACKSON, Warden, | : | Magistrate Judge Black |
| Respondent. | : | |

### NOTICE TO TAKE DEPOSITION

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Petitioner is hereby notified that the deposition of Petitioner Bruce Woods, inmate number 329-889, will take place at the Warren Correctional Institution, Rt. 63, Lebanon, Ohio 45036, commencing on Wednesday, April 20, 2005 at 10:30 a.m., and will continue from day to day thereafter until completed.

The deposition shall be by oral examination before a notary public, and a disinterested unrelated party, duly authorized to administer the oath according to the laws of the State of Ohio.

Respectfully submitted,

Jim Petro  (0022096)
Attorney General

/s/Stuart A. Cole
Stuart A. Cole (0020237)
Assistant Attorney General
140 East Town St., 14th Floor
Columbus, Ohio  43215
614/644-7233
614/728-9327 – Fax
scole@ag.state.oh.us
Attorney for Respondent

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing **Notice to Take Deposition** was served upon Gregory Meyers, Esq., Senior Assistant Public Defender, Office of the Ohio Public Defender, 8 East Long Street, 11th Floor, Columbus, Ohio 43215, by way of the Court's electronic filing system on this 4th day of April, 2005.

/s/Stuart A. Cole
Stuart A. Cole
Assistant Attorney General