IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BRUCE WOODS, | : | Case No. 1:00CV803 |
| Petitioner, | : | JUDGE SPIEGEL |
| vs. | : | MAGISTRATE JUDGE BLACK |
| WANZA JACKSON, Warden, | : | |
| Respondent. | : | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Assistant State Public Defender T. Kenneth Lee hereby moves this Court for leave to withdraw as counsel for Petitioner Woods in the above styled action. The reason in support of this Motion is contained in the attached Memorandum in Support.

Respectfully submitted,

DAVID H. BODIKER
OHIO PUBLIC DEFENDER

  s/Gregory W. Meyers
GREGORY W. MEYERS (0014887)
Senior Assistant Public Defender
 (Lead counsel)
Assistant State Public Defender

s/T. Kenneth Lee
T. KENNETH LEE (0065158)
Assistant State Public Defender

OFFICE OF THE OHIO PUBLIC DEFENDER
8 East Long Street - 11th floor
Columbus, Ohio 43215
(614) 466-5394
(614) 728 3670 Fax

COUNSEL FOR PETITIONER

## MEMORANDUM IN SUPPORT

T. Kenneth Lee asks this Court for leave to withdraw as counsel. Attorney Lee has recently transferred to the Death Penalty Division of the Office of the Ohio Public Defender and his new responsibilities require him to withdraw as counsel from all his non-capital cases.

For the above-cited reason, Petitioner Woods requests that this Court grant T. Kenneth Lee leave to withdraw as counsel in this habeas corpus action.

Respectfully submitted,

DAVID H. BODIKER
OHIO PUBLIC DEFENDER

 s/Gregory W. Meyers
GREGORY W. MEYERS (0014887)
Senior Assistant Public Defender
 (Lead counsel)
Assistant State Public Defender

s/T. Kenneth Lee
T. KENNETH LEE (0065158)
Assistant State Public Defender

OFFICE OF THE OHIO PUBLIC DEFENDER
8 East Long Street - 11th floor
Columbus, Ohio 43215
(614) 466-5394
(614) 728 3670 Fax

COUNSEL FOR PETITIONER

**CERTIFICATE OF SERVICE**

A copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** was sent by electronic transmission. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/T. Kenneth Lee
T. KENNETH LEE (0065158)
Assistant State Public Defender

COUNSEL FOR PETITIONER