**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| BRUCE WOODS, | : | |
| Petitioner, | : | Case No. 1:00cv803 |
| vs. | : | Magistrate Judge Black |
| WANZA JACKSON, Warden, | : | Judge Spiegel |
| Respondent. | : | |

### *RESPONDENT JACKSON'S MEMORANDUM CONTRA WOODS' MOTION FOR SUMMARY JUDGMENT*

On April 4, 2005, the parties to this federal habeas action submitted a proposed joint scheduling order in which it was agreed that final briefs would be filed by the parties by July 1, 2005. Rather than file a final brief, Petitioner has submitted a pleading labeled as a "motion for summary judgment". For reasons stated in Respondent's final brief, not only is Woods **not** entitled to summary judgment, but in fact this case should be dismissed forthwith.

Respectfully submitted,

JIM PETRO
Attorney General

s/Stuart A. Cole
STUART A. COLE (0020237)
Assistant Attorney General
Corrections Litigation Section
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7233

Trial Attorney for Respondent

## *CERTIFICATE OF SERVICE*

I hereby certify that on July 6, 2005, a copy of the foregoing *Respondent's Memorandum Contra Woods Motion for Summary Judgment* was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                        s/Stuart A. Cole
                                                        Stuart A. Cole
                                                        Assistant Attorney General