# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Bruce Woods,
    Petitioner

vs                             Case No. 1:00cv803
                                     (Spiegel, J.; Black, M.J.)

Wanza Jackson,
    Respondent

## ORDER

      Petitioner, an inmate in state custody at the Warren Correctional Institution in Lebanon, Ohio, brings this action through counsel for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Today, the undersigned Magistrate Judge issued a Report and Recommendation recommending that the petition be dismissed as time-barred. This matter is before the Court on the parties joint motion for a scheduling order (Doc. 67), petitioner's motion for leave to withdraw as counsel (Doc. 69) and respondent's motion to expand the record with a deposition of petitioner, Bruce Woods (Doc. 70). These motions are hereby GRANTED.

Date:   November 8, 2005                       s/Timothy S. Black
                                                            Timothy S. Black
                                                            United States Magistrate Judge

J:\ROSENBEH\2254(2005)\00-803ord.wpd