UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRUCE WOODS,

    Petitioner,

vs.

WANZA JACKSON,

    Respondent.

Case No. 1:00cv803

Judge Spiegel
M.J. Black

---

**PETITIONER'S MOTION FOR AN EXTENSION OF TIME FOR FILING OBJECTIONS TO THE NOVEMBER 8, 2005 REPORT AND RECOMMENDATION**

---

Petitioner Woods, through counsel, respectfully requests on extension on the deadline for filing objections to the Magistrate Judge's November 8, 2005 Report and Recommendation. The objections are currently due by November 22, 2005 (calculated without adding three days for being "e-served" by the Clerks office). Petitioner requests that the due date be extended to December 5, 2005. On November 18, 2005 Respondent's counsel Stuart Cole told Petitioner's counsel Meyers that Respondent does not object to this request.

Respectfully Submitted,

DAVID H. BODIKER
OHIO PUBLIC DEFENDER

_s/Gregory W. Meyers_
GREGORY W. MEYERS (0014887)
Senior Assistant Public Defender
Office of the Ohio Public Defender
8 East Long Street, 11th FL
Columbus, Ohio 43215
Ph: (614) 466-5394: Fax (614) 728-3670
COUNSEL FOR PETITIONER

77