| Schedules | | Document Listing |

Hamilton County Clerk of Courts

B 9601386

Attorney - Plaintiff
Attorney - Defendant
    Judge -             JOHN P O'CONNOR         79
         STATE OF OHIO  vs.  BRUCE WOODS
                                                                 RE-
INDICTMENT OF B9600345
 STATE OF OHIO

    vs.
 BRUCE WOODS
 3341 BONAPARTE                                Municipal #:
 CIN OH 45207

Race: BLACK - AFRICAN AMERICAN      Sex: M Age: 37 DOB: 10/18/1966

Filed: 2/23/1996 0005 - WARRANT ON INDICTMENT
Count: 1 AGG BURGLARY-INFLICT HARM F1 2911-11A1 ORCN
Disp: 6/14/1996 3DOC DEPARTMENT OF CORRECTIONS
Count: 2  AGG ROBBERY-ARMED F1 2911-01A1 ORCN
Disp: 6/14/1996 3DOC DEPARTMENT OF CORRECTIONS
Count: 3     ROBBERY F2 2911-02 ORCN
Disp: 6/14/1996 3DOC DEPARTMENT OF CORRECTIONS
Count: 4  AGG ROBBERY-ARMED F1 2911-01A1 ORCN
Disp: 6/14/1996 3DOC DEPARTMENT OF CORRECTIONS
Count: 5     ROBBERY F2 2911-02 ORCN
Disp: 6/14/1996 3DOC DEPARTMENT OF CORRECTIONS
Count: 6 KIDNP-COMM OF FLNY - FLGHTF2F1 2905-01A2 ORCN
Disp: 6/14/1996 3DOC DEPARTMENT OF CORRECTIONS
Count: 7 KIDNP-COMM OF FLNY - FLGHTF2F1 2905-01A2 ORCN
Disp: 6/14/1996 3DOC DEPARTMENT OF CORRECTIONS

**EXHIBIT C**

Rule 5, Exhibit Two

| IMAGE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | 2/23/1996 | INDICTMENT REPORTED AND FILED. INDICTMENT FOR AGGRAVATED BURGLARY 2911.11 R.C. WITH SPEC. AGGRAVATED ROBBERY 2911.01 R.C WITH SPEC. ROBBERY 2911.02 R.C. WITH SPEC KIDNAPPING 2905.01 R.C. WITH SPEC. | |
| | 2/23/1996 | PRECIPE FOR WARRANT FILED AND WARRANT ISSUED. | |
| | 2/28/1996 | SIMON L. LEIS JR., SHERIFF: I HAVE IN CUSTODY AND HAVE SERVED COPY OF INDICTMENT ON SAID DEFENDANT BY T MUSGROVE DEPUTY | |
| 18 | 3/8/1996 | PLEA OF NOT GUILTY ENTERED AT ARRAIGNMENT. $100,000 | |
| | 3/8/1996 | COUNSEL ASSIGNED R MICHAEL MCEVILLEY | |
| | 3/11/1996 | REQUEST FOR BILL OF PARTICULARS | |
| | 3/11/1996 | DEMAND FOR DISCOVERY | |
| 104 | 3/11/1996 | ENTRY OF CONTINUANCE 3/18/96 | |
| 110 | 3/18/1996 | ENTRY OF CONTINUANCE 4/29/96 | |
| | 4/4/1996 | DEMAND FOR DISCOVERY AND INSPECTION | |
| | 4/4/1996 | REQUEST FOR NOTICE OF INTENTION TO USE EVIDENCE PURSUANT TO OHIO RULE OF CRIMINAL PROCEDURE 12(D)(2) | |
| | 4/4/1996 | REQUEST FOR BILL OF PARTICULARS | |

| | | |
|---|---|---|
| 153 | 4/29/1996 | ENTRY OF CONTINUANCE 8/30/96 |
| | 4/30/1996 | NOTICE OF ALIBI. |
| | 4/30/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED KELLY WOOD |
| | 4/30/1996 | SUBPOENA FOR WITNESS ISSUED TO KELLY WOOD KELLY POWELL |
| 109 | 4/30/1996 | ENTRY OF CONTINUANCE 5/20/96 |
| | 4/30/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED KELLY POWELL |
| | 4/30/1996 | MOTION FOR CONTINUANCE. |
| 158 | 5/9/1996 | ENTRY OF CONTINUANCE 5/29/96 |
| | 5/17/1996 | SUBPOENA FOR WITNESS ISSUED TO KRISSON MARTIN |
| | 5/22/1996 | RESPONE TO STATE'S REQUEST FRO DISCOVERY |
| | 5/22/1996 | MODIFIED NOTICE OF ALIBI |
| | 5/24/1996 | SUBPOENA FOR WITNESS ISSUED TO ELISSA MCRAE |
| | 5/24/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED KRISSON MARTIN |
| | 5/28/1996 | SUBPOENA FOR WITNESS RETURNED AND ENDORSED ELISSA MCRAE |
| 225 | 5/29/1996 | ENTRY REQUESTING OFFICIAL STENOGRAPHER |
| 226 | 5/29/1996 | JURY IMPANELED AND SWORN 13 JURORS |
| 227 | 5/29/1996 | CAUSE PROGRESSED 1ST DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 5/30/96 |
| 245 | 5/30/1996 | CAUSE PROGRESSED 2ND DAY, TESTIMONY ADDUCED IN PART & CONT' UNTIL 5/31/96 |
| | | JURY VERDICT OF GUILTY AGG |

Rule 5, Exhibit Two

Gregory Hartmann, Hamilton County Clerk of Courts                              Page 4 of 6

| | | |
|---|---|---|
| 301 | 5/31/1996 | BURGLARY CT 1. WE FURTHER FIND THAT THE DEFT DID HAVE ON OR ABOUT HIS PERSON, OR UNDER HIS CONTROL, A FIREARM WHILE COMMITTING THE OFFENSE. |
| 302 | 5/31/1996 | JURY VERDICT OF GUILTY AGG ROBBERY CT 2. WE FURTHER FIND THAT THE DEFT DIDHAVE ON OR ABOUT HIS PERSON, OR UNDER HIS CONTROL, A FIREARM WHILE COMMITTING THE OFFENSEC. |
| 382 | 5/31/1996 | CAUSE CONCLUDED SENTENCE DEFERRED UNTIL 6/14/96. PSI. REMANDED. |
| 303 | 5/31/1996 | JURY VERDICT OF ROBBERY IN CT 3 |
| 304 | 5/31/1996 | JURY VERDICT OF GUILTY AGG.ROBBERY CT 4. WE FURTHER FIND DEFT DID HAVE ON OR ABOUT HIS PERSON OR UNDER HIS CONTROL, A FIREARM WHILE COMMITTING THE OFFENSE |
| 305 | 5/31/1996 | JURY VERDICT OF GUILTY ROBBERY CT 5 |
| 306 | 5/31/1996 | JURY VERDICT OF GUILTY KIDNAPPING CT 6. WEH FURTHER FIND THAT THE DEFT DIDHAVE ON OR ABOUT HIS PERSON, OR UNDER HIS CONTROL, A FIREARM WHILE COMMITTING THE OFFENSE. WE FURTHER FIND THAT THE DEFT DID NOT RELEASE THE VICTIM IN A SAFE PLACE UNHARMED |
| 307 | 5/31/1996 | JURY VERDICT OF GUILTY KIDNAPPING CT 7. WE FURTHER FIND DEFT DID HAVE ON OR ABOUT HIS PERSON, OR UNDER HIS CONTROL, A FIREARM WHILE COMMITTING THE OFFENSE. WE |

|     |            |                                                                                                                                                                                                                                                                                                                                                                      |
|-----|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     |            | FURTHER FIND DEFT DID NOT RELEASE THE VICTIM IN A SAFE PLACE UNHARMED                                                                                                                                                                                                                                                                                                |
| 96  | 6/3/1996   | CAUSE CONCLUDED SENTENCE DEFERRED 6/14/96                                                                                                                                                                                                                                                                                                                            |
| 428 | 6/14/1996  | JUDGMENT ENTRY: INCARCERATION DOC 15 TO 25YRS ON EACH CTS 1,2,4,6,& 7 CONSEC. TO EACH OTHER PLUS 3YRS ACT. GUN SPEC.ON EACH CTS 1,2,4 & 6 CONSEC. TO EACH OTHER & CONSEC. TO CTS1,2,4,6,& 7 ; CT 3 ALLIED TO CT 2; CT 5 ALLIED CT 4; CREDIT161DYS. GUN PRIOR & BEFORE UNDERLYING SENT. REMANDED. PAYCOURT COSTS. |
|     | 10/30/1996 | CRIMINAL STATE COSTS SATISFIED                                                                                                                                                                                                                                                                                                                                       |
|     | 6/30/1997  | MOTION FOR PRODUCTION OF TRANSCRIPTS BY INDIGENT DEFENDANT                                                                                                                                                                                                                                                                                                           |
|     | 2/6/1998   | MOTION TO DISMISS REQUEST FOR TRANSCRIPTS.                                                                                                                                                                                                                                                                                                                           |
| 104 | 2/10/1998  | ENTRY DENYING: MOTION FOR TRANSCRIPTS                                                                                                                                                                                                                                                                                                                                |
|     | 8/28/1998  | NOTICE OF APPEAL FILED AND MOTION FOR DELAYED APPEAL NO. C980716 COPY SENT TO HAMILTON COUNTY PROSECUTOR                                                                                                                                                                                                                                                             |
|     | 9/1/1998   | NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT BRUCE WOODS.                                                                                                                                                                                                                                                                                                             |
|     | 9/11/1998  | MOTION FOR COMPLETE TRANSCRIPT.                                                                                                                                                                                                                                                                                                                                      |
|     | 9/11/1998  | MOTION FOR COMPLETE TRANSCRIPT.                                                                                                                                                                                                                                                                                                                                      |
| 119 | 9/15/1998  | MOTION FOR TRIAL TRANSCRIPT BE GRANTED                                                                                                                                                                                                                                                                                                                               |

| | |
|---|---|
| 11/5/1998 | COPY OF NOTICE OF APPEAL OF APPELLANT BRUCE WOODS FILED IN THE SUPREME COURT OF OHIO ON 11/2/98 SC 98-2308 |
| 2/19/1999 | COPY OF ENTRY DENYING LEAVE TO APPEAL AND DISMISSING APPEAL; FILED IN THE SUPREME COURT OF OHIO ON 2/3/99 SC#98-2308 |