# Detailed Mental Health Screening Form

## MENTAL HEALTH HISTORY

| # | Item | Yes | No |
|---|---|---|---|
| 1. | History of psychotropic medications | ☐ | ☒ |
|  | Current usage | ☐ | ☒ |
|  | List Medications | | |
|  | Evidence of EPS | ☐ | ☒ |
| 2. | History of psychiatric hospitalization | ☐ | ☒ |
| 3. | History of out-patient mental health treatment | ☐ | ☒ |
| 4. | History of violence: (check those that apply)<br>☐ Behavior    ☐ Threats<br>☐ Verbally Assaultive    ☐ Physically Assaultive<br>Robb kidnap | ☒ | ☐ |
| 5. | History of self-injurious behavior | ☐ | ☒ |
| 6. | History of head injury, trauma<br>Describe: | ☐ | ☒ |
| 7. | Length of time in county jail: _____ Years __5__ Months _____ Days | ☒ | ☐ |
| 8. | History of placement in any special education programs | ☐ | ☒ |

## BEHAVIORAL OBSERVATION
(Check all Relevant Categories)

☐ Aggressive        ☐ Irrational         ☐ Passive
☐ Agitated          ☐ Labile             ☒ Rational
☐ Delusional        ☐ Lethargic          ☐ Terrified/Crying
☐ Eye Contact       ☐ Loose Associations ☐ Withdrawn
☐ Hallucinating     ☐ Manipulative       ☐ Other:_____
☐ Hyperactivity     ☐ Paranoia

## MENTAL STATUS EXAMINATION
(Write in Brief Description)

Affect: —
Concentration: —
Mood: Subdued
Orientation: —
Other: Bit reluctant

Appearance: —
Intellectual Functioning: —
Memory: —
Speech: —

Screened By: S. Bin Yun        Title: PA 2
Date: 6-26-96                  Time:
Reviewed By: Kenneth Lloyd, PsyD. KCL
  Psychology Supervisor        Title:
Date: 7-5-96                   Time:
Inmate Name: Woods, Bruce      Number: 329-889
Institution: CRC

EXHIBIT E

## SUICIDE POTENTIAL SCREENING

| # | Item | Yes | No |
|---|------|-----|-----|
| 1. | Correctional or Transporting Officer reports subject may be suicidal risk. | ☐ Yes | ☒ No |
| 2. | Experienced a significant loss within last six months. Describe: _____ | ☐ Yes | ☒ No |
| 3. | Worried about major problems other than legal situation. Describe: Family | ☒ Yes | ☐ No |
| 4. | Holds position of respect in community and/or alleged crime is shocking in nature. | ☐ Yes | ☒ No |
| 5. | First involvement with legal system.    3rd # | ☐ Yes | ☒ No |
| 6. | Appears to feel unusually embarrassed or ashamed. | ☐ Yes | ☒ No |
| 7. | Expresses feelings of helplessness or hopelessness. | ☐ Yes | ☒ No |
| 8. | Shows signs of depression: crying, emotional flatness. Describe: _____ | ☐ Yes | ☒ No |
| 9. | Appears overly anxious, afraid, or angry. | ☐ Yes | ☒ No |
| 10. | Is acting and/or talking in a strange manner. (cannot focus attention, hallucinating) | ☐ Yes | ☒ No |
| 11. | Expresses thoughts of killing self. | ☐ Yes | ☒ No |
| 12. | Has made previous suicide attempts. Number: ____ Date of most Recent Attempt: ____ Method: ____ | ☐ Yes | ☒ No |
| 13. | Has a suicide plan.   Describe: ____ | ☐ Yes | ☒ No |
| 14. | Has the means to carry out the suicide.   ☐ N/A | ☐ Yes | ☒ No |
| 15. | Family member or significant other has attempted or committed suicide. Relationship: ____ Date: ____ Method: ____ | ☐ Yes | ☒ No |

TOTAL YES/NO COUNT    1 Yes    14 No

If there are any checks in Behavioral Observation (Pg.1), or if the total yes count in Suicide Potential Screening is six or more, review for special watch status and refer for mental health evaluation

## DISPOSITION    Woods, 329-889

- ☒ Approved for general population; no mental health referral
- ☐ Approved for general population; routine mental health referral
- ☐ Special Housing - ASAP mental health referral
- ☐ Suicide precaution procedures - emergency mental health referral
- ☐ Psychiatric medications order needed

| # | Yes/No | Item |
|---|---|---|
| 1. | Yes (No) | History of outpatient mental health treatment |
| 2. | Yes (No) | History of inpatient mental health treatment |
| 3. | Yes (No) | History of head injury |
| 4. | Yes (No) | History of violent behavior |
| 5. | Yes (No) | History of suicide attempts |
| 6. | Yes (No) | Current suicidal thoughts** |
| 7. | Yes (No) | Current suicidal plan** |
| 8. | Yes  No  (N/A) | Ability to carry out current suicide plan** |
| 9. | Yes (No) | Unusual behavior/affect** |
| 10. | Yes (No) | Current psychotropic medications (see current medication on medical form) |
| 11. | Yes (No) | Hallucinations** |
| 12. | Yes (No) | Was this inmate on caseload at sending institution. If discharged, give date _____ |

Yes response to items with ** should be referred for either immediate attention or evaluation as dictated by the individual circumstances.

Comments _____
_____
_____
_____
_____

## DISPOSITION

Yes (No)  Crisis unit assignments requested (SW) (CW) (OBS)
Yes (No)  Special status assignment requested
(Yes) No  Routine housing requested
(Yes) No  Mental health orientation information given to inmate
Yes (No)  Immediate mental health referral

## SUBSTANCE ABUSE SCREENING

Yes (No)  History of Substance Abuse problem
Yes (No)  Previous Substance Abuse treatment
Yes (No)  History of problem when ceasing use

| Substance | Yes/No | Use Within 6 Months of Confinement Amount/Frequency/Method | Date of Last Use |
|---|---|---|---|
| Alcohol | Yes (No) | | |
| Amphetamines | Yes (No) | | |
| Cannabis | Yes (No) | | |
| Cocaine | Yes (No) | | |
| Hallucinogens | Yes (No) | | |
| Inhalants | Yes (No) | | |
| Opiates | Yes (No) | | |
| Phencyclidine | Yes (No) | | |
| Sedatives | Yes (No) | | |

Institution: CLC
Date of Arrival: 6-25-96
Time of Arrival: 11:00 A
Date of Interview: 6-25-96
Time of Interview: 1:30 A

Received From: HCJC
Signature of Interviewer: _____
Printed Name of Interviewer: Wes _____

INMATE NAME: Woods, Bruce
INMATE NUMBER: 329-889

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during client's course of treatment; implementation of treatment plan and response to treatment. Sign and title all notes | Dept. or Discipline |
|---|---|---|
| 7/16/96 | RECEIVED FROM CRC, PLACED AT WCI | |
| 7/18/96 | FILES SCREENED FOR MENTAL HEALTH HISTORY | |
| 7/26/96 | INITIAL CLASSIFICATION SCREENING / DETAILED MENTAL HEALTH SCREENING  offenses. Denies guilt in offenses. He says that he wasn't there. In court he learned that the victim was moved from the living room to the bedroom. Victim is described as a young lady. Doesn't know why he was arrested. He says that if he experiences any mental health problem he would probably read the bible. He says that he believes that he is strong enough to handle any mental health problems that he has. He says that he sleeps a lot. He has suppressed appetite. He denies being depressed, and does not want medication. I see him as clinically depressed. No psychiatric referral will be made at this time. He was advised to kite if he changes his mind.  Robert [illegible]  Psychology Asst | |
| 6/6 | From WCI to SOCF June 6, 1997 | R. JC, Ph.D. Psych. Sup. (over →) |

WARREN CORRECTIONAL INSTITUTION

WOODS, BRUCE                                A329-889                    (continue on reverse side)

DMH-0008
DMH-Med-1007                                                        INTERDISCIPLINARY PROGRESS NOTES

WOODS    J29 889

## INTERDISCIPLINARY PROGRESS NOTES

| Date & Time | Document significant events during client's course of treatment; implementation of treatment plan and response to treatment. Sign and title all notes | Dept or Discipline |
|---|---|---|
| 4-30-97 4:00pm | **Mental Health** I received a kite from Inmate and attempted to speak with him during Seg Rounds. He refused to get out of bed to talk. Kite returned with note.  Carolyn D'Orta, PhD  Psych Asst 2 | |
| 7/2/98 | Saw this Im per his request. When I approached the cell he was asleep, but I woke him and he sat on the edge of his bed and talked. (S) He complains that he is beginning to feel as if he will explode. He is increasingly irritable and tends to become quiet as tension builds up — as it is now, he says. His anger is his downfall — and he does not want something to happen again. (O) Alert (I woke him up) coherent, speech low/quiet, no behavioral problems, subdued/calm, mood serious, affect appropriate, not suicidal; chart shows a history of suicidal attempts, but contracted for personal safety. (A) R/O depression; R/O Impulse Control Disorder. (P) referred to psychiatrist (Dr. Burweger); gave literature on stress, anger control, etc.; follow-up in 1 week.  J. McHenry PsyD | |
| 9-20-99 | Recvd. From SOCF, Bm, M.H. Seg. TCI Cm | |
| 10-25-99 10:15am 10:40am | ① was seen for m.h. orientation & detailed screening. Attempts to see ① in seg where he was placed soon after his transfer to TCI were unproductive. Upon last attempt 10/21/99 I discovered he was just released to g.p. ① reported for appt. as scheduled for m.h. screening. ② Inmate spoke very little & in low tones. (con't) | |



# Detailed Mental Health Screening Form

## MENTAL HEALTH HISTORY

| # | Item | Yes/No |
|---|------|--------|
| 1. | History of psychotropic medications<br>Current Usage _____<br>List Medications _____ | ___ Yes  X  No |
|  | Evidence of EPS _____ | ___ Yes  X  No |
| 2. | History of psychiatric hospitalization | ___ Yes  X  No |
| 3. | History of out-patient mental health history | ___ Yes  X  No |
| 4. | History of violence: (check those that apply)<br>___ Behavior   ___ Threats   *Kidnapping*<br>___ Verbally Assaultive   X Physically Assaultive | X Yes ___ No |
| 5. | History of self-injurious behavior | ___ Yes  X  No |
| 6. | History of head injury, trauma<br>Describe: | ___ Yes  X  No |
| 7. | Length of time in county jail: ___ Years  6  Months ___ Days | X Yes ___ No |
| 8. | History of placement in any special education programs | ___ Yes  X  No |

## BEHAVIORAL OBSERVATION
(Check all Relevant Categories)

| | | |
|---|---|---|
| ___ Aggressive | ___ Irrational | ___ Passive |
| ___ Agitated | ___ Labile | ___ Rational |
| ___ Delusional | X Lethargic | ___ Terrified/Crying |
| ___ Eye Contact | ___ Loose Associations | X Withdrawn |
| ___ Hallucinating | ___ Manipulative | ___ Other: ___ |
| ___ Hyperactivity | ___ Paranoia | |

## MENTAL STATUS EXAMINATION
(Wright in Brief Description)

| | |
|---|---|
| Affect: flat | Appearance: ok |
| Concentration: ok | Intellectual Functioning: ok |
| Mood: seems depressed | Memory: ok |
| Orientation: x 4 | Speech: ok |
| Other: | |

| | |
|---|---|
| Screened By: Robert P. Lukens | Title: Psychology Ast II |
| Date: 7/26/96 | Time: 2:30 pm |
| Reviewed By: [signature], Ph.D. | Title: Psych-Sup. |
| Date: 7-30-96 | Time: 2:30 p.m. |
| Inmate Name: WOODS, BRUCE | Number: A329-889 |
| Institution: Warren Correctional Institution - WCI | |

# SUICIDE POTENTIAL SCREENING

| # | Item | Yes | No |
|---|------|-----|----|
| 1. | Correctional or Transporting Officer reports subject may be suicidal risk | Yes | **No** |
| 2. | Experienced a significant loss within the last six months  Describe _____ | Yes | **No** |
| 3. | Worried about major problems other than legal situation  Describe _____ | Yes | **No** |
| 4. | Holds a position of respect in community and/or alleged crime is shocking in nature. | Yes | **No** |
| 5. | First involvement with legal system | Yes | **No** |
| 6. | Appears to feel unusually embarrassed or ashamed | Yes | **No** |
| 7. | Expresses feelings of helplessness or hopelessness | Yes | **No** |
| 8. | Shows signs of depression: crying, emotional distress  Describe _flattend affect_ | **Yes** | No |
| 9. | Appears overly anxious, afraid, or angry | Yes | **No** |
| 10. | Is acting and/or talking in a strange manner. (cannot focus attention, hallucinating) | Yes | **No** |
| 11. | Expresses thought of killing self | Yes | **No** |
| 12. | Has made previous suicide attempts: Number ____ | Yes | **No** |
| 13. | Has a suicide plan Describe _____ | Yes | **No** |
| 14. | Has the means to carry out the suicide plan | Yes | **No** |
| 15. | Family member or significant other has attempted or committed suicide.  Relationship _____  Date _____ Method _____ | Yes | **No** |

TOTAL YES/NO COUNT    1    14

If the total yes/no count is six or more, review for special watch status and refer for mental health evaluation.

## DISPOSITION

**X** Approved for general population; no mental health referral

___ Approved for general population; routine mental health referral

___ Special Housing - ASAP Mental Health Referral

___ Suicide precautions - emergency mental health referral

___ Psychiatric medications order needed

DRC5163 (5/96)

0000007

## WARREN CORRECTIONAL INSTITUTION
## MENTAL HEALTH SERVICES
## INITIAL CLASSIFICATION CONTACT SHEET

NAME: WOODS, BRUCE          NUMBER: A329-889

7/16/96     RECEIVED FROM: CRC     INSTITUTION PLACEMENT: WCI

D.O.B. 10/18/66     RACE: BLACK

MOST RECENT INTAKE EVALUATION: 6/26/96

PREVIOUS NUMBERS: R135-695 A247-326

COMMENTS:

### RECORD OF INTELLIGENCE TEST DATA:

BETA: 1/29/86     FORM: II
OPCT: 8/16/91
WAIS:
INTELLIGENCE RATING: BELOW AVERAGE

### EDUCATIONAL TEST DATA:

| TEST | TEST DATE | | | |
|---|---|---|---|---|
| OTIS LENNON: | 1/29/86 | EDUCATIONAL LEVEL: 7.5 | | |
| TABE READING: | | EDUCATIONAL LEVEL: | | |
| TABE BATTERY: | | READING: | ENGLISH: | MATH: |
| | | OVERALL BATTERY: | | |

All information is based upon screening completed at reception, or information gathered at other institutions, and may not be verified.

===

7/26/96  INITIAL CLASSIFICATION SCREENING

JOB LIMITATIONS: *Mental health problems*
OTHER COMMENTS: *Restrict to low stress job.*

*[signatures]*
Psychology Asst.
Ph.D.
Psych Sup.

CC: JOB COORDINATOR   RECORDS   MEDICAL   PSYCHOLOGY



# Initial Mental Health Screening Form

Provide information in the *Comment* section for all questions answered *yes*.
All information is based upon self report of inmate.

| Yes | No | Question |
|---|---|---|
| ☐ | ☑ | History of outpatient mental health treatment |
| ☐ | ☑ | History of inpatient mental health treatment |
| ☑ | ☐ | History of head injury |
| ☑ | ☐ | History of violent behavior |
| ☑ | ☐ | History of suicide attempts** |
| ☐ | ☑ | Current suicidal thoughts** |
| ☐ | ☑ | Current suicide plan** |
| ☐ | ☑ | Ability to carry out current suicide plan** |
| ☐ | ☑ | Unusual behavior/affect** |
| ☐ | ☑ | Current psychotropic medications (see current medication on medical form) |
| ☑ | ☐ | Hallucinations** |
| ☑ | ☐ | Was this inmate on caseload at sending institution. If discharged, give date: |

Yes responded to items with ** should be referred for either immediate attention or evaluation as dictated by the individual circumstances.

Comments:

## DISPOSITION

| Yes | No | |
|---|---|---|
| ☐ | ☑ | Crisis unit assignment requested (SW)(CW)(OBS) |
| ☐ | ☑ | Special status assignment requested |
| ☑ | ☐ | Routine housing requested |
| ☑ | ☐ | Mental health orientation information given to inmate |
| ☐ | ☑ | Immediate mental health referral |

## SUBSTANCE ABUSE SCREENING

| Yes | No | |
|---|---|---|
| ☐ | ☑ | History of Substance Abuse problem. |
| ☐ | ☑ | Previous Substance Abuse treatment. |
| ☐ | ☑ | History of problem when ceasing use. |

| | Yes | No | Amount | Frequency | Method | Date of Last Use |
|---|---|---|---|---|---|---|
| Alcohol | ☐ | ☑ | | | | |
| Amphetamines | ☐ | ☑ | | | | |
| Cannabis | ☐ | ☑ | | | | |
| Cocaine | ☐ | ☑ | | | | |
| Hallucinogens | ☐ | ☑ | | | | |
| Inhalants | ☐ | ☑ | | | | |
| Nicotine | ☐ | ☑ | | | | |
| Opiates | ☐ | ☑ | | | | |
| Phencyclidine | ☐ | ☑ | | | | |
| Sedatives | ☐ | ☑ | | | | |

**Frequency of Use Codes:**
1= Less than 12 times yearly
2= Once per month
3= Once per week
4= 2 - 3 times per week
5= More than 3 times per week
6= Once daily
7= 2 or 3 times daily
9= Binge

**Method of Administration Coding:**
1= Oral
2= Intravenous
3= Intramuscular
4= Inhalation
5= Smoking
6= Freebase
7= Other

Date of Interview: 6/6/97
Signature/Title of Interviewer: [signature]
Time of Interview: 1:20 PM
Institution: SOCF
Printed Name/Title of Interviewer: Cory Taylor, Psych. Asst. II
Date of Arrival at Institution: 6/6/97
Time of Arrival at Institution: 12:05 PM
Received from: WCI
Inmate Name: Wood
Inmate Number: 329-889

# Detailed Mental Health Screening

## MENTAL HEALTH HISTORY

1. History of psychotropic medications — ☒ Yes ☐ No
   Current usage: *antidepressants - about '95, '96* — ☐ Yes ☒ No
   List Medications: *nothing current*

   Evidence of EPS — ☐ Yes ☐ No

2. History of psychiatric hospitalization — ☒ Yes ☐ No
   A) Name of facility/provider: *Cinn., Ohio for att. suicide*
   B) Date: From *1990* To _____   Requested Records: ☐ Yes ☒ No

3. History of out-patient mental health treatment — ☒ Yes ☐ No
   A) Name of facility/provider: *Cinn. Ohio following hospital*
   B) Date: From *1990* To _____   Requested Records: ☐ Yes ☒ No

4. History of violence: (check those that apply) — ☒ Yes ☐ No
   ☐ Behavior    ☐ Threats
   ☐ Verbally Assaultive    ☐ Physically Assaultive
   Comments: *I.O. Kidnapping, Robbery, Burglary*

5. History of self-injurious behavior — ☒ Yes ☐ No
   Comments: *2x*

6. History of head injury, trauma — ☒ Yes ☐ No
   Describe: *1x*
   Comments: *fighting - hit on head c ball bat L.O.C. briefly*

7. Length of time in county jail: ___ Years *✓* Months ___ Days — ☐ Yes ☐ No

8. Previous Prison Incarceration *2x* State: *Ohio* — ☒ Yes ☐ No
   Requested Records: ☐ Yes ☒ No

9. History of placement in any special education programs *youth Dev. Centers* — ☒ Yes ☐ No
   Unit: *Hill Crest, Buckeye, Twenty-Twenty (?) grad Cinn. Ohio*

10. Have you ever received services from the County Board of MR/DD? — ☐ Yes ☒ No
    Requested Records: ☐ Yes ☒ No

| | |
|---|---|
| Screened By: *Carol Moore, M.A.* | Title: *Psychology Assistant* |
| Date: *10-25-99* | Time: *10:15 am* |
| Reviewed By: *A.M. Ricciardi, PhD* | Title: A.M. RICCIARDI, PH.D. PSYCHOLOGY SUPERVISOR |
| Date: *10-26-99* | Time: |
| Inmate Name: *Woods, Bruce* | Number: *329-889* |
| Institution: *TCI* | Date of Arrival: *9/20/99* |

DRC5163 (6/99)   ACA 4273, 4292, 4337, 4344, 4345

## BEHAVIORAL OBSERVATION
(Check all Relevant Categories)

- ☐ Aggressive
- ☐ Agitated
- ☐ Delusional
- ☐ Eye Contact
- ☐ Hallucinating
- ☐ Hyperactivity
- ☐ Irrational
- ☐ Labile
- ☐ Lethargic
- ☐ Loose Associations
- ☐ Manipulative
- ☐ Paranoia
- ☐ Passive
- ☐ Withdrawn
- ☐ Terrified/Crying
- ☐ Other: _____

Comments:

## MENTAL STATUS EXAMINATION
(Write in Brief Description)

Affect: *blunted*

Concentration: *appeared to have difficulty focusing*

Mood: *depressed*

Orientation: *X3*

Other:

Appearance: *dressed in prison blues*

Intellectual Functioning: *average*

Memory: *appears to have some diffi[culty]*

Speech: *poverty of speech - relevant when he did respond - soft quiet difficult to understand but repeated if asked*

## SUICIDE POTENTIAL SCREENING

| # | Question | Yes | No |
|---|---|---|---|
| 1. | Correctional or Transporting Officer reports inmate may be suicidal risk. | ☐ | ☒ |
| 2. | Experienced a significant loss within last six months. Describe: | ☐ | ☒ |
| 3. | Worried about major problems other than legal situation. Describe: | ☐ | ☒ |
| 4. | Holds position of respect in community and/or alleged crime is shocking in nature. *Kidnapping (did not give details)* | ☒ | ☐ |
| 5. | First involvement with legal system. Describe: | ☐ | ☒ |
| 6. | Appears to feel unusually embarrassed or ashamed. | ☐ | ☒ |
| 7. | Expresses feelings of helplessness or hopelessness. | ☐ | ☒ |
| 8. | Shows signs of depression: crying, emotional flatness. Describe: *refer to Dr King for full evaluation* | ☒ | ☐ |
| 9. | Appears overly anxious, afraid, or angry. | ☐ | ☒ |
| 10. | Is acting and/or talking in a strange manner. (cannot focus attention, hallucinating) | ☒ | ☐ |

0000011

## SUICIDE POTENTIAL SCREENING (continued)

11. Has made previous suicide attempts. ☒ Yes ☐ No

    Date of most Recent Attempt: __1990__  Method: _____

    Number: __2X__

12. Expresses thoughts of killing self. *Denies current thoughts* ☐ Yes ☒ No

13. Has a suicide plan. ☐ Yes ☒ No

    Describe: _____

14. Has the means to carry out the suicide plan. ☒ N/A  ☐ Yes ☒ No

15. Family member or significant other has attempted or committed suicide. ☐ Yes ☒ No

    Relationship: _____

    Date: _____  Method: _____

TOTAL YES/NO COUNT __ Yes __ No

If there are any checks in the Behavioral Observation Section (pg. 1), or if the total yes count in Suicide Potential Screening

## DISPOSITION

(check all appropriate boxes)

☐ Place on continuous suicide watch
☐ Place on close suicide watch
☐ Psychiatric medication order needed

REFERRAL FOR MENTAL HEALTH EVALUATION
(check one box)

☐ Emergency referral    (1 hr)
☒ ASAP referral         (3 days)
☐ Routine referral      (30 days)
*error* ~~No referral~~

(check one box)

☐ Place in crisis/safe cell
☐ Place in special housing
☐ Place in RTU
☒ Place in general population

Comments: *Immediate Referral to Dr King for full eval.*

Mental Health Classification Assigned

☒ N
☐ C₁
☐ C₂
☐ C₃

Inmate Name: _____   Number: _____

# Mental Health Nursing Assessment

| Institution: TCI | Lock: | Date: 11/28/99 |
|---|---|---|
| Inmate Name: Woods, Bruce | Number: 329-889 | Date of Birth: 10/18/66 | Age: 33 |

## Biophysical Assessment/History

| BP 124/70 | P 80 | R 20 | Ht 5'6" | Wt 161.5 | Allergies: NKA |

T 97.8

Past Medical History:
- [ ] Diabetes  [ ] Heart Disease  [ ] Kidney Disease  [ ] Hypertension  [ ] Cancer  [ ] TB
- [ ] Seizure D/O  [ ] COPD  [ ] Liver Disease  [ ] Stroke  [ ] Back Problems  [ ] Peptic Ulcer Dis
- [ ] Congenital D/O  [ ] Peripheral Vasc Dis  [ ] Other: none per ⊕

Assistive Devices? NA
- [ ] Walker  [ ] Crutches  [ ] Cane  [ ] Wheelchair  [ ] Artificial Limb(s)
- [ ] Artificial Larynx  [ ] Glasses  [ ] Hearing Aid  [ ] Partial Dentures  [ ] Upper Dentures  [ ] Lower Dentures

Major Illnesses / Accidents / Surgeries / etc.:
day Hosp = Head Injury from being hit by a baseball bat around age 13
Gun shot in back at age 16

Current Medical Problems:
6 Stitches in lip 9 days ago from "horseplay"

Current Medical Medications / Dosages: Only Tolfanate Powder for athlete's foot
Compliance: [x] 100%  [ ] 0%  [ ] 50%  [ ] More than  [ ] Less than

Sleep Pattern: [ ] Insomnia  [x] Difficulty Falling Asleep  [ ] Difficulty Waking Up  [ ] Other: Sleep in daytime
2 hrs at night / 7 Hours in day

Tobacco / Amt.: _____    Caffeine / Amt.: _____

Hygiene: [x] Good  [ ] Fair  [ ] Poor   Showers 7 times a week
Deficit identified:

## Psychiatric History

Symptoms of First Psychiatric Event / Age at Onset:
Age 13 (grade 8) spent 18 mos at Hillcrest in Cincinnati (Juvenile Tx Center), "Saw spots", "said to be withdrawn"

Psychiatric Hospitalizations / Treatment / Medications:
Put on Thorazine at age 13 y/o

Side Effects Experienced / Causative Medications:
none remembered

Psychotropic Medication Compliance: N/A
[ ] 100%  [ ] 0%  [ ] 50%  [ ] More  [ ] Less
on no meds.

Compliance Last 30 Days:
[x] 100%  [ ] 0%  [ ] 50%  [ ] More  [ ] Less

Known Dosages: [ ] Yes  [ ] No     Known Side Effects: [ ] Yes  [ ] No

History of Aggression / Acting Out Behavior: [x] Yes  [ ] No
Since 10th grade

Last Episode (explain): 1996 in prison at Lucasville

Appetite: ☐ Good  ☒ Fair  ☐ Poor  ☒ Appears adequately nourished  ☐ Deficit (explain):
_eats one meal per day usually._

History of Failure to Eat / Hunger Strikes: ☐ Yes  ☒ No   Last Episode (explain):

## Educational Assessment

Highest Grade Completed: _12th grade_  ☐ Regular Classes ↑ mostly  ☐ Special Education some one class  Type: _General Studies_

☒ Able to understand Current Diagnosis   ☒ Able to Read   ☒ Able to Write   ☒ Able to Communicate
☐ Unable to understand Current Diagnosis  ☐ Unable to Read  ☐ Unable to Write  ☐ Unable to Communicate

## Mental Status

Age: ☐ Appears Stated Age  ☒ Appears Younger  ☐ Appear Older
Dress/Grooming: ☒ Appropriate  ☐ Seductive  ☐ Bizarre
Posture: ☒ Unremarkable  ☐ Rigid  ☐ Stooped
Facial: ☒ Unremarkable  ☐ Hostile  ☐ Worried  ☐ Tearful  ☐ Sad
Eyes: ☒ Unremarkable  ☐ Glances Furtively  ☐ Poor Eye Contact
Motor Activity: ☐ Increased  ☒ Decreased  ☐ Gait Unsteady  ☐ Gait Rigid  ☐ Gait Slow
☐ Agitation  ☐ Tremors  ☐ Tics
General Attitude/Behavior: ☐ Spontaneous  ☒ Preoccupied  ☐ Suspicious  ☐ Argumentative
☐ Self-destructive  ☒ Withdrawn  ☐ Regressed  ☐ Seductive  ☐ Hostile
Mood/Affect: ☒ Flat  ☒ Depressed  ☐ Euphoric  ☐ Apathetic  ☐ Fearful  ☐ Labile
☐ Blunt  ☐ Inappropriate  ☐ Constricted
Speech/Communication: ☒ Normal  ☐ Aphasia  ☐ Slurred  ☐ Rapid  ☐ Mute
☐ Flight of Ideas  ☐ Confabulation  ☐ Muttering  ☐ Tangential  ☐ Association
☐ Over Productive
Thought Content: ☐ Suicidal Thoughts/Plans  ☒ Homicidal Thoughts/Plans Antisocial Attitudes
☐ Phobias  ☐ Indecisiveness  ☐ Self-derogatory  ☐ Excessive Religion  ☐ Bizarre
☐ Assaultive Ideas  ☐ Hypochondriasis  ☐ Alienation  ☐ Blames Others  ☐ Suspiciousness
☐ Helplessness  ☐ Self Pity  ☐ Inadequacy  ☐ Poverty of Content  ☐ Ideas of Guilt
☐ Obsessive  ☐ No Deficit Identified
Abstract Thinking: ☒ Unimpaired  ☐ Concrete
Delusions: ☐ None  ☐ Persecution  ☐ Reference  ☐ Influence  ☐ Somatic
☐ Systematized  ☐ Other: _____
Hallucinations: ☒ None  ☐ Auditory  ☐ Visual  ☐ Olfactory  ☐ Tactile  _Denies_
Memory: ☐ Grossly Intact  ☐ Inability to Concentrate  ☐ Poor Recent Memory
☐ Poor Remote Memory
Insight/Judgment: ☐ Unimpaired  ☐ Poor Judgment  ☐ Poor Insight
☐ Doesn't know reason for being here  ☐ Unmotivated for Treatment

Strengths: _"I can deal with anything"_

Weaknesses: _"not trusting people"_

Additional Comments:

Nurse Name (print): _Pat Nicastro, RN_   Date: _11/28/99_

Institution __TCI__

## ODRC MENTAL HEALTH EVALUATION

Inmate Name: __Bruce Wooden__   No. __329__   D.O.B. __10/18/65__
               __FF9__

**Referral Source:**
- __ Self
- __ Segregation
- __ Housing Unit
- __ Parole Board
- __ Administration
- __ Medical
- __ MH Initial Screening
- __ MH Detailed Screening
- __ Religious Services
- __ Rules Infraction Board
- __ Recovery Services
- __ Education
- __ Job Assignment
- ✓ Other __admitted by Dr. Levy__

**Inmate Housing at Time of Referral:** (check one)
X General Population  ___ Segregation  ___ Crisis Bed  ___ Infirmary (Not Crisis Bed)
___ Other _____

| | |
|---|---|
| I. Reason for Referral (Presenting Problem) | (I) Increasing depression; potential for suicide attempt. (II) Inmate admitted to ISW from ISE on 11/27/99. |
| II. History of Present Illness | He was referred by Ms. Moore MHT to me around 10/25/99. She was concerned due to his depressed mood, low energy level, withdrawn, resistant, uncommunicative behavior. He also has history of psychiatric hospitalizations + 2 suicide attempts/gestures. I saw him 10/28/99 in segregation. Presentation similar to what is described above. I saw him again 11/11 and 11/22. Chief complaint was he was too far away from his family to receive visits and he wanted a "hardship" transfer to Warren CI. He sent me a letter that I received 11/22/99. He complained of being depressed - crying, |
| III. Psychiatric History (In-patient/ Out-patient Treatment) -Include current medications if any | sleep, appetite + hinted at having suicidal ideas; but did not say explicitly. He also hinted that he may "go off" if he was to stay at TCI. I spoke to his block officer 11/27. He said he predicted officer on his cell & believed he was being harassed by other inmates. He had been in altercation a few days prior + had lip lacerated. He was admitted to ISW due to ↑ depression. He was vague re: |
| IV. Medical History -Include current medications | |
| V. Alcohol & Substance Use History | SI, debated on exam, but felt he said he was not going to do anything because of upcoming holidays. I put him in ISW for obs. |
| VI. Personal History | ... He was on ... |

II) Off/in demand since 11/11/99.
Symptoms previously documented also include:
irritability, anger, depressed mood, blunted
affect, psychomotor retardation

III) Records indicate 3 prior suicide attempts – one
by cutting his @wrist. Prior psychiatric
hospitalization. ~~Two attempts were~~ by
hanging.

IV) Negative

V) History of alcohol & marijuana abuse.

0000016

Inmate Name: _Bruce Woods_ No. _379189_ D.O.B. _10/14/84_

VII. Social History — Born in Cincinnati, oldest of 3 children; 11th grade education

VIII. Occupational History — Limited work history

IX. Family History — Negative

X. Criminal Justice History (Current Conviction & Sentence; Prior Arrests & Convictions) — Instant offense: Kidnapping; Robbery; Burglary. 3–15
Juvenile history: 13 y/o → arrested; 15 y/o → Hillcrest; 1994 → Buckeye Youth Center
Difficulty functioning in CF.

XI. Institutional Adjustment — Poor

XII. Mental Status Examination
  A. Appearance & Behavior — blunted affect; disheveled
  B. Mood & Affect — Depressed
  C. Speech & Language — Normal
  D. Thought Process — Normal
  E. Thought Content & Perceptions — Unremarkable
  F. Cognitive Assessment — WNL

G. Suicide/Violence Risk Assessment:
- Past Suicidal Ideation/Attempts (date & method): 3 by hanging attempt
- Current Suicidal Ideation/Behavior: Vague
- Past Violent/Assaultive Behavior: History of this
- Present Ideas/Behaviors: Denies

Inmate Name: Bruce Woods   No. 329/189   D.O.B. 4/15/69

    H.    Insight/Judgement

        None/Poor

XIII. Psychological Testing Results — N/A

XIV. Diagnostic Impression

Axis I: a) Depressive Disorder NOS b) Alcohol Abuse c) Cannabis Abuse

Axis II: Personality Disorder NOS — antisocial & borderline; passive aggressive

Axis III: None

Axis IV: Incarcerated

Axis V: GAF = 30

XV. Treatment Recommendations (including medications, labs ordered)

    1t'd Paxil; B explained
    Admit to RTU
    Monitor

XVI. Disposition (check one)
- ___ General Out-Patient Caseload
- ___ Psychiatric Out-Patient Caseload
- ✓ Residential Treatment Unit
- ___ Crisis Bed
- ✓ Probate
- ___ Sex Offender Caseload
- ___ No Further Services Requested
- ___ Other _____

Next Appointment: ice 9/ak-4u/k

XVII. Name, Title and Signature of Evaluator
Name/Title _____  Signature _____  12/11/99

0000018



# Detailed Mental Health Screening

| | MENTAL HEALTH HISTORY | | |
|---|---|---|---|
| 1. | History of psychotropic medications | ☒ Yes | ☐ No |
| | Current usage | ☒ Yes | ☐ No |
| | List Medications: Paxil | | |
| | Evidence of EPS | ☐ Yes | ☒ No |
| 2. | History of psychiatric hospitalization | ☒ Yes | ☐ No |
| | A) Name of facility/provider: Cinn., OH for Depression, Att. Suicide | | |
| | B) Date: From 1990 To _____   Requested Records: | ☐ Yes | ☐ No |
| 3. | History of out-patient mental health treatment | ☒ Yes | ☐ No |
| | A) Name of facility/provider: Cinn., OH (Agency unknown) | | |
| | B) Date: From 1990 To _____   Requested Records: | ☐ Yes | ☐ No |
| 4. | History of violence: (check those that apply) | ☐ Yes | ☐ No |
| | ☐ Behavior    ☐ Threats | | |
| | ☒ Verbally Assaultive    ☒ Physically Assaultive | | |
| | Comments: Robbery, Kidnapping | | |
| 5. | History of self-injurious behavior | ☒ Yes | ☐ No |
| | Comments: Cut on self "to get C.O.'s attention" | | |
| 6. | History of head injury, trauma | ☒ Yes | ☐ No |
| | Describe: Hit with a bat in the head about | | |
| | Comments: | | |
| 7. | Length of time in county jail: ___ Years ___ Months 60 Days | ☒ Yes | ☐ No |
| 8. | Previous Prision Incarceration   State: OH   Requested Records: | ☒ Yes ☐ Yes | ☐ No ☐ No |
| | -1986 Robbery | | |
| | -1991 PV - RSP, Drug Charges | | |
| 9. | History of placement in any special education programs | ☐ Yes | ☒ No |
| | Unit: | | |
| 10. | Have you ever received services from the County Board of MR/DD? | ☐ Yes | ☒ No |
| | Requested Records: | ☐ Yes | ☒ No |

| Screened By: Kim Demeter | Title: SWI |
|---|---|
| Date: 4/27/00 | Time: 8:30 am |
| Reviewed By: K. Washington, PhD | Title: Psych. Sup |
| Date: 4-27-00 | Time: 2:24 P.M. |
| Inmate Name: Woods | Number: 329-889 |
| Institution: WCI | Date of Arrival: 4/18/00 |