101-CLIENT

91FS

2.6.98

Dear Sir,

I am what they call Indigent at this time. I'm in Jail. I have I think 80 to 100 year's. I got that on May 30, 1996, I would like for you to give me a layman to work on my Appeal, can you help me

Thank you
Bruce

I am at

Bruce Moore #329889
P.O. Box 45699
Lucasville, Ohio
45699

EXHIBIT
1

B. WOODS #329991
*SOUTHERN OHIO CORRECTIONAL FACILITY
PO BOX 45699
LUCASVILLE, OH 45699-0001
DRC 1459

OFFice of the Ohio Public Defender
Prison Legal Services
9 East Long Street
Columbus, Ohio 43215-2998



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 728-8091

DAVID H. BODIKER
State Public Defender

# MEMORANDUM

DATE: February 6, 1998

TO: Ohio Inmate

FROM: Intake Division

RE: Request for Assistance

This will acknowledge receipt of your request for legal assistance. It is the duty of this office to provide legal representation to indigent inmates who are unlawfully imprisoned, provided their claims have arguable merit.

Please complete and return the enclosed questionnaire and financial statement. If you have any other documents or information pertaining to your claims, you may send them also. Upon receipt of the questionnaire and financial statement, this office will review your claims for merit.

Return the documents to:

Intake Division
Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215

We look forward to hearing from you.

mjb/57321

EXHIBIT
tabbies
2

2.13.98

OFFICE OF THE OHIO PUBLIC DEFENDER
8 East Long Street, 11th Floor
Columbus, Ohio 43215

Please answer each question below as completely and accurately as possible. If you need help, contact the law clerk at your institutional law library. If you need more space, attach additional pages.

Return the completed questionnaire, together with copies of any papers or documents you have pertaining to your case, and this office will investigate your claims. If the attorney assigned to your case feels an interview is necessary, you will be notified.

Name: Bruce Woods
OPDC No.: 98-1640
Institution Number: 329889
Date of birth: 10-18-66
Institution: S.O.C.F
Soc. Sec. No.: 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
County of conviction: Hamilton
Case number: B9601386
Name of the attorney who represented you:
98-16-0276
Any aliases you have used:
Any co-defendants in your case: Kelly Woods, Rayshawn Riggins

CLOSED IN INTAKE

How were you convicted? [Place an "X" in the appropriate box. Choose only one box.]

☐ I entered a plea of "guilty." ☒ I was tried by a jury.

☐ I entered a plea of "no contest." ☐ I was tried by a judge, without a jury.

I was convicted of: Agg Burglary, Agg Robbery, Kidnapping,

The term of my sentence is minimum 6½ to maximum 120 ; or definite

Date of conviction: 5-31-96 Date delivered to the state: 6-25-96 Parole/EDS: 2018

Did you appeal your conviction to the court of appeals? ☐ Yes ☑ No

Did you appeal your conviction to the Ohio Supreme Court? ☐ Yes ☑ No

Have you filed any other actions challenging your conviction? ☐ Yes ☑ No If so, list the court, case number and nature of the proceedings:

Do you have any action pending at the present time? ☐ Yes ☑ No If so, list the court, case number, type of action, and the name of your attorney, if you are represented:

EXHIBIT 3

NOTE: If you are not represented by counsel, you must continue to represent yourself while this office investigates your case.

Briefly summarize the facts of your case:_

What type of assistance are you requesting from this office?_

## WAIVER

I hereby waive the attorney-client privilege for the limited purpose of enabling any attorney who has represented me to freely discuss my case with the Ohio Public Defender or any of his staff.

Your Signature

#45489

OFFICE OF THE OHIO PUBLIC DEFENDER
8 East Long Street, 11th Floor
Columbus, Ohio 43215

## FINANCIAL STATEMENT

Before this office can represent you, you MUST COMPLETELY FILL OUT this form and return it to the above address. If a question is not applicable to you or your situation, write N/A in the blank space.

### PERSONAL INFORMATION

Name: Bruce Woods
Social Security Number: 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 Date: 2-11-99
Address: P.O. Box 45699
City: Lucasville State: Ohio Zip: 45699
Telephone: NA Date of Birth: 10 13 66 Marital Status: S
Names and ages of dependents: NA

With whom do you live? NA

### INCOME

Are you working now? ☐ Yes ☑ No
Employer: NA
Employer's Address: NA
City: NA State: NA Zip: NA
Employer's Telephone: NA
Type of Work: NA Gross Pay $ NA /mo.

List any public assistance or other income received by you or your spouse in the appropriate space below:

Type of Public Assistance: NA Gross Pay $ NA /mo.
Pension $ NA /mo. VA Disability $ NA /mo.
Unemployment Comp. $ NA /mo. Worker's Comp. $ NA /mo.
Social Security $ NA /mo.
TOTAL $ NA /mo.
Husband's/Wife's Pay or Income $ NA /mo.
Other Income (describe) NA $ NA /mo.
TOTAL INCOME $ NA /mo.

### ASSETS

Cash on hand or in the bank $ NA /mo.
Money owed to you (explain) NA $ NA /mo.
Do you own your home or any other real estate? ☐ Yes ☑ No
If so, describe property and its location:

Value of property $ NA /mo

List make and year of every car, truck, motorcycle or other vehicle owned by you and the value thereof:
NA $ NA /mo.
NA $ NA /mo.

ASSETS CON'T

List all other property of value owned by you including but not limited to stocks, bonds, jewelry, boats, musical instruments, and the value thereof. If none, write NONE: NA $ NA /mo

$ NA /mo.

TOTAL ASSETS $ NA /mo.

## EXPENSES

Living Expenses:

| | | |
|---|---|---|
| Rent or mortgage payments | $ | /mo. |
| Estimated monthly food bill | $ | /mo. |
| Medical or dental bills | $ | /mo. |
| Clothing expenses | $ | /mo. |
| Utilities | $ | /mo. |

Other expenses (explain)

NA $ /mo.

$ /mo.

TOTAL EXPENSES $ /mo.

## DEBTS

List all debts you presently owe:

| Names of Creditors/ Who you owe | Total Amount Owed | Monthly Payment |
|---|---|---|
| NA | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(Attach additional sheets if necessary)

THE FINANCIAL STATEMENT I HAVE COMPLETED ABOVE IS COMPLETE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT IF IT IS DETERMINED BY THE STATE PUBLIC DEFENDER, OR BY THE COURT, THAT I WAS NOT ENTITLED TO THE LEGAL REPRESENTATION PROVIDED ME, I MAY BE REQUIRED TO REIMBURSE THE PUBLIC DEFENDER FOR THE COSTS OF REPRESENTATION PROVIDED. ANY ACTION FILED BY THE PUBLIC DEFENDER TO COLLECT FEES HEREUNDER, MUST BE BROUGHT WITHIN TWO YEARS FROM THE LAST DATE LEGAL REPRESENTATION WAS PROVIDED.

[signature]

SIGNATURE OF APPLICANT

IF YOUR FINANCIAL SITUATION SHOULD IMPROVE BEFORE THE FINAL DISPOSITION OF THIS CASE, YOU MUST INFORM THE OHIO PUBLIC DEFENDER IMMEDIATELY.

FOR OFFICE USE ONLY - NOT TO BE FILLED OUT BY THE APPLICANT

| | | |
|---|---|---|
| Monthly income minus living expenses | $ | /mo. |
| Assets minus liabilities | $ | /mo. |
| Estimated cost of defense | $ | /mo. |

Eligible for Ohio Public Defender Services ☐ Yes ☐ No

CASE ATTORNEY

#45489

ASSETS CO

List all other property of value owned by you including but not limit jewelry, boats, musical instruments, and the value thereof. If none, NONE: NA

TOTAL ASSE

EXPENSE

Living Expenses:

- Rent or mortgage payments
- Estimated monthly food bill
- Medical or dental bills
- Clothing expenses
- Utilities

Other expenses (explain) NA

TOTA

DEB

List all debts you presently owe:

| Names of Creditors/ Who you owe | To |
| --- | --- |
| NA | |
| | |
| | |
| | |
| | |
| | |

(Attach additional sheets if necessary)

THE FINANCIAL STATEMENT I HAVE COMPLETED ABOV KNOWLEDGE. I UNDERSTAND THAT IF IT IS DETERMINED B WAS NOT ENTITLED TO THE LEGAL REPRESENTATION PRO DEFENDER FOR THE COSTS OF REPRESENTATION PROVI COLLECT FEES HEREUNDER, MUST BE BROUGHT WITHIN T WAS PROVIDED.

IF YOUR FINANCIAL SITUATION SHOULD IMPROVE BEFOR THE OHIO PUBLIC DEFENDER IMMEDIATELY.

FOR OFFICE USE ONLY - NOT TO BE FILLED OUT BY THE AF

Monthly income minus living expenses
Assets minus liabilities
Estimated cost of defense

Eligible for Ohio Public Defender Services ☐ Yes ☐ No

CASE ATTORNEY

#45489

USA 32

B. Woods #322999
P.O. Box 45699
Lucasville, Ohio 45699

Intake Division
Office of the Ohio Public Defender
8 East Long
Columbus

**ANADELLJ**

**From:** JAMES ANADELL
**Sent:** Sunday, March 15, 1998 4:56 PM
**To:** MARY DUNNING; FELICE HARRIS
**Subject:** assignment (Woods to FLH)

MARY:

Assign Bruce Woods, 98-LG-1640, to Felice; change Case Type to 201.

FELICE:

Hamilton County jury trial; agg burglary, robbery, kidnapping. D got 4 CS gun specs (12 years) and a ton of time.

No appeal was ever taken. I didn't trust the computer read-out, so I had Bryan get a copy of the real docket on his last Hamilton County run. Sure enough, notice of appeal never filed.

Sentencing entry was filed 6.14.96, so you're really late on this one. If I were you, I'd order a transcript of the sentencing hearing before I did anything else to see what went down.

I called trial counsel, Mike McEvilley, but only received a vague voice-mail message that he "didn;t handle the appeal." I guess not. He did not return subsequent calls. Note that sentencing entry shows a Brian Perkins as assigned counsel.

EXHIBIT
tabbies
4

**MCCANDLD**

**From:** FELICE HARRIS
**Sent:** Friday, March 20, 1998 6:29 PM
**To:** DEBI McCANDLISH
**Subject:** state v bruce woods

Please find out how much it will cost to transcribe the sentencing hearing in state v Bruce Woods, case # B961386 and order it asap. The hearing was held 6/14/96 before Judge John P. O'Conner, Hamilton County. Thanks.

3/23/98 9:00

Ron Johnson 513 632-8396 –

left message –

20 pgs
30 days $2.10 a page

Gail McCussino
1000 Main St
Rm 211
Cin. Ohio
45202

2.10
20
42.00

EXHIBIT
5



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 752-5167

DAVID H. BODIKER
State Public Defender

March 23, 1998

Ms. Gail McCubbins
Court Reporter
1000 Main Street, Room 211
Cincinnati, OH  45202

      Re:   *State of Ohio vs. Bruce Woods*
           Case No. B961386

Dear Ms. McCubbins

      Pursuant to our telephone conversation today, please transcribe the sentencing hearing held June 14, 1996, before Judge John P. O'Conner in the above referenced case.

      I understand that the transcript is approximately 20 pages and will cost $2.10 a page.  Please remit the bill when the transcript is sent and I will see that it is promptly paid.  On the bill, please include a federal tax identification number.

      Thanking you in advance.

                           Sincerely,

                           Deborah K. McCandlish
                           Administrative Assistant

DKM/deb

EXHIBIT

6

**FELICE HARRIS**

**From:** FELICE HARRIS
**To:** DEBI McCANDLISH
**Subject:** state v bruce woods
**Date:** Friday, March 20, 1998 6:29PM

Please find out how much it will cost to transcribe the sentencing hearing in state v Bruce Woods, case # B961386 and order it asap. The hearing was held 6/14/96 before Judge John P. O'Conner, Hamilton County Thanks.

3/24/98 – will order transcript (@ 43) – will take 30 days

EXHIBIT
tabbies
7

# FY 98 DISBURSEMENT JOURNAL

Voucher Date: 04/15/98 Vendor: Gail T McCubbins

Warrant # 4179137 Batch # 010515 Voucher # 982897

Date Warrant Sent to Vendor: 04/22/98

SAC Detail: Press Ctrl+Tab to exit Detail Form

| PO Number | Obj | S-Obj | SAC | SPND | Amount |
|---|---|---|---|---|---|
| DEBIT | 155 | 03 | 4011 | LEGL | $33.60 |
| Total for this Voucher: | | | | | $33.60 |

Back Next

Add Close

Print Record

Notes:

EXHIBIT

tabbies

8

**PERSONNEL ACTION**
STATE OF OHIO

AGENCY / DIVISION OR INSTITUTION / UNIT OR OFFICE
FROM: Ohio Public Defender Commission
TO:

NO. 5435823

| NAME | (LAST) | (FIRST) | (M.I.) | SEX | DATE OF BIRTH MO DAY YR | NO. OF YEARS | EDUCATION DEGREE | MAJOR |
|---|---|---|---|---|---|---|---|---|
| FROM | Harris | Felice | L. | F | [redacted] | [redacted] | JD | Law |
| TO | | | | | | | | |

| ADDRESS | (STREET) | (CITY) | (STATE) | (ZIP CODE) | (COUNTY) |
|---|---|---|---|---|---|
| FROM | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| TO | | | | | |

| EFFECTIVE DATE MO | DAY | YR. | PAYROLL NUMBER | POSITION CONTROL NO. | BARG UNIT | FLAG | SOCIAL SECURITY NUMBER | HQ. COUNTY |
|---|---|---|---|---|---|---|---|---|
| 04 | 18 | 98 | FROM: [redacted] TO: | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| CLASS TITLE | CLASS NO | RANGE | STEP | BASE RATE | LONG | SUPPL. | SUPPL. | TOTAL | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| FROM: Asst. Public Defender 1 | [redacted] | [redacted] | -- | [redacted] | | | | [redacted] | U |
| TO: | | | | | | | | | |

**APPOINTMENT**
- ☐ 0 EMERGENCY ENDS ______
- ☐ 1 FULL TIME PERMANENT
- ☐ 2 FULL TIME TEMPORARY ENDS ______
- ☐ 3 FULL TIME SEASONAL ENDS ______
- ☐ 4 PART TIME PERMANENT
- ☐ 5 PART TIME TEMPORARY ENDS ______
- ☐ 6 PART TIME SEASONAL ENDS ______
- ☐ 7 INTERMITTENT
- ☐ 8 FIXED TERM SALARIED ENDS ______
- ☐ 9 FIXED TERM PER DIEM
- ☐ 10 APPT. DATE CORRECTED
- ☐ 11 FULL TIME INTERIM INTERNAL
- ☐ 12 FULL TIME INTERIM EXTERNAL
- ☐ 13 PART TIME INTERIM INTERNAL
- ☐ 14 PART TIME INTERIM EXTERNAL
- ☐ 16 UNIT 11, 12 INTERIM EXTERNAL
- ☐ 17 ESTABLISHED TERM REGULAR
- ☐ 18 ESTABLISHED TERM IRREGULAR

**CHANGE**
- ☐ 1 PROMOTION
- ☐ 2 DEMOTION
- ☐ 3 LATERAL CLASS CHANGE
- ☐ 4 TRANSFER WITHIN AGENCY
- ☐ 5 TRANSFER BETWEEN AGENCIES
- ☐ 6 CIVIL SERVICE STATUS
- ☐ 7 NAME
- ☐ 8 APPOINTMENT CHANGE TO ______
- ☐ 9 DISPLACEMENT
- ☐ 10 RATE
- ☐ 11 REASSIGNMENT
- ☐ 12 POSITION CHANGED
- ☐ 19 TEMPORARY WORK LEVEL ENDS ______ CLASS ______ RATE ______ STEP ______
- ☐ 20 TEMP REASSIGN BY APPEAL DECISION
- ☐ 22 CANCEL INTERIM
- ☐ 23 SERVICE CHANGE
- ☐ 27 GRIEVANCE ADJUSTMENT
- ☐ 30 H.Q. COUNTY CHANGE
- ☐ 35 UNINTERRUPTED SEPARATION/ APPOINTMENT
- ☐ OTHER - SEE REMARKS

**SEPARATION**
- ☒ 1 RESIGNED - REGULAR
  - X WRITTEN
  - ____ ORAL
- ☐ 2 RETIRED
- ☐ 3 DISABILITY RETIREMENT
- ☐ 4 DECEASED
- ☐ 5 REMOVED
- ☐ 6 PROBATIONARY REMOVAL
- ☐ 7 LAID OFF
- ☐ 8 UNCLASSIFIED TERMINATION
- ☐ 9 OTHER (SEE REMARKS)
- ☐ 10 CANCEL APPOINTMENT
- ☐ 12 DISABILITY SEPARATION REINSTATE BY ______
- ☐ 13 INTERIM SEPARATION
- ☐ 15 RESIGNED - NOT IN GOOD STANDING
- ☐ 16 RESIGNED - NOT RECOMMENDED FOR REHIRE

**INTERRUPTION**
- ☐ 1 MILITARY LEAVE ENDS ______
- ☐ 2 PERSONAL LEAVE ENDS ______
- ☐ 3 SUSPENSION ENDS ______
- ☐ 6 SEASONAL ENDS ______
- ☐ 7 EDUCATIONAL LEAVE ENDS ______
- ☐ 11 UNION LEAVE ENDS ______
- ☐ 12 END A17 ______
- ☐ 13 END A18 ______

**REINSTATEMENT**
- ☐ 1 FROM SEPARATION
- ☐ 2 FROM INTERRUPTION
- ☐ 3 BY PERSONNEL BD. OF REVIEW
- ☐ 4 BY COURT ORDER
- ☐ 5 SEPARATION RESCINDED
- ☐ 7 BY GRIEVANCE
- ☐ 8 BY ARBITRATION AWARD
- ☐ 9 REEMPLOYMENT FROM LAYOFF APPT. TYPE ______
- ☐ 10 RECALL FROM LAYOFF APPT. TYPE ______

DAS TIME STAMP

| DATE OF LAST PROMOTION | CERTIFICATION NO. | DATE OF CONTINUOUS SERVICE | BUDGETED HOURS |
|---|---|---|---|
| | | | |

REMARKS:
01-Written resignation attached. [redacted] ADM 4259 attached.

EXHIBIT 9

ALL ITEMS CONTAINED ON PRE-HIRE FORM HAVE BEEN COMPLETED

David H. Bodiker / [signature] 4/17/98
APPROVAL OF APPOINTING AUTHORITY (SIGNATURE) DATE

STATE PERSONNEL DIVISION
- ☑ APPROVED
- ☐ DISAPPROVED
- ☐ NOTED

CERTIFICATION ______

SIGNATURE OF RELEASING AUTHORITY DATE

Sandra A. Drabik 4/23/98
SIGNATURE OF DIRECTOR OF ADMINISTRATIVE SERVICES

LANEB

**From:** NANCY DECATUR
**Sent:** Tuesday, May 05, 1998 12:30 PM
**To:** BOB LANE
**Subject:** Bruce Woods

I spoke with attorney Bryan Perkins today.

EXHIBIT
tabbies
10



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 752-5167

DAVID H. BODIKER
State Public Defender

May 13, 1998

Mr. Bruce Woods
#329-889
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

Dear Mr. Woods:

This is in response to your recent request for assistance from this office. I am reviewing your case in order to determine whether or not we can represent you in court.

Sincerely,

Robert L. Lane
Chief Appellate Counsel

RLL:mjb/Enclosures/#67561

EXHIBIT
tabbies
11

3-15-98

Dear Dr. Kane

EXHIBIT

12

Thank you

Bruce Woods



B. WOODS #329999
P.O. Box 45699
Lucasville, OH
45699
USA 32
OHIO PUBLIC DEFENDER COMMISSION
8 East Long St. 11th Fl
Columbus
ATTN:
ROBERT L. LANE
INMATE
SOUTHERN CORRECTIONAL
PO BOX 45699
LUCASVILLE OH
LUCASVILLE
OHIO
U.S. POSTAGE
0.00

TOM WETTERER

**From:** JAMES ANADELL [OPDCNET/OPD/ANADELLJ]
**Sent:** Tuesday, May 19, 1998 1:44 PM
**To:** MARY DUNNING
**Cc:** BOB LANE; TOM WETTERER
**Subject:** reassignment (Bruce Woods to TRW)

MARY:

Reassign Bruce Woods, 98-LG-1640, to TRW. Bob Lane is delivering file to Tom.

EXHIBIT
tabbies
13

Filters Used:

# Note Report

Form Format

Date Printed: **3/31/2004**
Time Printed: **10:43AM**
Printed By: **FENLO?**

Date **5/19/1998** Time **1:40PM** **12:00AM** Duration **0.00** (hours) Code
Description **E-mail MD; file to TRW** Staff **James F Anadell**
Client **Bruce Woods** Case Ref **Woods, Bruce** File No **98-LG-1640**
Alerts (days before) Follow Done Notify Hide Trigger Private **N** Status
User1 User3
User2 User4

Path/Name

Date **3/15/1998** Time **4:41PM** **12:00AM** Duration **0.00** (hours) Code
Description **E-mail MD, FLH; file to FLH** Staff **James F Anadell**
Client **Bruce Woods** Case Ref **Woods, Bruce** File No **98-LG-1640**
Alerts (days before) Follow Done Notify Hide Trigger Private **N** Status
User1 User3
User2 User4

Path/Name

Date **3/09/1998** Time **9:44AM** **12:00AM** Duration **0.00** (hours) Code
Description **rec'd docs; pull file for JFA** Staff **Marsha Bennington**
Client **Bruce Woods** Case Ref **Woods, Bruce** File No **98-LG-1640**
Alerts (days before) Follow Done Notify Hide Trigger Private **N** Status
User1 User3
User2 User4

Path/Name

EXHIBIT
tabbies
14

Filters Used:

# Note Report

Form Format

Date Printed: **3/31/2004**
Time Printed: **10:43AM**
Printed By: **FENLOI**

Date 3/05/1998 Time 9:46AM 12:00AM Duration 0.00 (hours) Code
Description **e-mail to BH & DM; file to INT** Staff **Marsha Bennington**
Client **Bruce Woods** Case Ref **Woods, Bruce** File No **98-LG-1640**
Alerts (days before) Follow Done Notify Hide Trigger Private **N** Status
User1 User3
User2 User4

Path/Name

Date 3/05/1998 Time 9:29AM 12:00AM Duration 0.00 (hours) Code
Description **file to MB for docs** Staff **James F Anadell**
Client **Bruce Woods** Case Ref **Woods, Bruce** File No **98-LG-1640**
Alerts (days before) Follow Done Notify Hide Trigger Private **N** Status
User1 User3
User2 User4

Path/Name

Date 2/17/1998 Time 11:04AM 12:00AM Duration 0.00 (hours) Code
Description **ran docket; file to JFA** Staff **Marsha Bennington**
Client **Bruce Woods** Case Ref **Woods, Bruce** File No **98-LG-1640**
Alerts (days before) Follow Done Notify Hide Trigger Private **N** Status
User1 User3
User2 User4

Path/Name

Filters Used:

# Note Report

Form Format

Date Printed: **3/31/2004**
Time Printed: **10:43AM**
Printed By: **FENLOI**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | **2/13/1998** | Time | **5:30PM** | **5:30PM** | Duration | **0.00** (hours) | Code | | | | |
| Description | **file to MB for docs** | | | | | | Staff | **James F Anadell** | | | |
| Client | **Bruce Woods** | | Case Ref | **Woods, Bruce** | | | | File No | **98-LG-1640** | | |
| Alerts | (days before) | Follow | Done | Notify | Hide | Trigger | Private | **N** | Status | | |
| User1 | | | | User3 | | | | | | | |
| User2 | | | | User4 | | | | | | | |
| Path/Name | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | **2/06/1998** | Time | **3:11PM** | **12:00AM** | Duration | **0.00** (hours) | Code | | | | |
| Description | **sent q&fs; file to JFA** | | | | | | Staff | **Marsha Bennington** | | | |
| Client | **Bruce Woods** | | Case Ref | **Woods, Bruce** | | | | File No | **98-LG-1640** | | |
| Alerts | (days before) | Follow | Done | Notify | Hide | Trigger | Private | **N** | Status | | |
| User1 | | | | User3 | | | | | | | |
| User2 | | | | User4 | | | | | | | |
| Path/Name | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | **2/06/1998** | Time | **2:56PM** | **12:00AM** | Duration | **0.00** (hours) | Code | | | | |
| Description | **send Q; file to MB** | | | | | | Staff | **Mary L Dunning** | | | |
| Client | **Bruce Woods** | | Case Ref | **Woods, Bruce** | | | | File No | **98-LG-1640** | | |
| Alerts | (days before) | Follow | Done | Notify | Hide | Trigger | Private | **N** | Status | | |
| User1 | | | | User3 | | | | | | | |
| User2 | | | | User4 | | | | | | | |
| Path/Name | | | | | | | | | | | |



Office of the Ohio Public Defender
8 East Long Street
Columbus, Ohio 43215-2998
(614) 466-5394
FAX NUMBER: (614) 752-5167

DAVID H. BODIKER
State Public Defender

May 26, 1998

Mr. Bruce Woods
#329-889
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

Dear Mr. Woods:

Your case has been reassigned to me for filing a motion for delayed appeal.

Sincerely,

Thomas R. Wetterer, Jr.
Assistant State Public Defender

TRW:nlr\68654

EXHIBIT
tabbies
15