IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BRUCE WOODS : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00-cv-00803 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| WANZA JACKSON, WARDEN : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Having reviewed this matter de novo, pursuant to Title 28 U.S.C. § 636, the Court finds Petitioner's Objections to the Magistrate Judge's Report and Recommendation correct in their entirety. The Court therefore REJECTS the Magistrate Judge's Report and Recommendation (doc. 79). The Court further GRANTS Petitioner's Motion for Summary Judgment (doc. 72), and ORDERS that a writ for habeas corpus should issue, such that Petitioner be released from prison unless the Hamilton County Court of Appeals grants Petitioner a delayed appeal of his sentence within ninety days of the entry of this Order.

3/22/06                                                                James Bonini, Clerk

                                                                        s/Kevin Moser
                                                                        Kevin Moser
                                                                        Deputy Clerk