IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BRUCE WOODS, | : |
| Petitioner(s) | : |
| | : Case Number: 1:00-cv-00803 |
| vs. | : |
| | : Senior District Judge S. Arthur Spiegel |
| WANZA JACKSON, WARDEN, | : |
| Respondent(s) | : |

AMENDED JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court REJECTS the Magistrate Judge's Report and Recommendation (doc. 79). The Court further GRANTS Petitioner's Motion for Summary Judgment (doc. 72), and ORDERS that a writ of habeas corpus should issue, such that Petitioner, upon his filing of a motion for delayed appeal in the Hamilton County Court of Appeals within twenty days of this Order, shall be released from prison unless the Hamilton County Court of Appeals grants Petitioner a delayed appeal within ninety days of the date upon which Petitioner files his motion with that Court.

4/6/06    James Bonini, Clerk

s/Kevin Moser
Kevin Moser
Deputy Clerk